Filed with Classified Information Security Officer
CISO
Date 6/16/14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 CR 572-2 |
| | ) | |
| C. GREGORY TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER