```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3   UNITED STATES OF AMERICA,              )   No. 2013 CR 572
                         Plaintiff,         )   September 30, 2014
 4               v.                         )   9:20 a.m.
     C. GREGORY TURNER,                     )
 5                       Defendant.         )

 6                  TRANSCRIPT OF PROCEEDINGS - TRIAL
                   BEFORE THE HON. ELAINE E. BUCKLO
 7                             VOLUME II
     APPEARANCES:
 8
     On behalf of Plaintiff:  MR. BARRY JONAS
 9                            MS. GEORGIA N. ALEXAKIS
                              ASSISTANT UNITED STATES ATTORNEY
10                            219 South Dearborn Street, 5th floor
                              Chicago, Illinois 60604
11                            (312) 353-5300

12                            MR. DAVID RECKER
                              US DEPARTMENT OF JUSTICE
13                            COUNTERESPIONAGE SECTION
                              600 E Street N.W., 10th floor
14                            Washington, D.C. 20004
                              (202) 233-2261
15
     On behalf of Defendant:  MR. JAMES D. TUNICK
16                            LAW OFFICES OF JAMES D. TUNICK
                              30 North LaSalle Street, Suite 2140
17                            Chicago, Illinois 60602
                              (312) 580-1839
18
                              MR. MICHAEL I. LEONARD
19                            LEONARD LAW OFFICES, INC.
                              230 North LaSalle Street, suite 1620
20                            Chicago, Illinois 60601
                              (312) 380-6559
21

22

23                       MICHAEL P. SNYDER, FCRR
                           Official Court Reporter
24                      United States District Court
                 219 South Dearborn Street, Room 2244A
25                       Chicago, Illinois 60604
                             (312) 435-5563
```

MICHAEL P. SNYDER, Official Court reporter

1     (Proceedings in open court.  Jury out.)

2          THE COURT:  I'm going to move to trial up to Judge

3     Zagel's courtroom.

4          MR. TUNICK:  Judge, I want to again apologies for the

09:23:39    5     outbursts.  I'm sorry.

6          MS. ALEXAKIS:  Did you want to change it this morning?

7          THE COURT:  I think it's probably not feasible without

8     losing time to do it, but I had just thought, well, it will be

9     easy enough to do it here.  Obviously, in some a ways it's more

09:23:54    10     convenient.  But I think if you put too many people in a room,

11     and it the turns out Judge Zagel is gone the next two weeks, so

12     we are just going to move up there.

13          MR. LEONARD:  You mean after lunch?

14          THE COURT:  I thought maybe it would be best to do it

09:24:08    15     at lunch, and I trust everybody will keep themselves in check

16     this morning.

17          MR. LEONARD:  Sure.

18          THE COURT:  And I'll think, oh, this probably wasn't

19     even necessary.  But I think it will be better.

09:24:17    20          MR. LEONARD:  All right.  We are good either way.

21          MS. ALEXAKIA:  All right.  I'll let our office know.

22          THE COURT:  All right.  I thought maybe Larry Collins

23     had, but if not, you'd better let them know.

24          (Recess.  Jury out.)

09:35:06    25          THE COURT:  I want to make sure we don't have any

MICHAEL P. SNYDER, Official Court reporter

1    issues.

2          MR. JONAS:  Just to reiterate, I've been asked to ask

3    Your Honor again regarding the media's request to get some of

4    our exhibits.  We don't take a position.  I said I'm not going

09:35:18   5    to bring it up again.  I said I'd do it one more time, and

6    that's it.  I'm putting it before Your Honor if the media can

7    have the exhibits.

8          THE COURT:  I think there's enough media attention.

9          MR. LEONARD:  We'd rather they wait.

09:35:31   10          MR. JONAS:  I'm just surprised because pretrial you

11    guys gave them a copy of the letter you sent to Zimbabwe.

12          MR. LEONARD:  We did?

13          MR. JONAS:  Yes, an article.

14          MR. LEONARD:  No, that's not evidence.

09:35:43   15          THE COURT:  I haven't read it, but I was told there

16    was an article this morning that started out quoting what at

17    least purported to be evidence.

18          MR. LEONARD:  We think they should wait, Judge.

19          THE COURT:  I sure wish you people would all agree on

09:36:09   20    something.

21          MR. JONAS:  We are not asking for it.  We are not

22    taking a position.  We are just passing it along.

23          THE COURT:  The problem is, you know, I do the best I

24    can to keep the jury from seeing headlines in the news.  But

09:36:34   25    it's an imperfect system, and my problem with one part of

MICHAEL P. SNYDER, Official Court reporter

1   anything is that they, is that it's selective.  I guess my

2   preference would be not to.  If they make a motion or

3   something, I'd have to deal with it.

4           MR. JONAS:  That's fine.  We'll pass it back.

09:36:55    5   THE COURT:  Okay.  And you've told your office that

6   I'm going to move the trial, right?

7           MR. JONAS:  I heard that --

8           THE COURT:  I just think, I assume it won't be too

9   difficult.  I just think you put too many people in too small a

09:37:12   10   space, that maybe it exacerbates emotions.

11          MR. JONAS:  I have just, I don't know how long it's

12  going to take our AVS people to move the equipment up to Judge

13  Zagel's courtroom.

14          THE COURT:  That's why I thought we would do it at

09:37:30   15   noon.

16          MR. JONAS:  Yes.  I am saying it could take less than

17  an hour.  We may conceivably need a few more minutes.  I don't

18  know.  But they'll be here at noon.

19          THE COURT:  Yes.  I thought this would be all right,

09:37:40   20   but I would just as soon all of you were not getting upset with

21  each other.

22          Okay.  I actually am going to give the jury a little

23  reminder.  When we were first picking the jury, one of the

24  first things I say is objections aren't evidence, and neither

09:37:59   25   are unanswered questions.

MICHAEL P. SNYDER, Official Court reporter

1          But from what I heard from my staff, the jury is

2    certainly going back and forth yesterday in terms of probably

3    not really understanding, and there were so many, and I'm just

4    going to say that, exactly that, neither objections nor

09:38:19    5    unanswered questions are evidence, and we'll go on from there.

6          If they are ready, we'll begin.

7          MR. JONAS:  If we can move this back over here so I

8    don't have to get up and walk around to see what he's writing?

9          MR. LEONARD:  I'm just putting "not guilty" in big

09:38:36    10    letters.

11          MR. JONAS:  Excellent.

12          THE COURT:  What do you have on there?

13          MR. LEONARD:  Nothing, Judge.

14          MR. JONAS:  Right now it's blank.

09:38:41    15          MR. LEONARD:  No, Judge.  I have names of --

16          THE COURT:  I thought that's what you were writing.

17          MR. LEONARD:  Name of politicians and names of

18    specially designated nationals.

19          MR. JONAS:  I do need to see it so I keep getting up,

09:38:52    20    walking around.

21          MR. LEONARD:  I'll tell you it will be Carol Adams and

22    then --

23          THE COURT:  Who?

24          MR. LEONARD:  There's going to be two names, Carol

09:38:58    25    Adams and then the specially designated national with the

MICHAEL P. SNYDER, Official Court reporter

1    strange long name.  If you can spell it correctly.

2         MR. JONAS:  If that's all that's being written and

3    nothing else, that's fine, but if there's going to be any more

4    written, I think it's just fair that we move it back here so I

09:39:11   5    have a chance to see it.

6         MR. LEONARD:  That's all that's going on today.  It's

7    so small that -- we don't have the resources the government

8    has, so it's so small that --

9         THE COURT:  All right.  Do you need, if I turn down

09:39:22  10    the lights too much --

11         Okay.

12         THE CLERK:  13 CR 572, defendant 2, U.S.A. versus

13    Turner; case on trial.

14         MR. JONAS:  A couple of issues, Judge.  The first is

09:28:40  15    housekeeping.  This screen is a little far for the jury.  We

16    are concerned they won't be able to see it.  Is it possible

17    that during lunch or a break we can have it moved to the side?

18    We can push it to the wall when the jury comes in and out and

19    then pull it out so it's on their side, similar to the one on

09:28:56  20    the other end of the jury box.

21         THE COURT:  Well, you've got a juror sitting right

22    there.

23         MR. JONAS:  Right.

24         THE COURT:  Where do you want to put it?

09:29:02  25    MR. JONAS:  We can probably put it about here.

MICHAEL P. SNYDER, Official Court reporter

1    Preferably, actually the preference would be here.

2         THE COURT:  We can't do that.

3         MR. JONAS:  But I understand it blocks Your Honor.

4    That's why I think here would be better.

09:29:14   5         THE COURT:  Although I suppose you could put it right

6    there.  Oh, no, that would interfere with your podium use.

7         MR. JONAS:  Put it right here on my left.

8         THE COURT:  I don't know how you would feel about

9    that.  I mean, even right now you could pull it up a lot

09:29:35  10    closer.

11         MR. JONAS:  We can pull it up closer.  I'm not sure if

12    it will do anything for them, but I'm also concerned about the

13    TV blocking Your Honor's view of the defendant.

14         MR. TUNICK:  What about my view?  I mean, of the

09:29:48  15    witness.

16         MR. JONAS:  Right.

17         We can probably place it in a spot --

18         THE COURT:  You can pull it closer and it won't.

19         MR. JONAS:  I just don't want to be blocking myself

09:29:57  20    now.

21         THE COURT:  Oh.  Well, that's true.

22         MR. JONAS:  Well, I'd have to tilt it a little that

23    way.

24         THE COURT:  Apparently the Court, if they are not

09:30:31  25    using it, has got a huge screen.  Maybe that would solve it, a

MICHAEL P. SNYDER, Official Court reporter

1    55-inch.

2         MR. JONAS:  Here?

3         THE COURT:  No, I mean he has one that he could bring

4    down here.

09:30:45    5         MR. JONAS:  Understood.  There was a reason why -- I

6    can find out.  So like a projector?

7         Then, can we at least keep it here?

8         THE COURT:  Can you move it a tiny bit closer to you,

9    or is that going to interfere?

09:31:11   10         MR. JONAS:  For me it's fine.

11         THE COURT:  I just, yes, I'd like to -- okay, and then

12    we can talk about it at noon whether --

13         MR. TUNICK:  Can we turn it a little bit this way?

14         THE COURT:  That may be alright.  Do you think people

09:31:34   15    can see from there?

16         MR. JONAS:  They can see better than where it was.  We

17    turned around the witness' monitor because this witness doesn't

18    need it.  He'll have the paper documents.

19         THE COURT:  Well, I hope they figure it out.  I can

09:31:50   20    see -- I was having trouble seeing yesterday as well.

21    Otherwise, yes, I guess we could put it against the wall and

22    just pull it out.

23         MR. JONAS:  Okay, Judge.

24         THE COURT:  Whichever works.  Or add one more.

09:32:05   25         MR. JONAS:  That would be ideal.

MICHAEL P. SNYDER, Official Court reporter

1  THE COURT:  I think this is, is it just for this

2  witness?  Or, no, this is going to be the whole trial?

3  MR. JONAS:  It's going to be for the whole trial.

4  Largely for this witness, but it will be for the whole trial.

09:32:17  5  THE COURT:  All right.  Well, see if this works for

6  this morning.

7  Okay, is there another issue?

8  MR. JONAS:  There's a few other issues.

9  The government -- well, the Sun-Times made a request

09:32:26  10  of the US Attorney's office's press person for a copy of one of

11  the documents that we used during opening which is now in

12  evidence.  We take no position on the request, but just passing

13  that along to Your Honor as to whether or not any of the

14  exhibits that are in evidence can be passed to the media.

09:32:45  15  MR. TUNICK:  What document?

16  MR. JONAS:  It was the picture that was used in

17  opening, which is attached to one of the emails that's now in

18  evidence.

19  MR. TUNICK:  I mean, if they want, I say what's good

09:32:59  20  for the goose is good for the gander.

21  MR. JONAS:  We are not --

22  THE COURT:  It's a picture of Mr. Turner and Mr.

23  Israel with Mr. Mugabe.

24  MR. JONAS:  Yes.

09:33:08  25  MR. TUNICK:  Yes.

MICHAEL P. SNYDER, Official Court reporter

1      MR. JONAS:  So we are clear, Judge, the government is

2   not asking for this.  I'm just passing along the request from

3   the Sun-Times.

4      THE COURT:  Well, let's not deal with it.  We don't

09:33:18  5   have to deal with it this morning, that's for sure.

6      MR. JONAS:  No.

7      Another issue, we learned at the end of the day

8   yesterday when we went back to the office that one of the

9   jurors is friends with an AUSA in our office.  It's Mr. Bell?

09:33:32  10      MS. ALEXAKIS:  Yes.

11      THE COURT:  How did you learn that?

12      MR. JONAS:  He contacted the AUSA to say he's been

13   selected for jury duty for a trial.

14      MR. TUNICK:  I missed that, Judge.

09:33:42  15      MR. JONAS:  Mr. Bell apparently is friends with an

16   AUSA in the office.

17      THE COURT:  Did we not ask some question we should

18   have asked?

19      MR. JONAS:  I guess we should have asked if anyone

09:33:56  20   knows -- you asked a law enforcement question about police

21   officers and law enforcement.  I guess they weren't thinking

22   AUSAs as law enforcement.

23      MR. TUNICK:  Judge, I think we need to inquire,

24   obviously.

09:34:14  25      MR. JONAS:  We would agree.

      MICHAEL P. SNYDER, Official Court reporter

1     MR. LEONARD:  Judge, that question was asked.  You
2  asked about law enforcement, brothers and sisters and people
3  that you know and that kind of stuff, so he obviously did not
4  disclose that.

09:34:24   5     THE COURT:  He's one of those that doesn't want to be
6  here next week.

7     MR. LEONARD:  That doesn't give him the right not to
8  disclose that relationship.

9     THE COURT:  That's right.  Of course he should have.

09:34:35   10    MR. JONAS:  We shouldn't jump to --

11    THE COURT:  Well, yes, he should have.  I think I did
12  ask a question that should have.  I don't know.  I'll have to
13  go back and look.

14    MR. JONAS:  I have one other issue to raise, Your
09:34:57   15  Honor.  Mr. Tunick's opening, we didn't object initially.  We
16  let him say some things that we found objectionable, and we let
17  him go to a certain point before we did object.  But he said
18  some things that we want to make sure don't become an issue in
19  this case.

09:35:09   20    For example, he talked about Richard Boykin being a
21  lawyer at Barnes & Thornburg and being an individual who has
22  counseled different committees at Congress, and he didn't tell
23  the defendant.

24    That's close to an advice of counsel defense, which
09:35:22   25  the defendant has not given any notice for, one; and, two, it

MICHAEL P. SNYDER, Official Court reporter

09:35:37

1  doesn't matter what Richard Boykin didn't say to the defendant.

2  It would be a different story if Richard Boykin said to the

3  defendant "These are individuals you can deal with."  The fact

4  that there is no communication about the subject matter is

5  completely irrelevant.

6      MR. TUNICK:  Judge, can I respond?

7      THE COURT:  Yes.

8      MR. TUNICK:  Surely if Mr. Boykin said something that

9  we shouldn't be doing this, you're dealing with specially

09:35:49

10  designated nationals, it's evidence of his state of mind.  And

11  if he doesn't say, if he doesn't say anything to him, it just

12  says that he didn't learn any evidence from this lawyer.  I

13  mean, that -- it goes both ways.  If he didn't tell him

14  anything --

09:36:05

15      THE COURT:  Did he ever talk to your client?

16      MR. TUNICK:  Yes, absolutely.  Absolutely.

17      MR. JONAS:  There were conversations, but this wasn't

18  an attorney-client relationship.  There's absolutely no

19  obligation on the part of Mr. Boykin to tell the defendant

09:36:17

20  anything.

21      THE COURT:  True.

22      MR. TUNICK:  But it's just going to be like one

23  question, did you ever tell Mr. Turner that, you know, Mugabe

24  is a specially designated national, that Gono was a specially

09:36:27

25  designated national?  No.  That's it.

MICHAEL P. SNYDER, Official Court reporter

1     I mean, and they have plenty of other evidence of

2  knowledge.  We are trying to show that he didn't get knowledge

3  from the people that he was with.  I don't see anything

4  inappropriate about that.

09:36:39   5     THE COURT:  I think I'm going to have to hear what Mr.

6  Boykin -- I have no idea what he's testifying about.  I think

7  I'll have to hear what he is testifying about, and I don't

8  think he's testifying this morning.

9     MR. JONAS:  He's not testifying this morning, and what

09:36:54  10  I suggest is, after the direct is concluded, we have a sidebar

11  on the issue.

12     Another issue is Mr. Tunick talked about the defendant

13  doing humanitarian work in Zimbabwe.  And Your Honor has

14  already ruled they can't get into humanitarian work as a reason

09:37:12  15  for why the defendant was trying to lobby against the

16  sanctions.

17     MR. TUNICK:  That's not why we were bringing it up.  I

18  said specifically that's how he met the government officials.

19  And it's going to come in through the emails.

09:37:22  20     THE COURT:  That and only that he can testify.

21     MR. TUNICK:  And it will be in the emails that they

22  introduced.

23     THE COURT:  Yes.

24     MR. JONAS:  I understand.  I just want to make sure

09:37:34  25  there's a line there that's not going to be crossed, because

MICHAEL P. SNYDER, Official Court reporter

1   once it's crossed and it's out in front of the jury, no matter

2   how many times you sustain our objections, it's there.

3           Finally, he called, Mr. Tunick called Roland Burris a

4   liar, and I think that's an improper comment.

09:37:46   5           THE COURT:  Obviously that was inappropriate in an

6   opening.

7           MR. TUNICK:  I didn't say liar.  I said he gave --

8           THE COURT:  I think you people crossed the line into

9   argument too.

09:37:57   10          MR. TUNICK:  Well, Judge --

11          THE COURT:  But that one was clearly inappropriate.

12          MR. TUNICK:  Well, I don't -- I thought I said he was

13  giving false statements under oath.  That's what I thought I

14  said.

09:38:08   15          THE COURT:  Since I haven't ruled on what will come in

16  with respect to that, that was certainly inappropriate whether

17  it's true or it isn't true.  So that was inappropriate.

18          Okay.  Assuming that the jury is here, I'd like to

19  start in the next five minutes.  Anything else?

09:38:26   20          MR. JONAS:  No, just getting back to the issue of Mr.

21  Bell.  Would you like to bring him out first and talk to him?

22          THE COURT:  I suppose I have to.  Okay, he's friends

23  with somebody.  What do you want me to ask him?  Or do you want

24  me to just tell him he's a bad boy and excuse him?

09:38:46   25          MR. LEONARD:  No, Judge.  We want to ask him the

MICHAEL P. SNYDER, Official Court reporter

1  questions about the nature of their relationship and also why

2  he didn't disclose it, and I'm sure it's very likely we will

3  move to disqualify him.

4       MR. JONAS:  It's a little premature without knowing

09:38:59  5  the answers, but I think Your Honor should just inquire whether

6  or not the relationship will impact his ability to be fair and

7  impartial in this case.  That's really the bottom line.

8       (Pause.)

9            THE COURT:  Okay.  Here's Mr. Bell.

09:40:48  10           I understand you have a friend in the U.S. Attorney's

11  office?

12           VENIREMAN BELL:  I do, yes.

13           THE COURT:  Who is it?

14           VENIREMAN BELL:  His name is Renato Mariani.  We play

09:40:56  15  on the same fantasy football team for the past few years.  So

16  we see each other once or twice a year, trade emails.

17           THE COURT:  Would this affect your ability to be fair

18  to either side in this case?

19           VENIREMAN BELL:  No, I don't think so.

09:41:13  20           MR. TUNICK:  Judge, can I ask?

21           Did you call Renato last night?

22           VENIREMAN BELL:  No.  I put a post on my Facebook

23  account saying I'm going to be serving on a federal jury for

24  the next two weeks.  That's all I said.  And he sent me a text

09:41:29  25  message reminding me that I should say nothing about the facts

MICHAEL P. SNYDER, Official Court reporter

1    of the case or the name of the case until the case is over.

2    And I sent him a text message back saying I knew that, I

3    appreciate your reminding me, thanks.

4              THE COURT:  You see him once or twice a year?

09:41:48    5    VENIREMAN BELL:  Yeah, once or twice a year.

6              THE COURT:  At?

7              VENIREMAN BELL:  At drafts for the baseball team.  I

8    think I was invited to his birthday party.

9              THE COURT:  Was everybody invited?

09:41:58    10    VENIREMAN BELL:  Yeah, I think he invited the whole

11    team.

12             THE COURT:  How big?

13             VENIREMAN BELL:  Ten guys.

14             THE COURT:  Are there any other questions?

09:42:04    15    MR. JONAS:  Not from the government.

16             THE COURT:  Okay.  We'll come back in just a minute.

17    Thank you very much.

18         (Venireman leaves.)

19             MR. LEONARD:  Judge, we move to disqualify him.  It's

09:42:26    20    really troublesome to us.

21             Number one, the fact that he didn't disclose the

22    relationship during the proceedings before you, which he should

23    have.

24             THE COURT:  I asked him outside, I said "Do you have a

09:42:33    25    friend in the US Attorney's office?"  And he said, well, it's

MICHAEL P. SNYDER, Official Court reporter

1  somebody he sees once or twice a year.  And I said "You didn't

2  disclose it," and he said "You didn't ask about it."

3  Which is probably right.  I probably didn't say "Do

4  you know anybody in the US Attorney's office?"

09:42:52  5  MR. LEONARD:  Judge, we are troubled by that.  I

6  mean --

7  THE COURT:  Well, you didn't ask me to ask that.

8  MR. LEONARD:  The question was certainly broad enough

9  to encompass it.

09:43:01  10  Number two, he's out posting on Facebook -- I know

11  it's generic -- about this trial, and then he has contact with

12  a member of the office.

13  THE COURT:  Well, it's a member of the office who

14  simply reminded him not to talk about the case.

09:43:13  15  MR. LEONARD:  It's troublesome, Judge.  He has a

16  relationship.  It's a small group of guys who do fantasy sports

17  together.  Ten people are not a lot of people.

18  THE COURT:  This is once or twice a year.

19  MR. LEONARD:  The fact that he makes communications

09:43:24  20  during the trial is extremely troublesome to us.  I see no

21  reason why he should stay on this jury.  In fact, we have ample

22  alternates without any --

23  THE COURT:  I'm not going to exclude him.

24  MR. TUNICK:  One additional thing we didn't inquire

09:43:37  25  on.  He said he sees him once or twice a year, but there's

MICHAEL P. SNYDER, Official Court reporter

1  clearly communications.  There is Facebook communications.

2  There's probably some other communications that we don't know

3  about.  Just seeing someone is not, not -- doesn't say that the

4  extent of their relationship.  I mean, if Renato replied

09:43:55  5  immediately, he's got to see Renato's own posts on Facebook.

6  We don't know if they are messaging each other on Facebook or

7  emailing.  And just to say that, you know --

8  THE COURT:  Didn't I just ask if you had any more

9  questions before I excused him?

09:44:09  10  MR. LEONARD:  Well, obviously we now know they are

11  Facebook friends.  And when you're in a --

12  THE COURT:  No, no, no.  We don't know that.

13  MR. LEONARD:  We do.  If you post on the Facebook, the

14  whole world does not see it, Judge.  Your friends see that, not

09:44:22  15  the whole world.  Your friends see that.

16  THE COURT:  Well, this is the league of fantasy --

17  MR. LEONARD:  No, Judge.  He said he posted it on

18  Facebook.

19  THE COURT:  I am going to deny it.

09:44:30  20  MR. LEONARD:  We move for a mistrial, Judge.  There's

21  just no reason he should stay on this jury, Judge.  We have

22  ample alternates.  He is tainted.  And I know a little bit

23  about fantasy sports.  You communicate sometimes on daily basis

24  because you make trades, have email with each other.  And some

09:44:50  25  of these sports, you have daily communications.

MICHAEL P. SNYDER, Official Court reporter

1       So whether you see someone in person or not, sometimes

2   you are dealing with each other on a daily basis.  If you are

3   not dealing with each other on a weekly basis, you're dealing

4   with each other on a weekly basis.  That doesn't mean you in

09:45:02   5   person, but there's a banter that goes on.

6       THE COURT:  Didn't I just ask him how many times he --

7       MR. LEONARD:  You asked how often he saw him.

8       THE COURT:  Okay.  Do you want me to bring him back

9   in, or should I just excuse him?

09:45:10   10       MR. LEONARD:  We should excuse him.

11       THE COURT:  I must say, I'm not very happy with

12   someone in your office contacting him, and the person should be

13   told never to do that again.

14       MR. JONAS:  We will pass that message along, Judge.

09:45:23   15       THE COURT:  That's the person I'd like to see.

16       MR. JONAS:  We object to excusing.  The juror was

17   unequivocal about his ability to remain fair.

18       THE COURT:  I really think there is no issue here, but

19   if you want, all right, we'll go bring him back in, and I'll

09:45:40   20   ask him some more questions.  But the problem is the more

21   questions I ask, the more it starts to create some issue.

22       I realize that we have several alternates right now,

23   but, boy, on the second day of trial you lose an alternate?

24       MR. LEONARD:  Judge, this is a pretty extreme

09:46:02   25   situation where the US Attorney's office is communicating with

1    a juror during the trial.

2          THE COURT:  You're really exaggerating.  You really

3    are exaggerating.

4          MR. LEONARD:  We are not, Judge.  If somebody from my

09:46:10    5    office contacted a juror, I know what would happen.  First of

6    all, it's a gross violation.  I know it's not intentional, but

7    if I did that or someone else did that, there would be a cost

8    to pay, and the cost here should be the juror should leave.

9    There is no prejudice to anybody.

09:46:24   10          THE COURT:  The juror didn't do anything it.  He just

11    said --

12          MR. LEONARD:  Inadvertently.  He did two things wrong.

13    He didn't disclose a relationship.

14          THE COURT:  He just said "I'm on a trial."

09:46:32   15          MR. LEONARD:  He didn't disclose a relationship.

16          THE COURT:  That was perfectly okay.

17          MR. LEONARD:  He should disclose that relationship,

18    Judge.

19          THE COURT:  No.  I don't believe there was a question

09:46:39   20    asked that would require that.  This is a sophisticated

21    individual.  We didn't ask for law enforcement.

22          (Venireman present.)

23          THE COURT:  I'm sorry I missed a question.

24          VENIREMAN BELL:  No problem.

09:46:52   25          THE COURT:  I asked you about how often you saw him.

MICHAEL P. SNYDER, Official Court reporter

1    Do you have communications?  I'm not on Facebook, so I don't

2    know how that works.  Do you have communications with him, and

3    if so, how often?

4              VENIREMAN BELL:  Emails that relate to business for

5    this baseball league.  So if my team is scheduled to play his

6    team, we need to email back and forth to say which players we

7    are going to use, things like that.

8              THE COURT:  And how often is that?

9              VENIREMAN BELL:  Probably five to ten times a year.

10             THE COURT:  Do you have any more questions?

11             MR. TUNICK:  So you are friends on Facebook, I gather,

12   correct?

13             VENIREMAN BELL:  Yes, he doesn't post to Facebook, so

14   I'd kind of forgotten that we actually were friends on Facebook

15   until I got his text message yesterday, and then I thought, oh,

16   he must have seen the Facebook post.

17             MR. TUNICK:  And you guys have, you have each other's

18   cell phone numbers, I gather, too?

19             VENIREMAN BELL:  Yes.  I think we went to a baseball

20   game together two or three years ago, a White Sox game, and we

21   needed to trade cell phone numbers to figure out where we would

22   meet.  So he must have my cell phone number from that.  I

23   haven't spoken to him this year that I recall other than the

24   one face-to-face meeting we had back in February.

25             MR. TUNICK:  Just one more question.  And the birthday

MICHAEL P. SNYDER, Official Court reporter

1    invitation, how did you receive that?

2            VENIREMAN BELL:  I think it was an eVite from his

3    wife.  He got married recently, and I think his wife was trying

4    to invite some of the people he knew to the birthday party.  So

5    he must have given her the email addresses of all the guys in

6    the baseball league.  But I don't think I even responded

7    because I knew I was going to be out of town that day.

8            MR. LEONARD:  Did it come into your head at all during

9    the jury selection about raising the friendship with Mr.

10   Mariani to the Judge?

11           VENIREMAN BELL:  You know, it's funny.  I remember at

12   last week's trial when I was voir dired for that, the Judge

13   asked specifically do you know people in different bureaus

14   including the Department of Justice.  You didn't phrase the

15   question that way yesterday, so it didn't really come to my

16   mind.

17           THE COURT:  I just went sort of straight down.

18           MR. TUNICK:  So you revealed it in a prior voir dire?

19           VENIREMAN BELL:  No, I didn't because they didn't

20   actually list the Department of Justice.  In that particular

21   voir dire, they were talking about the ATF and other agencies,

22   so I thought if I were really in the situation and they

23   mentioned the DOJ, then I probably ought to mention it.  It's

24   not like we are close friends, so I get to that question of how

25   close an acquaintanceship do you need in order to disclose it,

MICHAEL P. SNYDER, Official Court reporter

1    and I guess to my taste it was kind of below the bar.

2              THE COURT:  Okay.  Thank you.

3         (Venireman leaves.)

4              THE COURT:  I can tell you that if it had come up

09:49:35   5    during voir dire, based on what he has said, I don't think

6    there would have been a basis for an excusal for cause, so you

7    would have had to use one of your peremptories.

8              MR. LEONARD:  Judge, we absolutely would have.  If we

9    knew there was someone who had a friend or relationship in the

09:49:51   10   U.S. Attorney's office, he would be gone, unquestionably.

11             MR. TUNICK:  He was a close call for us.  You can't

12   imagine.  We had a lot of discussion about him.  He was a

13   person that knew about Mugabe.  We were so close, and if we

14   knew that, there was no doubt in my mind we would have got him

09:50:06   15   off this jury.

16             MR. JONAS:  Your Honor, Mr. Tunick's comment is very

17   telling right now.  This explains why they are fighting so hard

18   to get him off.  It's not because they think he can't be fair;

19   it's because they don't think he's going to be in their camp.

09:50:16   20            MR. LEONARD:  That's completely false.  We have new

21   information that their office engaged in a communication with a

22   juror during trial.  I'm not accusing Mr. Mariani of any

23   wrongdoing intentionally, but it's a problem for us, Judge.

24   They have a relationship.  They have cell phone contact.

09:50:31   25            THE COURT:  Oh, it's completely exaggerated.

MICHAEL P. SNYDER, Official Court reporter

1     MR. LEONARD:  It's not, Judge.

2     MR. JONAS:  Judge, we think he should remain.  He was

3  unequivocal about his ability to be fair.  He said he didn't

4  consider the AUSA to be a close friend.  I think he used the

09:50:46  5  term "below the bar."

6     MR. LEONARD:  Why would their office --

7     THE COURT:  I'll have to think about it a couple

8  minutes.

9     MR. LEONARD:  I don't understand why their office

09:50:52  10  would oppose it, Judge.  Why?  The only reason is because they

11  think he's going to be favorable, that's why.  Justice is

12  supposed to be done here.  We have alternates for these

13  purposes when things come up out of the blue.  That's why I

14  asked you to ask the question about are there any other things

09:51:09  15  we should know about you, and they argued against it.

16     MR. JONAS:  That wasn't the question.

17     MR. LEONARD:  No, I asked the question.  It was very

18  broad that they argued against, which was asking them about

19  other things we should know about them.

09:51:19  20     MR. JONAS:  No.  The question --

21     MR. LEONARD:  Anything else that we should know about

22  them.  Mr. Jonas argued that we shouldn't be asking that

23  question.

24     THE COURT:  I think saying that he's friends with this

09:51:30  25  person is an exaggeration.  On the other hand --

MICHAEL P. SNYDER, Official Court reporter

1        MR. TUNICK:  Judge, how many people get invited to a
2   birthday party?
3        THE COURT:  Why on earth that guy contacted him --
4        MR. JONAS:  Judge, I don't know.  It wasn't at our
5   direction.
6        THE COURT:  Well, of course it wasn't your direction.
7        MR. JONAS:  We didn't find out about this until
8   afterwards.  We don't know.  We are going to certainly pass
9   your message on that he shouldn't have done this.
10       THE COURT:  Is he new?
11       MR. JONAS:  No.
12       MR. TUNICK:  Can I just add something here?
13       THE COURT:  In truth, maybe he didn't even realize
14  that it was a criminal case.
15       MR. TUNICK:  Judge, can I add something?  He said Mr.
16  Mariani, they have no communication on Facebook.  Yet he posts
17  last night and gets an immediate response from him via a text
18  message.  So for him to say that there's no relationship on
19  Facebook, how could that be true?  I mean, he posted last night
20  and got a response within hours.
21       THE COURT:  Okay.  I'm going to exclude him.
22       MR. LEONARD:  Thank you, Judge.
23       THE COURT:  It will be a couple minutes.
24       (Recess.  Jury out.)
25       THE COURT:  Okay.  I believe that the jury is on its

MICHAEL P. SNYDER, Official Court reporter

1    way in.

2         (Jury in.)

3         THE COURT:  Again, please sit in whatever kind of

4    chairs you find most comfortable.  I don't know if you prefer

10:02:42   5    to sit down here, you can.

6         All right.  Please be seated.

7      STEVE NOLDIN, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

8         THE COURT:  Good morning.  Thank you for being prompt.

9    I'm sorry there were several issues, issues that caused us a

10:03:00   10   delay.  I don't expect that to happen again.

11        You are still under oath, you understand that?

12        THE WITNESS:  Yes, Your Honor.

13        THE COURT:  Okay.  They actually have moved this

14   forward.  We did just, I did just hear that indeed the jurors

10:03:19   15   were having a little trouble seeing this.  Now, when he turns

16   it on, if you can't see, let me know and we'll move this

17   around.  They were talking about moving it over there at noon,

18   but let's see if -- the first one if you can't see it, raise

19   your hand, and we'll move it until all of you can see whatever

10:03:40   20   is in front of you.

21        MR. JONAS:  Thank you, Judge.

22        THE COURT:  Okay.

23        MR. JONAS:  May I proceed?

24        THE COURT:  Yes.

10:03:44   25             DIRECT EXAMINATION (resumed)

         MICHAEL P. SNYDER, Official Court reporter

1    BY MR. JONAS:

2    Q.  Agent Noldin, we were starting to talk yesterday when we

3    broke about the defendant's emails.

4    A.  Correct.

10:05:09    5        THE COURT:  All right.  Go ahead.

6        MR. JONAS:  Thank you, Judge.

7    BY MR. JONAS:

8    Q.  Agent Noldin, we are going to start with Government's

9    Exhibit GT Email 1.

10:05:18    10        MR. JONAS:  If I can publish that, Judge?

11        THE COURT:  Yes.

12        MR. JONAS:  We'll put that on the screen, please.

13    BY MR. JONAS:

14    Q.  Agent Noldin, who is this email to?

10:05:28    15    A.  Paullin@sunsun.com.

16    Q.  Do you know who that is?

17    A.  I don't.

18    Q.  What's the date of the email?

19    A.  July 22nd, 2006.

10:05:40    20        MR. JONAS:  If we can enlarge the top paragraph.

21    BY MR. JONAS:

22    Q.  Agent Noldin, starting where it says "I have been

23    actively."  Can you read that.

24    A.  Yes.

10:05:52    25        THE COURT:  I don't think anybody can read that.  I

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

28

1      can hardly see it.

2              MR. JONAS:  Is there any way to make it larger?

3              THE COURT:  If you want to move the monitor over, you

4      can.

10:06:27   5              MR. JONAS:  Thank you, Judge.

6              We also turned the witness' monitor around since he

7      has paper copies if that helps any.

8              As we said, Judge, we'll move this to the side during

9      lunch break so that would be better for the jurors to see.

10:07:04  10   BY MR. JONAS:

11     Q.  Agent Noldin, can you read where it says "I have been

12     actively."

13     A.  "I have been actively working in lobby work for over 30

14     years prior to the liberation of most African states.  As aid

10:07:19  15   to several US Congressmen over the years, I have established an

16     in-depth network of African contacts in Africa and America,

17     presidents and business.  Most importantly, an understanding of

18     how to effectively work with both the private sector and

19     government.  I still use the valuable congressional contacts to

10:07:37  20   this day, some of which Colin has met over the years.  This is

21     how I serve the interests of my clients and assist African

22     countries in their ongoing battle to achieve economic parity

23     and social development."

24              MR. JONAS:  Can we enlarge the second part, the top

10:07:57  25   part of the second paragraph.

               MICHAEL P. SNYDER, Official Court reporter

1  BY MR. JONAS:

2  Q.  Please continue.

3  A.  "As you well know, I am currently based in Zimbabwe and

4  function at the highest levels in both the private and

5  government sectors.  I am serving as director of the Zimbabwe

6  Progress Fund, a venture capital fund founded by the daughter

7  of David Rockefeller, who has established a number of similar

8  funds in third world countries to assist in small business

9  development."

10  Q.  Thank you.  Let me turn to Government's Exhibit GT Email

11  107.

12       Now, Agent Noldin, are these exhibits that we are

13  going to go through in chronological order?

14  A.  Yes.

15  Q.  They are not necessarily in numerical order?

16  A.  That's correct.

17  Q.  So turning your attention to GT Email 107.

18       MR. JONAS:  Judge, do you want me to ask permission to

19  publish one by one or should we just go forward?

20       THE COURT:  I think we have agreed on that, is that

21  right?

22       MR. LEONARD:  Yes, Your Honor.

23       MR. TUNICK:  Yes, Your Honor.

24       THE COURT:  Okay.

25  BY MR. JONAS:

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

30

1    Q.  What's the date of this email?

2    A.  November 2nd, 2008.

3    Q.  Who is it to?

4    A.  David LeRoux.

10:09:06    5    Q.  Based upon the body and the content of the email, are you

6    able to determine who David LeRoux is?

7    A.  Just his email address that he's associated with LeRoux,

8    Inc.

9    Q.  And do you know where that is located?

10:09:18    10    A.  I believe it's in South Africa, Port Elizabeth.

11    Q.  You're getting that from the email itself?

12    A.  Yes, I am.

13    Q.  Okay.

14            MR. JONAS:  Can you enlarge the top part in the first

10:09:30    15    paragraph, please.

16    BY MR. JONAS:

17    Q.  Agent Noldin, can you read this part of the email.

18    A.  "Dear David.  Hope you are well and working hard.  I am

19    currently planning to proceed to JNB" -- which is

10:09:47    20    Johannesburg -- "on the 5th of November, day after election."

21    Q.  Let me stop you.

22            Do you know where Johannesburg is located?

23    A.  South Africa.

24            "All signs are of a Obama victory.  We have been

10:10:00    25    advised that one of the senators, a close advisor and member of

MICHAEL P. SNYDER, Official Court reporter

1    the Illinois senate, Donne Trotter, will be arriving in

2    Johannesburg to meet with a few key people on the issues

3    related to African-American economic development ideas.  The

4    senator is a longtime friend and depends on me for intelligence

10:10:16  5    in African matters.  In addition, he is on the powerful finance

6    committee for the Illinois state senate which controls pension

7    funds, et cetera."

8            MR. LEONARD:  Judge, we would just ask, would the

9    witness stick to the text instead of interpreting?  It says

10:10:31  10    JNB.  He just needs to read what's on the page and not give an

11    interpretation.

12            MR. JONAS:  Your Honor, I think from the context of

13    the emails that the agent has gone through, he can put together

14    two and two as to what is, what JNB means in some of these

10:10:45  15    emails.

16            THE COURT:  Well, if at the moment he's reading, then

17    I suppose he should read, and you can ask what that is.

18            MR. JONAS:  And I believe I did ask, Your Honor.

19            THE COURT:  You hadn't before.  You had asked -- JNB

10:11:02  20    you did?

21            MR. JONAS:  I believe I asked where Johannesburg is.

22            THE COURT:  Yes, you did ask that.

23            MR. JONAS:  So I will ask the question.

24            THE COURT:  Yes.

10:11:11  25    BY MR. JONAS:


             MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

32

1  Q.  Agent Noldin, I want to turn your attention to the next
2  email GT Email 2.
3        And what's the date of this email?
4  A.  November 10, 2008.
10:11:34  5  Q.  Who is it to?
6  A.  David LeRoux.
7  Q.  Is that the same person who received the email in the last
8  exhibit?
9  A.  It is.
10:11:41  10       MR. JONAS:  If we can enlarge the top part of the
11  first paragraph.
12  BY MR. JONAS:
13  Q.  Could you read the first three lines.
14  A.  "Your reply is noted and understood.  I am still in SA and
10:11:57  15  semi-involved with the Zimbabwe unity talks.  I had a one-hour
16  meeting with President Mugabe and Senator Trotter.  We both now
17  understand the issues and will convey back to the
18  President-Elect.
19  Q.  Agent Noldin, you said that this email was November 10,
10:12:12  20  2008.  From the time of the email and the term
21  "president-elect," who is the defendant talking about?
22  A.  It would have been President-Elect Barack Obama.
23  Q.  And do you understand from the context what SA means?
24  A.  South Africa.
10:12:25  25  Q.  Who is president Mugabe?

                MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

33

1    A.  The president of Zimbabwe.

2    Q.  And who is Senator Trotter?

3    A.  Illinois state Senator Donne Trotter.

4    Q.  Would you turn to Government's Exhibit GT 3.

10:12:45    5         What's the date of this email?

6    A.  November 15, 2008.

7    Q.  This is a few days after the last email?

8    A.  That's correct.

9    Q.  Who is this one to?

10:12:52   10    A.  David.

11   Q.  Were you able to determine from the electronic version of

12   this email who David is?

13   A.  Yes, I was.

14   Q.  How?

10:12:59   15    A.  If you click on the name in the address book of the Outlook

16   contact, it provides the entire email identifier, and it is the

17   same email address from the previous David.

18   Q.  So that would be David LeRoux?

19   A.  David LeRoux.

10:13:13   20         MR. JONAS:  And if we can enlarge just the first line

21   of the paragraph.

22   BY MR. JONAS:

23   Q.  What's that line say?

24   A.  "As you can see, my lobby with the Zim is strong."

10:13:28   25         MR. JONAS:  If you can zoom out, please.  If you can

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

34

1   enlarge where it says "PA."

2   BY MR. JONAS:

3   Q.  What does that say?

4   A.  "PA, Senator Trotter is to the left of president RGM next

10:13:45   5   to me."

6   Q.  This implies that it is a picture attached.  Was there a

7   picture attached?

8   A.  No, there was not.

9   Q.  Was there anything attached to this email?

10:13:52   10   A.  There was a letter attached to the email.

11   Q.  If we can go to the second page of this document.  Who is

12   this letter to?

13   A.  It's addressed to Mr. C. Gregory Turner, Esquire.

14         MR. JONAS:  Can you enlarge the top half, please.

10:14:08   15   BY MR. JONAS:

16   Q.  And what's the date of the letter?

17   A.  13 November 2008.

18   Q.  What's the letterhead say?

19   A.  "Embassy of the Republic of Zimbabwe."

10:14:25   20   Q.  Which Zimbabwe embassy would this be from?

21   A.  This is from the South African embassy from Pretoria, South

22   Africa.

23   Q.  And who is this letter from?

24   A.  It's from the Zimbabwe ambassador to South Africa, SK Moyo.

10:14:48   25   Q.  Is SK Moyo a specially designated national?

MICHAEL P. SNYDER, Official Court reporter

1  A.  He is.

2       MR. JONAS:  If we can enlarge the body of the email,

3  please, of the letter.

4  BY MR. JONAS:

10:14:57  5  Q.  Can you please read this letter.

6  A.  "Dear Gregory.  We extend greetings and thanks to you and

7  His Excellency Prince Asiel for the facilitation of the meeting

8  with Senator Donny Trotter of Illinois.  I'm sure that His

9  Excellency President R.G. Mugabe was equally impressed with the

10:15:17  10  concern expressed by the Prince and Senator Trotter.  Most of

11  all, we convey prayers to President-Elect Barack Obama and his

12  new administration.  We look to a fresh and fair dialogue on

13  the issue of President Bush's sanctions presently crippling our

14  country.  Lastly, Gregory, we look forward to working closely

10:15:38  15  with the Chicago lobby team and following up on the proposals

16  presented to the President.  Please contact me after your

17  consultations in Harare this week.  Sincerely."

18       Signed SK Moyo.

19  Q.  Agent Noldin, do you know where Harare is?

10:15:52  20  A.  Zimbabwe.

21  Q.  Is it a city in Zimbabwe?

22  A.  Yes.

23  Q.  Is there a P.S. on this letter?

24  A.  There is.

10:15:58  25  Q.  If we can go to the bottom of the letter, please.  And

MICHAEL P. SNYDER, Official Court reporter

1   what's the P.S. say?

2   A.  "P.S. We pray for Senator Trotter's elevation to Senator

3   Obama's senate seat."

4   Q.  Just going back to the first page of this email again.  So

5   the defendant is forwarding this letter to David LeRoux?

6   A.  Yes.

7   Q.  What does he tell David LeRoux about this letter?

8   A.  "As you can see, my lobby with the Zim is strong."

9   Q.  Before I go away from this, you said in the letter SK Moyo

10  writes to the defendant and says, "We look forward to working

11  closely with the Chicago lobby team."

12       Is that a term that we'll see in these emails used by

13  the defendant himself?

14  A.  Yes.

15  Q.  And does the defendant identify himself in this as one of

16  the members of the Chicago lobby team?

17  A.  Yes.

18  Q.  Did you see emails indicating that the defendant was

19  involved in brokering a meeting between US officials and

20  Zimbabwe officials?

21  A.  Yes.

22  Q.  Let me turn to, if you can turn to Government's Exhibit GT

23  Email 108.

24       What's the date of this email?

25  A.  November 17, 2008.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

37

1    Q.  Who is it to?

2    A.  Daniehlah.

3    Q.  Do you know who Daniehlah is?

4    A.  That is the executive assistant to Prince Asiel Ben Israel.

10:17:27    5    Q.  Where are you getting that from?

6    A.  From emails to come, future emails.

7           MR. JONAS:  If you can enlarge what starts "Greetings,

8    Prince."

9    BY MR. JONAS:

10:17:40   10    Q.  Agent Noldin, can you read this email, please.

11    A.  "Greetings Prince.  Marks remain marks even when erased the

12    spots surface (smile).  Based on the follow-up meeting at

13    Harare, I feel we should pursue the route we can best control.

14    The state house and senate can be our lobby beginning without

10:17:57   15    drawing too many eyes.  We should see if DT can get two to

16    three members of the house to join yourself and a member of the

17    Chicago Stock Exchange or a financial person to come to Harare

18    on a one-week factfinding vacation between now and the

19    Christmas days.

10:18:12   20           "The topics would be grain for the food crisis,

21    bilateral cooperation in agro trade, tourism, establishment of

22    state trade office.  If I can get a document of interest from

23    DT along these lines as soon as possible addressed to Rose

24    Mazula, chairman, Zimbabwe Progress Fund, or to myself, I could

10:18:33   25    leverage the budget mentioned.  The budget would be $250,000 or

MICHAEL P. SNYDER, Official Court reporter

1    $150,000 for the MOI coordinators.  We would cover all expenses

2    from London on to Harare including ground arrangements.  I am

3    sure we can push this through this week.

4         "I am also confident the issue of Mewere is dead, but

10:18:54    5    the contact was helpful in letting him know others are

6    interested.

7         "Any questions, let me know today.  Our lines are

8    tough but possible.  Let's roll.  Ahke."

9    Q.  Agent Noldin, it refers to a DT one of the first two lines.

10:19:08    10    In the context of the email talking about members of the house

11    and senate, state house and senate, do you know who DT would

12    be?

13    A.  Illinois state Senator Donne Trotter.

14    Q.  The letter is signed Ahke.  Who is Ahke?

10:19:22    15    A.  Mr. Turner.

16    Q.  How do you know that his name is Ahke?

17    A.  I've seen the name short for Ahkezear a person by that

18    name.

19    Q.  Ahkezear?  Okay.

10:19:35    20         Are there more emails regarding arranging a trip for

21    Illinois officials to go to Zimbabwe?

22    A.  Yes.

23    Q.  Would you turn to Government's Exhibit GT 4, please.

24         What's the date of this email?

10:19:53    25    A.  November 19, 2008.

MICHAEL P. SNYDER, Official Court reporter

```
 1    Q.  So how soon after the last email is this one?
 2    A.  One day, two days.
 3    Q.  Who is this email to?
 4    A.  Chrismuts@zimchina.
 5              MR. JONAS:  Can you enlarge the top part of that
 6    email, please.
 7    BY MR. JONAS:
 8    Q.  Do you know who chrismuts is?
 9    A.  Chris Mutsvanga, former ambassador to China.
10    Q.  How do you know this is Chris Mutsvanga in this email?
11    A.  I've been able to see the email.
12    Q.  And there's a cc to somebody named Supa@mightymoviespl.com.
13    Do you know who that is?
14    A.  I don't.
15    Q.  What's the subject line of this email?
16    A.  "Illinois delegation plan."
17    Q.  And if we can scroll down.  What does the defendant write
18    in this email?
19    A.  "Dear Chris and Supa.  Please look at these and give me
20    some feedback as soon as possible.  We need some answers by
21    Friday.  Thank you.  Regards, Greg."
22    Q.  Is there something that he attaches?
23    A.  Yes.
24    Q.  Can we turn to the next page.  What's this?
25    A.  It's labeled "Itinerary for State of Illinois legislative
```

10:20:08
10:20:18
10:20:32
10:20:50
10:21:04

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

40

1   visit to the Republic of Zimbabwe."

2   Q.  Is "itinerary" spelled correctly?

3   A.  No.

4   Q.  In reviewing the defendant's emails, do you see typos

10:21:22  5   throughout a large number of emails?

6   A.  Yes.

7   Q.  What's the date of the proposed trip?

8   A.  10 December 2008.

9   Q.  Who is supposed to be going on this trip per this

10:21:31  10  itinerary?

11  A.  State Senator Donne Trotter, Deputy Governor State of

12  Illinois Lou Anne Peters, Dr. Carol Adams, and Prince Asiel Ben

13  Israel, and Eric Small.

14  Q.  Is there an agenda attached to this email?

10:21:46  15  A.  Yes.

16  Q.  If you can turn to the next page.  What's the agenda that's

17  being proposed by the defendant?

18  A.  Donation of surplus grain from the State of Illinois

19  Commodities Board to the Zimbabwe Progress Fund, feasibility of

10:21:59  20  establishing a trade office for agriculture between the State

21  of Illinois and Zimbabwe, the potential of pension fund

22  investments in the newly established Zimbabwe stock exchange

23  and projects, and medical supplies from the State of Illinois.

24  Q.  What else does this agenda say?

10:22:16  25  A.  That the private sector host will be the Zimbabwe Progress

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

41

1    Fund chairman, Miss Rosemary Mazula.

2    Q.  Does it discuss when these individuals will be arriving?

3    A.  Tuesday, December 10, 2008.

4    Q.  Who is supposed to be the host?

10:22:32   5    A.  Ministry Honorable Emmerson D. Mnangagwa.

6    Q.  Is this Ministry Honorable -- I won't try to pronounce it.

7    Is he a specially designated national?

8    A.  Yes, he is.

9    Q.  When is this delegation supposed to be leaving?

10:22:51   10   A.  December 15, 2008.

11   Q.  The middle part of the agenda identifies a woman named

12   Rosemary Mazula as the chairman of the Zimbabwe Progress Fund.

13   Have we seen another email that you've already covered where

14   the defendant identifies himself as being part of the Zimbabwe

10:23:05   15   Progress Fund?

16   A.  Yes, we have.

17   Q.  And how did he hold himself out?

18   A.  He's associated with the Zimbabwe Progress Fund.

19   Q.  In Government's Exhibit GT 1, does he say he's a director?

10:23:18   20   A.  Yes.

21   Q.  Were there further emails regarding this proposed trip?

22   A.  Yes, there were.

23        MR. JONAS:  If we can turn to GT Email 5, please.

24   Enlarge the top.

10:23:31   25   BY MR. JONAS:

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

42

```
         1   Q.  What's the date of this email?
         2   A.  November 20th, 2008.
         3   Q.  So how many days after the last email?
         4   A.  One day I believe.
10:23:42 5   Q.  Who is this email to?
         6   A.  Prince Asiel.
         7   Q.  And would that be Prince Asiel Ben Israel?
         8   A.  Yes.
         9   Q.  What's the subject line?
10:23:52 10  A.  "Letter to Dr. Gono urgent."
         11  Q.  And if you can just read the letter from the first line
         12  where it says "Prince" down.
         13  A.  "Prince, please draft and forward the following backup
         14  letter."
10:24:06 15  Q.  Who is that backup letter addressed to?
         16  A.  Honorable Dr. Gidon Gono, Governor, Reserve Bank of
         17  Republic of Zimbabwe.
         18  Q.  Is actually the governor of the bank Gideon Gono?
         19  A.  That's correct.
10:24:19 20  Q.  So this is just misspelled?
         21  A.  Yes.
         22  Q.  Is Gideon Gono a specially designated national?
         23  A.  Yes.
         24  Q.  If we can scroll down.  Let me ask you, I'm sorry, before
10:24:29 25  we do that.
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

43

1    Is the draft letter that the defendant is forwarding

2    to Ben Israel, does that have a date?

3    A.  12 November 2008.

4    Q.  And what is the date of the email?

10:24:39    5    A.  November 20th, 2008.

6    Q.  So the draft letter is backdated?

7    A.  Correct.

8    Q.  If we can enlarge the body of the draft letter.  Can you

9    read this letter, please.

10:24:52    10   A.  "Honorable Governor.

11        "Greetings from the people of the great State of

12   Illinois.  We have been kept abreast of the disastrous

13   financial crisis the Bush administration has placed on your

14   nation and yourself as governor of the Reserve Bank.  It is our

10:25:07    15   fervent hope with the election of our senator from Illinois,

16   Barack H. Obama, a new and fresh look can be acquired.

17        "As you know our state has established trade offices

18   in both Havana, Cuba, and Johannesburg, South Africa, to

19   facilitate trade, commerce, and finance for our state's private

10:25:22    20   sector.  With God's helping hand we will be able to assist in

21   the recovery of your mineral and agricultural-based nation.

22        "We look forward to extensive dialogue with your

23   institution and private sector bankers during the planned visit

24   of our delegation to Harare in December.  As we prepare for the

10:25:39    25   installation of America's first African-American president, we

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

44

| | | |
|---|---|---|
| | 1 | also strive to raise our struggling nation on the African |
| | 2 | continent to world class status.  With your help and God's hand |
| | 3 | we will and must overcome. |
| | 4 | "Sincerely Donne H. Trotter, Senator, State of |
| 10:25:54 | 5 | Illinois." |
| | 6 | Q.  More emails on this December trip? |
| | 7 | A.  Yes. |
| | 8 | Q.  Can you turn to Government's Exhibit GT 6. |
| | 9 | What's the date of this email? |
| 10:26:09 | 10 | A.  December 1st, 2008. |
| | 11 | Q.  So how much after the last email is this one? |
| | 12 | A.  Ten days, eleven days. |
| | 13 | Q.  Who is this email to? |
| | 14 | A.  Chicagomoi@aol.com. |
| 10:26:24 | 15 | Q.  Do you know whose email address chicagomoi@aol.com is? |
| | 16 | A.  It's used by Prince Asiel Ben Israel's executive assistance |
| | 17 | Daniehlah. |
| | 18 | Q.  Where are you getting that from? |
| | 19 | A.  She identifies herself in the emails with that address. |
| 10:26:36 | 20 | Q.  Is this email, this Exhibit GT 6 a chain, an email chain? |
| | 21 | A.  Yes. |
| | 22 | MR. JONAS:  So if we can go to the second page, and |
| | 23 | just let's start with the bottom of the chain, if you can |
| | 24 | enlarge the bottom part. |
| 10:26:58 | 25 | BY MR. JONAS: |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

45

1  Q.  What's that say?

2  A.  "Shalom Dode.  Per Prince Asiel I have forwarded to you a

3  scanned copy of a letter written by Senator Trotter.  Please a

4  reply email and call me at (312) 912-1183 to confirm receipt of

10:27:18  5  this communique.  Thank you, Daniehlah."

6  Q.  Who is she sending this to?

7  A.  This is sent to theafricanenvoy@yahoo.com.

8  Q.  Whose account is that?

9  A.  Mr. Turner's.

10:27:27  10  Q.  Does he reply?

11  A.  Yes.

12  Q.  When?

13  A.  Approximately seven dates later.

14      MR. JONAS:  If we can enlarge the top portion of this

10:27:36  15  page.

16  BY MR. JONAS:

17  Q.  What does he say to her?

18  A.  "Dear Miss D.  Please forward the swift info for Prince on

19  the Chicago delegation to arrive in Johannesburg on December

10:27:48  20  8th through 11th, 2008."

21  Q.  Let me stop you for a moment.

22      First of all, Agent Noldin, in your experience as an

23  FBI agent, do you know what a swift is?

24  A.  It's a wire transfer of funds.

10:27:57  25  Q.  And so we are clear, does the email actually say

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

46

1    Johannesburg or does it use initials?

2    A.  It uses JNB.

3    Q.  Based upon the context of the other emails, do you know

4    what JNB would be?

10:28:09    5    A.  Johannesburg, South Africa.

6    Q.  The dates in here in this first line regarding Chicago

7    delegation, do these marry up roughly with the itinerary and

8    the prior emails for the delegation to Zimbabwe?

9    A.  Yes.

10:28:22    10    Q.  Please keep reading.

11    A.  "Dear Miss D.  Please forward" -- excuse me.

12        "Please send bios and topics to be discussed with His

13    Excellency and the Governor of the Reserve Bank."

14    Q.  Let me stop you.  Have you seen the term "excellency" used?

10:28:39    15    A.  Yes.

16    Q.  What's does that mean?

17    A.  Robert Mugabe, President of Zimbabwe.

18    Q.  And who is the Governor of the Reserve Bank?

19    A.  Gideon Gono.

10:28:45    20    Q.  Are both of them specially designated nationals?

21    A.  Yes, they are.

22    Q.  Please keep reading.

23    A.  "I.e. humanitarian grain from Illinois, emergency medical

24    supplies from Cook County, establishment of a new stock

10:28:57    25    exchange, establishment of a permanent advisory group to remove

MICHAEL P. SNYDER, Official Court reporter

1    the economic sanctions, establishment of a back channel

2    communications to the president-elect.  The transfer will be,

3    executed on Tuesday morning latest 80,000 US dollars.

4    Additional funding is being discussed on Monday, but all is a

10:29:18    5    go at this point.  The swift info must include all info

6    including address of receiving bank.  Please double check all

7    numbers and name on the account.  Rush the bios, please.  All

8    on-ground expenses will be handled locally.  Forward flight

9    schedules.  I will meet them in Johannesburg on arrival.

10:29:33    10    Kadima.

11         "Ahkezear.  SAE."

12    Q.  I want to go back up to the itinerary.  You read five

13    points here.  In a prior email we saw an itinerary that was

14    sent to, or proposed itinerary that was sent to Zimbabwean

10:29:50    15    Ambassador Chris Mutsvanga.  Do you recall that?

16    A.  Yes.

17    Q.  Is there a difference in proposed itinerary between that

18    itinerary and what's in this email?

19    A.  Yes, there's a difference.

10:30:00    20    Q.  What's the difference?

21    A.  Points four and five are different.

22    Q.  How are they different?

23    A.  Just in what they are stating the points will be.

24    Q.  So the, does the itinerary sent to Chris Mutsvanga for his

10:30:14    25    approval include points four and five?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  A.  There is a point four, I believe, but they are different in

2  the points addressed in the email.

3  Q.  The defendant is asking Daniehlah for bank account

4  information, is that correct?

10:30:25   5  A.  That's correct.

6  Q.  Does she respond?

7  A.  Yes.

8  Q.  If you can go to the first page of this document.  And

9  enlarging the middle part, what does she send to the defendant?

10:30:40  10  A.  "Shalom, Dode.  I will forward the agenda and bios no later

11  than tomorrow.  The banking information is accountholder Prince

12  Asiel Ben Israel at National City Bank" -- with the address in

13  Cleveland Ohio -- "account number 062908358."

14  Q.  You don't need to read the account number.

10:31:02  15  A.  And the routing number.

16  Q.  What's a routing number, if you know?

17  A.  It's a number used by a bank to direct a transaction, as

18  far as I know.

19  Q.  Is this the type of information that's needed to be

10:31:11  20  provided in order to effectuate a wire transfer?

21  A.  Yes.

22  Q.  Does he respond, does the defendant respond to this email?

23  A.  Yes, he does.

24  Q.  If we can go to the top.  What does the defendant say?

10:31:24  25  A.  "Shalom, soldier.  Please advise Prince the swift should be

MICHAEL P. SNYDER, Official Court reporter

1    done today.  The list of guests is critical.  I've got lots of

2    back biters on this one hoping I fall on my face.  I will call

3    today when everything is done.  Lines have been bad, but tell

4    my brother to let me know the routes because I plan to be in

10:31:43    5    South Africa waiting on everyone.  Ahke."

6    Q.  Are there more emails regarding this December trip?

7    A.  Yes.

8    Q.  If you can turn to GT Email 7.

9         By the way, I'm sorry.  Move on, GT mail 7.

10:32:04    10         What's the date of this email?

11    A.  December 6, 2008.

12    Q.  And who is it to?

13    A.  ZPF and Venture Capital.

14    Q.  Were you able to determine what ZPF is from looking at the

10:32:18    15    electronic version of this email?

16    A.  The email address is Venture Capital, and it's aol.co.zbw.

17    Q.  Who is this addressed to?

18    A.  Dear Rose.

19    Q.  Before we go, I'm sorry, the subject line is?

10:32:31    20    A.  "Illinois delegation."

21    Q.  Okay.  So based upon who the email address is and where it

22    says "Dear rose," were you able to figure out who Rose is?

23    A.  Rose Mazula.

24    Q.  And who is that?

10:32:46    25    A.  She's listed in a previous email as chairman of the

MICHAEL P. SNYDER, Official Court reporter

1    Zimbabwe Progress Fund.

2         MR. JONAS:  If we can enlarge the body of the email.

3    BY MR. JONAS:

4    Q.  What's this email say?

10:32:58    5    A.  "Dear Rose.  I guess you know by now that yah is in charge.

6    All stops were made to stop this God-inspired team from coming.

7    We will be on SA 22 from Johannesburg unless blocked.  The

8    first team will consist of Senator Trotter, Prince Asiel, and

9    State Rep Ken Dunkin.  A follow-up team of Dr. Carol Adams and

10:33:21    10    Deputy Governor Lou Anne Peters will follow after you and

11    Ambassador Chris.  Go to Chicago and receive the proclamation

12    on the grain and medical support from the state.  The follow-

13    up trip will have to be the week of the 17th or after the

14    Christmas.  Please have the ambassador meet our flight at the

10:33:37    15    door so we can clear quickly and quietly proceed to our resting

16    place.  Book four rooms.  I will stay with the delegation.  The

17    meetings will be up to you and Chris, of course the governor.

18    I have done my best, soldier.  I need a long-awaited rest.

19    Please, your personal warrior, Ahkezear."

10:33:51    20    Q.  In the context of the email, do you know who Chris is?

21    A.  Chris Mutsvanga.

22    Q.  And that is?

23    A.  Former Zimbabwe ambassador to China.

24    Q.  And the governor?

10:34:03    25    A.  Governor Gideon Gono.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Q.  By the way, is Chris Mutsvanga a specially designated

2   national?

3   A.  He's not.

4   Q.  If you would turn to Government's Exhibit GT 8.

10:34:15   5        And just briefly, what is this?

6   A.  This is an email containing an itinerary for Prince Asiel

7   Ben Israel.

8   Q.  From where to where?

9   A.  From Tel Aviv to Johannesburg.

10:34:28   10   Q.  What date?

11   A.  The date of travel is December 7th.

12   Q.  Is there in the body of the email any reference to other

13   people traveling?

14   A.  Yes.

10:34:38   15   Q.  And what's that?

16   A.  Senator Donne Trotter and representative Kenneth Dunkin all

17   have the same itinerary into South Africa.

18   Q.  After this December trip, were there additional emails by

19   the defendant regarding his lobbying efforts?

10:34:56   20   A.  Yes.

21   Q.  If you can pull up GT Email 109.

22        What's the date of this email?

23   A.  December 15, 2008.

24   Q.  So based upon the itineraries we've seen in the prior

10:35:12   25   emails, would this be about when the trip was going on, this

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

52

1  trip, this Illinois delegation trip to Zimbabwe?

2  A.  Yes.

3  Q.  Who is this email to?

4  A.  David LeRoux again.

10:35:22  5  Q.  How are you able to determine that?

6  A.  I was able to see the entire email address.

7  Q.  Is there a picture attached?

8  A.  There is, yes.

9  Q.  If we can go to that picture on the second page quickly.

10:35:38  10  Who is this a picture of?

11  A.  Illinois State Representative Ken Dunkin and Barack Obama.

12      MR. JONAS:  If we can go back to the first page.  If

13  we can enlarge the top paragraph.

14  BY MR. JONAS:

10:35:55  15  Q.  What's the defendant saying regarding that picture?

16  A.  "David, this is the young man I wanted you and G to meet.

17  Is he cousin to the President-Elect and member of the state

18  government in Illinois.  Will be my conduit to the White House

19  and future relationships and African projects.  Gone to

10:36:13  20  Harare."

21  Q.  Any other emails regarding his lobbying?

22  A.  Yes.

23  Q.  If you can turn to Government's Exhibit GT 9.

24      What's the date of this email?

10:36:32  25  A.  December 16, 2008.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

53

1   Q. How soon after the last email is this one?

2   A. One day after.

3   Q. Who is it to?

4   A. Supa.

10:36:42   5   Q. Do you know who that is?

6   A. I don't.

7   Q. What's he telling Supa?

8   A. "Hi, soldier. Just to keep you up on the lobby issue. The

9   team is moving well. Need to see you before I leave. Greg."

10:36:56   10   Q. Does he include anything with this email?

11   A. Yes, he does.

12   Q. What does he include?

13   A. There's a couple photographs.

14   Q. If you can turn to the second page of this document. Is

10:37:06   15   this one of the paragraphs that's attached to the email?

16   A. Yes, it is.

17   Q. Who is this a picture of?

18   A. Prince Asiel Ben Israel and Hillary Clinton.

19   Q. How do you know that's Ben Israel?

10:37:16   20   A. I've met him in person.

21   Q. I won't ask you how you know that's Hillary Clinton.

22       Is there another picture attached?

23   A. Yes.

24   Q. If we can go to the third page. Who is in this picture?

10:37:28   25   A. The same two individuals.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

54

1  Q.  And what is, going back to the first page, what is the

2  defendant telling Supa about this picture?

3  A.  Just to keep you up on the lobby issue.

4  Q.  Were there emails regarding another trip of Illinois

10:37:57  5  politicians and members of the Zimbabwe government?

6  A.  Yes.

7  Q.  If we turn to Government Exhibit GT 10.

8        And just before we get into the specific emails, what

9  was the month and year this trip was supposed to happen?

10:38:12  10  A.  January 2009.

11  Q.  So this would be --

12  A.  Yes, 2009.

13  Q.  So this would be approximately a month after the last trip?

14  A.  Correct.

10:38:21  15  Q.  Who is GT 10 to?

16  A.  Jadi5@yahoo.com and Prince Asiel.

17  Q.  Do you know who jadi5@yahoo.com is?

18  A.  No, I don't.

19  Q.  Can you -- what's the subject line?

10:38:36  20  A.  "Urgent draft to Governor GG office."

21  Q.  Who would GG be?

22  A.  Specially designated national Gideon Gono.

23  Q.  If we can enlarge the top half of the email.

24        So what is the defendant saying to jadi5 and to Ben

10:38:57  25  Israel?

MICHAEL P. SNYDER, Official Court reporter

1   A.   "Shalom Dorcas.  Please do this confidential draft to be

2   taken to the Governor's office and done on his letterhead to be

3   emailed to princeasiel@aol.com ASAP.  Please don't drop the

4   ball.  Put a separate note to the Governor from me with the

10:39:14   5   following points."

6   Q.   Let me interrupt for a second.  Just so we are accurate, it

7   doesn't say "Governor," it says "Gov"?

8   A.   Correct.

9            "Point 1.  Due to the holiday schedule, the meeting

10:39:26   10   point and time had to be changed.

11            2.   The Congressman is even more important because he

12   may replace Rahm Emanuel as BO's chief of staff after the

13   scandal Governor's attempt to sell BO's senate seat."

14   Q.   Let me stop you for a moment.  Who is Ron Emanuel?

10:39:44   15   A.   Rahm Emanuel, current mayor of Chicago.

16   Q.   Is that a typo?

17   A.   Yes.

18   Q.   Who would be BO?

19   A.   Barack Obama.

10:39:50   20   Q.   And we have seen the term "Governor" used in this email,

21   and we've seen it used in other emails.  In the top part of

22   this email where it says "taken to the Governor's office," in

23   the context of the email, who is he referring to?

24   A.   Governor Gideon Gono.

10:40:06   25   Q.   In point No. 2, where it says, "Barack Obama's chief of

Noldin - direct by Jonas

56

1  staff after the scandal governor's attempt to sell BO's senate

2  seat," is he referring to in the same context to the same

3  Gideon Gono?

4  A.  No, he's not.

10:40:21  5  Q.  So in the second governor, who is he referring to?

6  A.  It would be former Illinois Governor Rod Blagojevich.

7  Q.  In the email that we are going to go through, is this the

8  only time when the defendant uses the term "governor" he's

9  referring to someone other than Gideon Gono?

10:40:36  10  A.  Yes.

11  Q.  What's point 3?

12  A.  "The State Rep has met with BO on his trip and gotten some

13  feedback for him and President RGM."

14  Q.  Who would President RGM be?

10:40:46  15  A.  Zimbabwe President and specially designated national Robert

16  G. Mugabe.

17  Q.  And the fourth point?

18  A.  "This meeting is critical before the inauguration on the

19  20th of January."

10:40:55  20  Q.  Given the date of this email, whose inauguration?

21  A.  President Barack Obama's.

22  Q.  Does defendant tell Prince Ben Israel and jadi5 to mark the

23  draft letter in any way?

24  A.  Yes.  He says, "Do this draft in caps with confidential

10:41:17  25  across the top."

MICHAEL P. SNYDER, Official Court reporter

1  Q.  And what's the letter that the defendant drafted to deliver

2  to Gideon Gono?

3  A.  It's addressed to United States Congressman Danny K. Davis,

4  7th Congressional District, with the address in Chicago,

10:41:30  5  Illinois, dated December 27, 2008.

6  Q.  Can you read the draft letter.

7  A.  "Greetings from Zimbabwe.  Dear Congressman.

8       "We want to extend our heartfelt congratulations to

9  you and the valiant brothers and sisters of Chicago for

10:41:46  10  ushering in the Yes We Can political era.  As you are aware,

11  your long time constituents and fellow Pan Africanist Prince

12  Asiel Ben Israel and Gregory Turner have displayed great energy

13  and interest in bringing justice and better understanding to

14  our political and economic plight in Zimbabwe.

10:42:02  15       "Most important to us is the African-American elected

16  officials represented by Senator Trotter and your fellow

17  members of the US Congress.  The truth and real impact of the

18  Bush sanctions must be known.  Therefore, we need to hope to

19  meet with you and other interested parties for private

10:42:20  20  information sharing in Johannesburg on the weekend of January

21  10th, 2008.

22       "Please advise via Prince Asiel if this off the record

23  discussion can be confirmed ASAP.  We will be working closely

24  with the special envoy Mr. Gregory Turner, Esquire in Harare to

10:42:39  25  final place and time before 1st January 2008.

MICHAEL P. SNYDER, Official Court reporter

1    "May we all look forward to a peaceful and prosperous

2  new year for African people at home and abroad.  In solidarity

3  and brotherhood, Gidon Gono, Governor, Reserve Bank."

4  Q.  Did this letter get signed by Gideon Gono?

10:42:58  5  A.  Not here.

6  Q.  In another email do you see a signed version?

7  A.  Yes.

8  Q.  If you can turn to Government's Exhibit GT 11.

9      What's the date of this email?

10:43:09  10  A.  December 24th, 2008.

11  Q.  So how many days after that last email was the draft letter

12  sent?

13  A.  Three days later.

14  Q.  Okay.  Who is this to?

10:43:20  15  A.  Prince Asiel.

16  Q.  And just so we are clear, Agent Noldin, I've been asking

17  you who these emails are addressed to.  Were they all from the

18  defendant's email account?

19  A.  Yes, they are.

10:43:30  20  Q.  And they were all sent emails from his account?

21  A.  Correct.

22  Q.  What does he say to Ben Israel?

23  A.  "Here is the letter as requested.  Ahke."

24  Q.  Return to the -- is there a letter attached?

10:43:43  25  A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

1    Q.  If you turn to the next page.

2        What's the letterhead?

3    A.  It's on the Reserve Bank of Zimbabwe, Governor's Office,

4    Reserve Bank of Zimbabwe.

10:44:00    5    Q.  Located where?

6    A.  In Harare, Zimbabwe.

7    Q.  Is it marked as directed by the defendant?

8    A.  Yes, confidential across the top.

9    Q.  And is then the rest of the letter, if we can just pull

10:44:17   10   back, is the rest of the letter identical to the draft that you

11   read a few moments ago?

12   A.  It's very similar, yes.

13   Q.  What are the differences?

14   A.  Some of the typos have been corrected.

10:44:27   15   Q.  Is it formatted different as well?

16   A.  Yes, it is, the paragraphs are numbered.

17   Q.  If you can turn to the next page.  Is it signed?

18   A.  Signed by G. Gono, Governor.

19   Q.  It's signed with -- there's a signature there?

10:44:41   20   A.  Correct.

21   Q.  If we can turn to -- so was there more emails regarding a

22   January delegation to Zimbabwe?

23   A.  Yes.

24   Q.  Or not to Zimbabwe, but a January delegation to Africa?

10:45:00   25   A.  Yes.


        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

60

1  Q.  Turn to GT 12.  Who is this to?

2  A.  Chicagomoi, again Daniehlah, the account used by Daniehlah,

3  Prince Asiel's assistant.

4  Q.  What is the defendant saying to her, if we can enlarge the

10:45:17  5  top part?

6  A.  "Shalom, sis.  Please pass the following info on to the

7  ambassador.  The delegation will be met at the airport by Rose

8  and myself.  Please send flight info ASAP.  They will be housed

9  at the Westcliff Hotel, 67 Jan Smutz Avenue, Westcliff,

10:45:36  10  Johannesburg."

11  Q.  If we can scroll down.  What does it say?

12  A.  "I will also be there.  You have my cell.  Please remind

13  the ambassador they need to have copies of public law 107-99,

14  12/21/01.  That's our target.  The sanctions document he has is

10:45:58  15  critical.  We have began to prepare a defense here.  Yah is

16  great.

17          "Ahke."

18  Q.  Agent Noldin, did the government receive records from the

19  Westcliff Hotel?

10:46:08  20  A.  Yes.

21  Q.  Specifically regarding this meeting with the defendant?

22  A.  Yes.

23  Q.  If you have before you what's been marked as Government's

24  Exhibit Westcliff?

10:46:17  25  A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

61

1    Q.  What are those?

2    A.  These are hotel records from the Westcliff hotel.

3          MR. JONAS:  Your Honor, at this time I would offer

4    into evidence Government's Exhibit Westcliff.

10:46:27    5          MR. TUNICK:  No objection.

6          THE COURT:  They are admitted.

7        (Government's Exhibit Westcliff received in evidence.)

8    BY MR. JONAS:

9    Q.  If we can go to that exhibit, please.

10:46:33   10          So, Agent Noldin, what's the first page?

11   A.  It's a group resume on Westcliff Hotel letterhead.

12   Q.  Does it have a group name?

13   A.  The Gideon Gono group.

14   Q.  If we can turn to at the eighth page, it should be marked.

10:47:12   15   That's it.  Agent Noldin, do you have that in front of you?

16   A.  I do.

17   Q.  Is this part of the Westcliff records?

18   A.  Yes, it is.

19   Q.  What does this document say?

10:47:22   20   A.  This is a rooming list for the Gideon Gono group with

21   arrival on January 9th, 2009.

22   Q.  How do you know it's not September 1st, 2009?

23   A.  The European, outside of the US the date configuration is

24   day, month, year.

10:47:38   25   Q.  Who is listed as the guests for the Gideon Gono group?

              MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  A.  Gregory Turner, Danny Davis, Prince Asiel, Richard Boykin,

2  Rose Mazula, Jesse Brown, and Jean Maguranyanga.

3  Q.  Do you know who Jean Maguranyanga is?

4  A.  She's affiliated with the Reserve Bank of Zimbabwe.

10:48:00    5  Q.  What nationality is listed for Mr. Greg Turner?

6  A.  American.

7  Q.  Are there signatures next to the name?

8  A.  There are, yes.

9  Q.  Are there more emails regarding this trip that happened in

10:48:23   10  January of 2009?

11  A.  Yes.

12  Q.  By the way, I'm not sure if I asked you this.  I want to be

13  clear in case I didn't.  Where is the Westcliff Hotel?

14  A.  It's in Johannesburg, South Africa.

10:48:33   15  Q.  Okay.  And that's where the defendant was discussing about

16  having this January trip?

17  A.  Yes.

18  Q.  Are there more emails regarding this trip?

19  A.  Yes.

10:48:42   20  Q.  Turn to Government's Exhibit GT 13.

21        I'm sorry.  Let me clarify the question.

22        Were there more emails, are there emails regarding a

23  second trip in January 2009?

24  A.  Yes.

10:48:59   25  Q.  Distinct from the trip we just discussed?

MICHAEL P. SNYDER, Official Court reporter

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | A.  That's correct.                                      |
|          | 2  | Q.  GT 13, does that discuss a second trip?              |
|          | 3  | A.  Yes.                                                 |
|          | 4  | Q.  What's the date of this email?                       |
| 10:49:09 | 5  | A.  January 13, 2009.                                    |
|          | 6  | Q.  Who is it addressed to?                              |
|          | 7  | A.  Jean.                                                |
|          | 8  | Q.  Were you able to determine from the electronic version of |
|          | 9  | the email who Jean is in this email?                     |
| 10:49:19 | 10 | A.  Jean Maguranyanga, the same thing Jean referenced in the |
|          | 11 | records.                                                 |
|          | 12 | Q.  And does her email account refer back to the Reserve Bank |
|          | 13 | of Zimbabwe?                                             |
|          | 14 | A.  Yes.  Her email account is her last name at rbz@co.zw. |
| 10:49:35 | 15 | Q.  What's ZW?                                           |
|          | 16 | A.  It's Zimbabwe domain for an email account.           |
|          | 17 | Q.  And is there any indication in these mails as to Jean's |
|          | 18 | relationship to Governor Gideon Gono?                    |
|          | 19 | A.  That she's his assistant.                            |
| 10:49:50 | 20 | Q.  What's the subject line of this email?               |
|          | 21 | A.  "Forward:  Letter from Senator Trotter."             |
|          | 22 | Q.  Is there a letter attached?                          |
|          | 23 | A.  Yes.                                                 |
|          | 24 | Q.  If you can go to the second page.  What's the date of this |
| 10:50:06 | 25 | letter?                                                  |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

64

1    A.   January 5th, 2009.

2    Q.   And who is it addressed to?

3    A.   His Excellency Robert Mugabe, President of the Republic of

4    Zimbabwe.

10:50:17   5    Q.   We'll enlarge the bottom half of this paragraph, the top

6    paragraph.  Can you read where it starts with "this

7    delegation."

8    A.   "This delegation will also serve" --

9    Q.   I'm sorry to interrupt.  I'm sorry.  Let me go back.  I

10:50:38   10   want you to read earlier than that.  Where it says "After

11   further discussion."  I apologize.

12   A.   Sure.

13        "After further discussions, Prince Asiel Ben Israel

14   and a few colleagues, I am prepared to lead a delegation of

10:50:50   15   elected officials to Zimbabwe January 23rd, 2009, through

16   January 26, 2009.  During our time in Zimbabwe we would like to

17   conduct an on-site investigation of the level of humanitarian

18   aid and support needed.  This delegation will also serve as a

19   support group to lobby for President-Elect Barack Obama to

10:51:11   20   enter into discussions with President Mugabe with no

21   preconditions to discuss the country of Zimbabwe and its

22   current relationship with the United States of America."

23   Q.   I'm sorry, the next paragraph.  What's that say?  It's on

24   the screen.

10:51:36   25   A.   "Please let me know if the proposed travel dates are

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

65

1    amenable to you and your schedule.  Once I receive an official

2    response from your office, I will forward the names and travel

3    itinerary directly."

4    Q.  Who is this letter signed by?

10:51:47  5    A.  It appears to be signed by Donne Trotter, State Senator.

6    Q.  Do you know if it is signed by him?

7    A.  No.

8    Q.  I turn your attention to Government's Exhibit GT 14.

9         Who is the defendant emailing this time?

10:52:05  10   A.  Jean Maguranyanga.

11   Q.  The same Jean you discussed a few moments ago?

12   A.  Yes.

13   Q.  What's the date of this email?

14   A.  January 13, 2009.

10:52:12  15   Q.  Is the defendant sending Jean anything?

16   A.  Letters.

17   Q.  Letters attached?

18   A.  Yes.

19   Q.  How many letters are attached?

10:52:21  20   A.  There are three.

21   Q.  Are two of them identical?

22   A.  Yes.

23   Q.  So starting with the first one, if we can turn to that

24   page.  Who is this letter purportedly from?

10:52:34  25   A.  From Illinois State Representative Ken Dunkin.


              MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

66

1   Q.  Who is he addressing it to?

2   A.  Office of the President-Elect Barack Obama.

3   Q.  What is Ken Dunkin saying?

4   A.  "Dear Mr. President-Elect.  I would like to thank you for

10:52:50   5   giving me the opportunity to speak with you.  During our

6   discussions, I shared with you details of my recent

7   humanitarian mission to Zimbabwe, my visit to the rural areas,

8   farm areas, et cetera, and my meeting with President Mugabe

9   wherein we discussed the state of his country, the President's

10:53:08   10   strong, sincere desire to connect with you, and his willingness

11   to do whatever is necessary to resolve the issues befalling the

12   people of Zimbabwe.  I also spoke to Dr. Gono the Governor of

13   the Reserve Bank of Zimbabwe, who explained the hardships that

14   sanctions have caused.  But through an economic policy which

10:53:28   15   mirrors the economic policy of the United States led by

16   Governor Gono they have been able to sustain themselves.

17       "Thank you for directing me to contact Ambassador

18   Susan Rice.  Per your suggestion I reached out to Dr. Susan

19   Rice and have been in contact with her office.  I am currently

10:53:40   20   awaiting a confirmed meeting date and time after the

21   presidential inauguration to share specifics with Dr. Rice and

22   your foreign policy team.  Thank you again for your time and

23   attention to this issue.

24       "Sincerely, Ken Dunkin."

10:53:53   25   Q.  Who is the other letter to?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

67

1    A.  Office of the President-Elect Reggie Love.

2    Q.  Go to the next one, the next page please.  Who is this

3    from?

4    A.  Again, it appears to be from Illinois State Rep Ken Dunkin.

10:54:10    5    Q.  Is the substance of this letter pretty much the same as the

6    letter you just read?

7    A.  Yes.

8    Q.  I'll spare you from reading it.

9         Are there more emails regarding a second January trip?

10:54:23   10    A.  Yes.

11    Q.  And if we can turn to Government's Exhibit GT 16.

12         Agent Noldin, before we talk about this one, did you

13    attempt as part of the investigation to get copies of these

14    letters from Ken Dunkin's office?

10:54:44   15    A.  Yes, we did.

16    Q.  Did you get copies?

17    A.  No.

18    Q.  Government's Exhibit GT 16.

19         Who is this one to?

10:54:52   20    A.  To Jean Maguranyanga.

21    Q.  And what's the date of this email?

22    A.  January 22nd, 2009.

23    Q.  What is he saying to or what is the defendant saying to

24    Jean?

10:55:05   25    A.  "Dear Jean.  Please advise the Governor that there will be

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

68

1    a one-day delay on the arrival of the delegation, but was

2    advised by Prince Asiel who arrived in Johannesburg yesterday

3    that Senator Trotter and party will arrive tomorrow.  The exact

4    flights will be forwarded to you this afternoon.  We will

10:55:22   5    extend the departure date to Monday the 27th of January 2009 to

6    provide more time for efforts.

7            "The courier Mr. Chimbe has been delivering as

8    promised and explained the follow-up plan on logistical

9    support.  The confirmation on accommodation is being handled by

10:55:39   10   my office.

11           "We will keep you and the Governor posted.

12           "C.G. Turner, Esq."

13   Q.  In the context of this email, who is the governor that he

14   wants to keep posted?

10:55:47   15   A.  Specially designated national Governor Gideon Gono.

16   Q.  How did the defendant sign this letter?

17   A.  C.G. Turner, Esquire.

18   Q.  Do you know what an esquire is?

19   A.  An attorney.

10:55:58   20   Q.  Does the defendant send any memos to Gideon Gono?

21   A.  Yes.

22   Q.  Turn to Government's Exhibit GT 17.

23           MR. JONAS:  And, Your Honor, for the record I've been

24   shorthanding the exhibits listing them as GT and the number

10:56:15   25   instead of GT Email.

MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  All right.

2    BY MR. JONAS:

3    Q.  What's the date of this email?

4    A.  January 23rd, 2009.

10:56:23    5    Q.  Who is it to?

6    A.  Jean Maguranyanga.

7    Q.  What is the subject line?

8    A.  "Memo."

9    Q.  And the attachments?

10:56:32    10    A.  Yes, there are.

11    Q.  I'm sorry.  Does it have a name for the attachment?

12    A.  The name is "Confidential memo."

13    Q.  What does the defendant say to Jean?

14    A.  "Good day, Jean.  Please find attached a memo on the

10:56:45    15    arrival of the delegation.  Greg."

16    Q.  Is there a memo attached?

17    A.  There is.

18    Q.  Would you go to the second page, please.  What's on top of

19    the memo say?

10:56:54    20    A.  "Confidential memo."

21    Q.  Who is it addressed to?

22    A.  To Governor Gono.

23    Q.  What's the defendant -- please read this.

24    A.  "Dear governor.  Please be advised that the advocacy group

10:57:11    25    from Illinois has had to make a few revisions regarding its

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

70

1  phase III visit to Zimbabwe.  I was advised by Prince Asiel,

2  who is currently in Johannesburg, that he will be arriving

3  tonight with Dr. Carol Adams, Director of Social Services and

4  Resources, State of Illinois, and would appreciate a breakfast

10:57:27  5  or lunch meeting tomorrow to give the Governor an update on the

6  progress of the team."

7  Q.  If you can scroll down and keep reading.

8  A.  "Representative Ken Dunkin will be finishing up his

9  intelligence gathering and networking with attorney Richard

10:57:46  10  Boykin at the newly-formed Clinton state department.  As you

11  have somewhere probably read, the Obama and Clinton approach is

12  to establish bilateral, unbiased dialogue with so-called crisis

13  countries.  The major complaint lodged against Zimbabwe seems

14  to be centered around human rights violations and government

10:58:02  15  oppression.  Therefore, the report given by Dr. C. Adams will

16  carry a lot of weight with the Obama administration.  Because

17  of their past relationships with the Illinois state government.

18  Her observations and input relative to the on ground realities

19  socially will serve as reinforcement, with the efforts of

10:58:11  20  Congressman Davis in his presentation to the members of the

21  foreign relations committee of the Congressional Black Caucus.

22      "Dr. Adams will be with us through to Wednesday the

23  28th of January 2009.  She will then return to Washington to

24  confer with Congressman Dunkin on the way forward with the

10:58:33  25  hearings.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1        "Representative Ken Dunkin and Senator Trotter will

2   follow the business of Dr. Adams and Prince Asiel to give the

3   Governor the first report on the progress made and the strategy

4   recommended.

10:58:47   5        "Dear Governor, the urgency of this lies in the fact

6   that two special envoys have already been appointed by the

7   Secretary of State, one for the middle east, Richard

8   Hilbrook, is a close and personal friend of Tony Blair.  We are

9   certain that a special envoy is being considered for Zimbabwe.

10:59:06   10  We must have come influence in the selection if we are to have

11  influence in redirecting the policies of the Bush

12  administration.  We will keep Jean informed as to the scheduled

13  arrival tonight and confirmation of a place and time for the

14  meeting with the Governor tomorrow.

10:59:18   15       "Truth in faith equals certain victory.

16       "Gregory C. Turner, Esquire."

17  Q.  Agent Noldin, you read an email earlier where the defendant

18  was asking Daniehlah, Ben Israel's assistant, for Ben Israel's

19  bank account information and discussed the $80,000 wire

10:59:40   20  transfer.  Are there other emails where payment is discussed by

21  the defendant?

22  A.  Yes.

23  Q.  Turn to Government's Exhibit GT 10.

24       Who is this email to?

10:59:58   25  A.  Nbreden@yahoo.com.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

72

1  Q.  Do you know who that is?

2  A.  No.

3  Q.  Is the defendant responding to an email from this person?

4  A.  Yes, he is.

11:00:08  5  Q.  If we can, what's the name that he is responding to?  What

6  do they call themselves?

7  A.  Nate.

8  Q.  What's the defendant saying to Nate?

9  A.  "Good show.  We'll call from Harare tomorrow with invoice

11:00:22  10  for media consulting to the Reserve Bank of Zim."

11  Q.  And who heads the Reserve Bank of Zim, Zimbabwe?

12  A.  Governor Gideon Gono.

13  Q.  Did the defendant provide updates to Gideon Gono through

14  Jean on his lobbying efforts?

11:00:47  15  A.  Yes, he did.

16  Q.  If you can turn to Government's Exhibit GT 20.

17       What's the date of this email?

18  A.  March 1st, 2009.

19  Q.  And who is he sending it to?

11:01:05  20  A.  To Jean again.

21  Q.  What's the subject line?

22  A.  "Victory is our only option."

23  Q.  Okay.  If we can read this email.

24  A.  "Dear soldier sister.  Sorry for the delay, but know for

11:01:17  25  sure our promise to you will not fall to the ground.  We are

MICHAEL P. SNYDER, Official Court reporter

1  proven warriors.  I am currently in Israel getting my family

2  business in order, and the team has been doing some serious

3  groundwork in Washington.  We remain committed to Governor Gono

4  until he surrenders himself (smile).  Please advise the

5  governor that based on recent developments and the President's

6  desire for the Unity government to push hard against sanctions,

7  we hope the work of Gideon's Army will not be wasted.  New

8  contacts have been made, and the MDC does not have the

9  relationships at our level in the Obama administration for

10 sure.  We have added two serious members to our team from the

11 Bush administration who have confessed they were used tools to

12 destroy Zimbabwe and the President.  They are ready to correct

13 the record.  Please consider Prince to come back on or about

14 the 20th of March to meet with the Governor first and get his

15 reading.  In the meantime, I am seeking a meeting with the

16 Governor to bring Earnest Blum, chair of the World Diamond

17 Council, in to Harare concerning the matters around the sector

18 afterwards.  If the Governor approves, we can meet with the new

19 Minister of Mines.  Earnest was on the Kimberly inspection team

20 that came to Zimbabwe last year.  New info has emerged

21 concerning the Zimbabwe diamond sector we need to share with

22 our brother.  In short, Jean, we want the Governor to know that

23 the Chicago connection never surrenders or forget its friends."

24 Q.  How is it signed?

25 A.  "Greetings from Jerusalem, Prince, Donne, Ken and Yours

11:01:35

11:01:52

11:02:08

11:02:27

11:02:42

MICHAEL P. SNYDER, Official Court reporter

1  Truly, your world ambassador."

2  Q.  Does he continue to communicate with Gideon Gono through

3  June?

4  A.  Yes, he does.

11:02:59  5  Q.  If we can pull up Government's Exhibit GT 21.

6       Who is this email to?

7  A.  Jean.

8  Q.  The same Jean we've been talking about?

9  A.  Yes.

11:03:16  10  Q.  What's the subject line?

11  A.  "Message from Jerusalem for Governor Gono."

12  Q.  And if we can scroll down to the body of the email.  What's

13  the defendant saying to Jean?

14  A.  "I pray this finds you in good spirits and full of faith.

11:03:33  15  I felt compelled to forward these few words of encouragement to

16  our dear Governor and pray it's accepted in the spirit written.

17  You see, my sister, the Hebrews are bound by duty to challenge

18  the forces of this evil world.  Please fear not.  No force is

19  greater than the almighty God.  Tell the Governor we are

11:03:50  20  continuing until the sanctions are removed.  Mr. G. Brown

21  forced his hand in Washington, and our brother did what he

22  politically had to do, but it's only round one.

23       "See you soon.

24       "Greg."

11:04:02  25  Q.  Who is the Governor that the defendant is telling Jean to

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    tell that he's going to continue until the sanctions are

2    removed?

3    A.  Governor Gideon Gono, Reserve Bank of Zimbabwe.

4    Q.  Does he attach a letter to Governor Gono through this

11:04:13    5    email?

6    A.  Yes.

7    Q.  If you can turn to the next page, the second page of this

8    document.  Who is this addressed to?

9    A.  Dear Governor/warrior, Governor Gideon Gono.

11:04:26    10    Q.  This letter is how long?

11    A.  Three pages.

12    Q.  Okay.  I'm not going to have you read the whole thing, but

13    if we can on the same page go to the second paragraph.  What's

14    this paragraph say?

11:04:41    15    A.  "One of the most trying means for warfare is a protracted

16    war or a war of attrition.  This means that warfare has no time

17    limit or cycle.  It has one goal, which is to wear down or wear

18    out an opponent's resistance.  This is the first and major step

19    towards that opponent's obliteration."

11:05:00    20    Q.  Does the rest of the document talk about warfare, war of

21    attrition?

22    A.  Yes, it does.

23    Q.  That's the theme of the document?

24    A.  Correct.

11:05:08    25    Q.  Go to the third page.  Just read the last paragraph.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    A.  "Please, let's stay in alignment with our destiny and

2    purpose, fulfill our prophetic destiny and restore our people

3    to its former glory.  We remain the spiritual warriors of

4    Gideon's Army, ready 24 hours, no time for sleeping or weeping.

11:05:26   5    And so it is.

6            "Until we meet again.

7            "Alkezear.

8            "C. Gregory Turner.

9            "Surrender is not an option."

11:05:34   10   Q.  Let me show you Government's Exhibit GT 23.

11           Who is this to?

12   A.  Jerry Henderson.

13   Q.  And what's the date of this letter?

14   A.  June 17, 2009.

11:05:54   15   Q.  How much after the last email is this letter -- is this

16   email?  Sorry.

17   A.  That was in March.  This is in June.

18   Q.  So we've fast forwarded a few months?

19   A.  Yes.

11:06:07   20   Q.  What does the defendant -- if we can go to the first

21   paragraph, is this an email chain?

22   A.  Yes, it is.

23   Q.  The defendant responding to an email from Jerry Henderson?

24   A.  Correct.

11:06:22   25   Q.  What does the defendant say to Jerry Henderson?

MICHAEL P. SNYDER, Official Court reporter

11:06:34

1  A.  "My dear brother.

2        "Thank you for the prompt follow-up.  We need more

3  warriors like you out here.  I was excited about your joining

4  Prince and Danny in our efforts to get this yoke off of

5  Zimbabwe via the Bush sanctions.  We are communicating to both

6  Danny Davis and Senator Trotter to call for hearings on the

7  Bush sanctions.  In addition, we hope to get the support of

8  Mayor Ford and yourself to call on your members to help be a

9  political pressure on their Congressmen, etc.."

11:06:51

10  Q.  Do you know who Mayor Ford is?

11  A.  He's the mayor of Tuskegee, Alabama.

12  Q.  And do you know who Jerry Henderson is?

13  A.  Yes.  He was affiliated with an organization called World

14  Conference of Mayors.

11:07:03

15  Q.  Is Mayor Ford also affiliated with the World Conference of

16  Mayors?

17  A.  He's the founder.

18  Q.  If you can keep reading.

19  A.  "I will be forwarding a very factual document on the

11:07:13

20  effects and issues around the British/American sanctions on

21  Zimbabwe simply because of the land reform.  Please forward a

22  mailing address so I can DHL the documents to you for your

23  review and distribution.  We look forward to you coming down to

24  Zim with Mayor Ford and Prince Asiel soon.

11:07:31

25        "Your brother warrior.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

78

1      "Gregory Turner."

2      MR. JONAS:  Scroll down to the bottom to see the

3   signature line.

4   BY MR. JONAS:

5   Q.  Okay.  Agent Noldin, we discussed a couple of emails now

6   that talked about money?

7   A.  Correct.

8   Q.  Are there more?

9   A.  Yes.

10  Q.  If we can turn to Government's Exhibit GT Email 24.

11     MR. JONAS:  Enlarge the top, please.

12  BY MR. JONAS:

13  Q.  What's the date of this email?

14  A.  June 19, 2009.

15  Q.  So how many days after that last email we just saw to Jerry

16  Henderson?

17  A.  Two days.

18  Q.  Who is this email to?

19  A.  Dr. Avi Melech.

20  Q.  Do you know who Avi Melech is?

21  A.  He's an associate of Greg Turner's.

22     MR. JONAS:  If we can get to the body of the email,

23  please, and enlarge that first full paragraph?

24  BY MR. JONAS:

25  Q.  Is the defendant responding to something, to an email from

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Avi Melech?

2    A.  Yes.

3    Q.  What is the defendant saying to Avi Melech?

4    A.  "Hi, soldier.  Been on the road and chasing the cash.

11:08:33    5    Things did not work out with Zim, but I'm going back next week

6    to try and close it out.  The brothers should be your way soon

7    and planning to sit down and establish the auto export deal and

8    the AU.  I think Prince might have to come my way and help me

9    close out Zim."

11:08:50    10    Q.  And in this context, Prince would be who?

11    A.  Prince Asiel Ben Israel.

12    Q.  If we can turn to Government's Exhibit GT 25.

13         What is the date of this email?

14    A.  June 21st, 2009.

11:09:15    15    Q.  So a couple days after the last one?

16    A.  Yes.

17    Q.  Who is this one to?

18    A.  Prince Asiel.

19    Q.  What's the defendant saying to Prince Asiel, to Ben Israel?

11:09:26    20    A.  "Shalom, soldier.  Based on the last trip I hope we go in

21    with a strong reply to this note.  Please sent the original to

22    me in Harare to arrive on Thursday.  We need the letters of

23    intent from the World Conference of Mayors to support the lobby

24    on the sanctions from its membership and a small group to visit

11:09:45    25    Harare to discuss to impact on the sanctions on the people of

MICHAEL P. SNYDER, Official Court reporter

1    Zimbabwe.  We also need a similar letter from Trotter on the

2    intent to solicit the support of the national elected officials

3    on the issue of sanctions.  Ken's invitation to join him in

4    Ghana would be icing on the cake.  I leave for Durbin tomorrow

11:10:01    5    to meet with JZ's man Vivian Reddy."

6    Q.  Is there an attachment?

7    A.  Yes.

8    Q.  Does that include a letter?

9    A.  It does, yes.

11:10:12    10    Q.  If we can go to the next page of this document.  Who is

11    this letter addressed to?

12    A.  Mr. Roland Burris, United States Senator.

13    Q.  And who is it coming from?

14    A.  It appears to be coming from Dr. G. Gono, Gideon Gono.

11:10:28    15    Q.  Is it on the letterhead of Reserve Bank of Zimbabwe?

16    A.  Yes.

17    Q.  If we can read this letter, please.  If you can just hold

18    on one second so we can enlarge.

19         Okay, can you read this letter.

11:10:42    20    A.  "Dear Senator Burris.

21         "Case for the removal of sanctions against Zimbabwe.

22         "Honorable Senator, I write in great appreciation and

23    deep indebtedness to you on your steadfast commitment to help

24    the people of Zimbabwe.

11:10:57    25         "I have been fully briefed about your current efforts

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

81

1   on the sanctions issued by the very able ambassador of

2   goodwill, Mr. Gregory Turner.

3         "In order to facilitate the current initiatives you

4   are working on to try and assist the people through lobbying

11:11:11  5   for the removal of sanctions, I have enclosed herewith copies

6   of the document I did prepare to highlight some of the

7   pertinent issues."

8         "I stand ready, willing and able to come and answer

9   any critical questions and/or clarifications as would be sought

11:11:23  10  to assist in the process.

11         "Yours sincerely.

12         "Dr. G. Gono.

13         "Governor."

14   Q.  There's a signature there?

11:11:31  15  A.  There is.

16   Q.  You don't know for sure if that's Dr. Gono's signature?

17   A.  I don't know.

18   Q.  And the defendant is sending this letter to whom?

19   A.  Apparently to Roland Burris.  I'm sorry.  Excuse me.

11:11:43  20  Prince Asiel.  The letter is addressed to Roland Burris.

21   Q.  More emails about getting paid?

22   A.  Yes.

23   Q.  Turn to Government Exhibit GT Email 26.

24         What's the date of this email?

11:12:00  25  A.  June 21st, 2009.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

82

1  Q.  So is this the same date as the last email where that

2  letter was being forward?

3  A.  Yes.

4  Q.  Who is this one to?

11:12:11  5  A.  Dr. Avi Melech.

6  Q.  That was a couple emails ago where he was emailing Avi

7  Melech, correct?

8  A.  Correct.

9        MR. JONAS:  If we can enlarge the first full

11:12:25  10  paragraph.  Can we just do the top part of the paragraph to

11  make it a little bigger.  Maybe not.

12  BY MR. JONAS:

13  Q.  What's the defendant saying to Avi Melech in this one?

14  A.  "Hey, doctor, we are still in the game.  I am due to go to

11:12:43  15  Durbin Monday and Tuesday.  Prince is getting documents ready

16  for me to go back and pitch for the money.  If all goes well,

17  he will need you to meet me in JBN.  Please do some running for

18  him because he is trying to put letters of support together

19  from Trotter, OJ and Burris fast.  I need to arrive in Harare

11:13:00  20  on Thursday morning latest."

21  Q.  You said JNB.  Would that be Johannesburg?

22  A.  Johannesburg.

23  Q.  Were there letters sent from Trotter, OJ and Burris around

24  this time period?

11:13:23  25  A.  No.

        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

83

1    Q.  Let me turn to Government's Exhibit GT 27.

2         What's the date of this email?

3    A.  June 27, 2009.

4    Q.  And who is he emailing?

11:13:35   5    A.  Prince Asiel.

6    Q.  If we can go to the body of the email.  What is the

7    defendant saying to Ben Israel?

8    A.  "Shalom, Prince.

9         The brothers meeting with president.  We got to do it

11:13:47   10    because we have something to say for sure.  Waiting on you to

11    see the way forward with GG."

12    Q.  What's attached?

13    A.  A couple of photographs.

14    Q.  If we can go to the next page.  Do you recognize any of the

11:14:07   15    gentlemen in this photograph?

16    A.  The individual on the right is Zimbabwean president and

17    specially designated national Robert Mugabe.

18    Q.  Is there another photo attached?

19    A.  Yes.

11:14:16   20    Q.  Do you recognize any of the gentlemen in this photograph?

21    A.  Robert Mugabe again in the middle.

22    Q.  Do you know any of the other gentlemen in the photo?

23    A.  No, I don't.

24    Q.  Around this time period June 2009, are there more emails by

11:14:31   25    the defendant discussing getting paid?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

84

1  A.  Yes.

2  Q.  If you can turn to Government's Exhibit GT Email 28.

3       What's the date of this email?

4  A.  June 29, 2009.

11:14:43  5  Q.  Who is it to?

6  A.  Nehk Mahd.

7  Q.  From the context of the email, are you able to figure out

8  who she is?

9  A.  A family member of Mr. Turner's.

11:14:53  10  Q.  Is he responding to an email from her?

11  A.  Yes.

12  Q.  If we can go to just what he responds.  What does he say?

13  A.  "Okay, soldier, I am busy closing in on the cash and trying

14  to get in for a rest before the children go back to school."

11:15:20  15  Q.  Does he reach out to Nehk Mahd again to talk about money?

16  A.  Yes, he does.

17  Q.  Can we turn to GT Email 111.

18       What's the date of this email?

19  A.  July 2nd, 2009.

11:15:43  20  Q.  So how many days after the June 29th -- I guess it would be

21  three or four days after the June 29th email when he's telling

22  her he's closing in on the cash?

23  A.  Correct.

24  Q.  What's he asking Nehk Mahd to do in this email?

11:15:55  25  A.  "Niki, please forward your banking details to Queen ASAP.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    We got some small action on Tuesday of emah to take care of the

2    house.  I am moving back to Zim next week to try and cut the

3    big piece loose.  Kiss my grandchildren and let them know Saba

4    is on the way."

11:16:12    5    Q.  Agent Noldin, on Government's Exhibit GT 26, which is the

6    June 21st, 2009 email with Dr. Avi Melech, the defendant said

7    "Prince is getting documents ready for me to go back and pitch

8    for the money."

9        He then says, "Please do some running for him because

11:16:34   10   he's trying to put letters of support together from Trotter, OJ

11   and Burris fast."

12       And you said you didn't see any letters coming from

13   Prince to the defendant from any of those individuals, is that

14   correct?

11:16:44   15   A.  Correct.

16   Q.  Did the defendant himself then try to draft one of the

17   letters?

18   A.  Yes.

19   Q.  If you can turn to Government Exhibit GT 29.

11:16:57   20       What's the date of this email?

21   A.  July 4th, 2009.

22   Q.  So this is about a week or so after that email to Avi

23   Melech where he talks about the letters?

24   A.  Correct.

11:17:07   25   Q.  And the cash?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | Who is this addressed to?                                    |
|          | 2  | A.  Dr. Gideon Gono, Governor of the Reserve Bank.           |
|          | 3  | Q.  No, I'm sorry.  Who is the email addressed to?           |
|          | 4  | A.  Prince Asiel.                                            |
| 11:17:19 | 5  | Q.  And what is contained in this email?                     |
|          | 6  | A.  A draft letter addressed to Dr. Gideon Gono, Governor of |
|          | 7  | the Reserve Bank of Zimbabwe.                                |
|          | 8  | Q.  Who is it purportedly to be from?                        |
|          | 9  | A.  Senator Roland Burris.                                   |
| 11:17:29 | 10 | Q.  I don't think that question was properly formed.         |
|          | 11 | Who is it purportedly the letter to be from?                 |
|          | 12 | A.  To be from Senator Roland Burris.                        |
|          | 13 | Q.  But it's the defendant sending this draft to Ben Israel? |
|          | 14 | A.  Correct.                                                 |
| 11:17:38 | 15 | Q.  If we can read this letter.                              |
|          | 16 | A.  "Honorable Governor.                                     |

17    "It is with sincere honor that we observe Zimbabwe's

18  evolution to a viable multiparty democracy and restore its self

19  as the food basket of the world, but most of all benefiting the

11:17:54    20  people of your great land.

21    "We also find it noteworthy that you as Governor of

22  the Reserve Bank has led the valiant fight to survive during

23  not only economic sanctions but a world global meltdown as

24  well.  Please note that we look forward to hearing the case and

11:18:08    25  true effects of the economic sanctions against Zimbabwe on

Noldin - direct by Jonas

1  September 25, 2009, at the CBC African Leadership forum in

2  Washington, D.C..

3          "Our esteemed ambassadors for Africa, Prince Asiel and

4  the Honorable C. Gregory Turner, Esquire, who hails from our

11:18:27   5  great State of Illinois, continues to inform and sensitize

6  African/American leadership on not only of Zimbabwe's plight

7  but the economic and political direction of the motherland,

8  (Africa).  We appreciate this on the ground assessment in

9  behalf of the 45 million African/Americans residing in the

11:18:46  10  United States of America.

11          "Lastly, it is our hopes to visit Zimbabwe soon with

12  members of the black elected officials to gather on the ground

13  fact and information which we hope will lead to official

14  hearings on lifting the sanctions against Zimbabwe.  Details

11:19:00  15  can be worked out during your visit to speak at the CBC African

16  leadership forum.

17          "Looking forward to meeting with you soon.

18          "In faith and sincerity.

19          "Roland Burris.

11:19:11  20          "Senator US Congress."

21  Q.  In this letter draft of the letter that the defendant is

22  sending to Ben Israel, it says "our esteemed ambassadors from

23  Africa, Prince Asiel, and the Honorable C. Gregory Turner,

24  Esquire."

11:19:24  25          Are you aware if the defendant has employment as an

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

88

1    ambassador by the United States government?

2    A.  He has not.

3            MR. LEONARD:  Judge, would it be possible for us to

4    take our morning break now?

11:19:35   5            THE COURT:  Sure.  Okay.

6            MR. LEONARD:  Thank you.

7            THE COURT:  All right.  We'll take about a ten-minute

8    break.

9        (Jury out.)

11:20:12   10           THE COURT:  I assume you just wanted a break?

11           MR. LEONARD:  Yes.

12           THE COURT:  Okay.

13           MR. JONAS:  Judge, how much time?

14           THE COURT:  Ten minutes.

11:33:28   15       (Recess.  Jury in.)

16           THE COURT:  Please be seated.

17           Okay, let's go ahead.

18           MR. JONAS:  Thank you, Judge.

19   BY MR. JONAS:

11:34:17   20   Q.  Agent Noldin, we just finished talking about Government's

21   Exhibit GT Email 29, which is a draft letter the defendant

22   wrote to Roland Burris.  Is there another draft letter that was

23   also sent out to the defendant, to Ben Israel?

24   A.  Yes.

11:34:34   25   Q.  And I want to just refer back to the email to Avi Melech,

MICHAEL P. SNYDER, Official Court reporter

1    GT 26, where the defendant talks about Ben Israel getting

2    documents for the defendant to go back and pitch for the money,

3    he references letters of support from Trotter, OJ and Burris.

4    So we saw a draft letter from Burris.

11:34:59    5    A.  Correct.

6    Q.  Is there now a draft letter from one of these other two

7    individuals the defendant refers to in that email?

8    A.  Yes.

9    Q.  If we can turn to Government's Exhibit GT Email 30.

11:35:18    10       Who is this email to?

11    A.  Chicagomoi, Daniehlah.

12    Q.  Just remind us who Daniehlah is.

13    A.  Prince Asiel's executive assistant.

14    Q.  What's the date of this email?

11:35:29    15    A.  July 10th, 2009.

16    Q.  Just about a week after the last email?

17    A.  Correct.

18    Q.  What does the defendant say to Daniehlah?

19    A.  "Shalom."

11:35:39    20    Q.  Sorry, Agent.  Just give a moment for it to go on the

21    screen.

22    A.  Sure.

23       "Shalom.  Please forward the attached draft for OJ

24    (World Conference of Mayors letter)."

11:35:49    25    Q.  Who is this draft letter addressed to?

MICHAEL P. SNYDER, Official Court reporter

1  A.  Dr. Gideon Gono, Governor, Reserve Bank of the Republic of

2  Zimbabwe.

3  Q.  What did the defendant write in this draft letter?

4  A.  "Honorable Governor.

5          "Greetings from the World Conference of Mayors and its

6  constituents.  We forward this communication in support of

7  removal of sanctions against the Sovereign Republic of

8  Zimbabwe.  After an in-depth review of your factual document on

9  the true purpose and effect of the sanctions imposed on

10 Zimbabwe by the government of Bush and Blair, we are determined

11 to join forces with the National Association of Black Elected

12 Officials and all other positive African-American organizations

13 to strongly protest and demand the removal of the sanctions.

14 In accordance with our discussions with HE Prince Asiel Ben

15 Israel, we are ready to mobilize our 2,000 mayors and its

16 citizens to appeal to the US Congress for open hearing on the

17 illegal sanctions imposed on the Republic of Zimbabwe.

18         "Secondly, I am prepared as duly appointed officer of

19 the World Conference of Mayors to visit Harare on the week of

20 14 July and confer with yourself and any representatives of the

21 government you designate to discuss our lobby strategy.

22         "I await response from Prince and Gregory if this

23 schedule meets your approval.  Please find the attached

24 information on the World Conference of Mayors or forward

25 inquiries to Honorable Johnny Ford, founder and president.

          MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1          "In prayer and solidarity.

2          "OJ Webb.

3          "Vice-president."

4     Q.  Was there anything attached to this email?

11:37:24  5     A.  No.

6     Q.  You discussed earlier a Mayor Ford?

7     A.  Yes.

8     Q.  Would that be the same Johnny Ford referenced in this

9     letter?

11:37:34  10    A.  Yes.

11    Q.  Did this letter come back signed?

12    A.  No, it did not.

13    Q.  Well, let me show you Government's Exhibit GT 31.

14         Is this an email chain?

11:37:51  15    A.  Yes, it is.

16    Q.  What's the bottom of the chain, where does it start?

17    A.  From repjf@bellsouth.net.

18    Q.  Were you able to determine from this email who

19    repjf@bellsouth is?

11:38:07  20    A.  Mayor Ford.

21    Q.  Johnny Ford?

22    A.  Yes.

23    Q.  What does Mayor Johnny Ford say?

24    A.  "Dear OJ.

11:38:18  25         "Attached please find the letter to Dr. Gono."

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Q.  That would be who?  OJ is who?

2   A.  Oscar Webb.

3   Q.  Is that the same OJ Webb that the last letter was drafted

4   to be signed by?

11:38:28   5   A.  Yes.

6   Q.  And then what is, is that email from Johnny Ford, who is he

7   sending it to?

8   A.  That's sent to OJ Webb.

9   Q.  What does OJ Webb do with it?

11:38:40   10   A.  Forwards it to Prince Asiel.

11   Q.  What does Prince Asiel do with it?

12   A.  Forwards it to Gregory Turner.

13   Q.  What does Gregory Turner say in response to Ben Israel?

14   A.  "Please check name gideon Gono."

11:38:54   15   Q.  Is there a reason on this email to be concerned about the

16   name of Gideon Gono?

17   A.  The subject line reads "Forward WCM's letter to Dr. Gona,

18   Zimbabwe."

19   Q.  So Gono's name is spelled wrong there?

11:39:08   20   A.  Correct.

21   Q.  Do we see this letter?  Is this letter attached to the

22   email?

23   A.  No, it's not.

24   Q.  Is there another email where the referenced letter is

11:39:15   25   attached to?


MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

93

1    A.   Yes.

2    Q.   Turn to Government's Exhibit GT 32.

3         Who is the defendant emailing in this email?

4    A.   Jean Maguranyanga.

11:39:28   5    Q.   And remind us who that is.

6    A.   She's affiliated with the Reserve Bank of Zimbabwe.

7    Q.   What is the date of the email?

8    A.   July 13th, 2009.

9    Q.   How soon after that last email between OJ Webb to Ben

11:39:47   10   Israel, Ben Israel to defendant, how soon after is this sent?

11   A.   Three days.

12   Q.   What does the defendant say to Jean in this email?

13   A.   "My dear sister.

14        "The battle has just begun.  Failure is not an option

11:40:06   15   for the Chicago mob.

16        "Please advise our governor that the team will be

17   coming to Zimbabwe this Thursday morning to conference and

18   report on the way forward, Accra was historic, but the battle

19   Zim will be the final one.  Will try to reach Denice tomorrow

11:40:21   20   for details on our arrival.  Plan is to spend Thursday and

21   Friday with the Governor and meet with who he designates.

22        "Please pass the attached letters to Governor Gono

23   ASAP."

24   Q.   When he says "Please advise our Governor," in the context

11:40:35   25   of this email, who is he referring to?

MICHAEL P. SNYDER, Official Court reporter

| | |
|---|---|
| 1 | A. The governor of the Reserve Bank of Zimbabwe, Gideon Gono. |
| 2 | Q. And just so we are clear and there is no misunderstanding, |
| 3 | the term "Chicago mob," in the context of all these emails, |
| 4 | that's not organized crime, is it? |
| 5 | A. No, I don't believe so. |
| 6 | Q. Okay. How does the defendant sign this letter? |
| 7 | A. C. Gregory Turner, Esquire. |
| 8 | Q. Were there letters attached? |
| 9 | A. Yes. |
| 10 | Q. If we can go to the next page. |
| 11 | Who is this letter addressed to? |
| 12 | A. Dr. R. Gideon Gono, Governor of the Reserve Bank of the |
| 13 | Republic of Zimbabwe. |
| 14 | Q. Who is it from? |
| 15 | A. Prince Asiel Ben Israel. |
| 16 | Q. Do you know what A Better World, Inc. is? |
| 17 | A. Only that it's a nonprofit organization. |
| 18 | Q. What is Ben Israel writing to Governor Gono? |
| 19 | A. "Dear Governor Gono. |
| 20 | "It is my prayer that this communique has reached you |
| 21 | in good spirits. Since we last met, I have had many meetings |
| 22 | with members of my team regarding the best strategy to be used |
| 23 | to demand the removal of sanctions placed upon Zimbabwe. As a |
| 24 | result of these meetings, others have signed on to support |
| 25 | these efforts. One of the organizations that officially |

MICHAEL P. SNYDER, Official Court reporter

1    pledged their support in this epic struggle is the World

2    Conference of Mayors.

3           "In a letter attached to this cover page from the

4    World Conference of Mayors, they not only commit to joining me

11:42:06   5    in the fight to lift the sanctions, but have also dispatched

6    their international ambassador Honorable Oscar J. Webb to join

7    me in Zimbabwe to meet with you and President Mugabe.

8           "Ambassador Webb as well as other members of the team

9    are prepared to travel to Zimbabwe with me 14 July 2009 to 17

11:42:29   10   July 2009.  Please let me know if the President's schedule will

11   permit a meeting with us during this time frame."

12   Q.  Is there a second letter attached?

13   A.  Yes, there is.

14   Q.  On what letterhead is this second letter?

11:42:45   15   A.  World Conference of Mayors.

16   Q.  Who is it addressed to?

17   A.  Dr. Gideon Gono.

18   Q.  And who is it signed by?

19   A.  It appears to be signed by the Honorable Johnny Ford,

11:43:00   20   Founder and Secretary General of the World Conference of

21   Mayors.

22   Q.  Agent Noldin, to save your breath, is this letter identical

23   to the draft letter that the defendant sent to Ben Israel on

24   July 10, 2009, as reflected in Government's Exhibit GT 30?

11:43:17   25   A.  It's similar, yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

96

Q.  What are the differences?

A.  Some of the typographical errors are corrected.

Q.  Is there a difference to who the signature would be?

A.  Yes.  This one is, appears to be signed by Mr. Johnny Ford.

11:43:30  Q.  And the other one was supposed to be addressed by OJ Webb?

A.  Correct.

Q.  Agent Noldin, in Government's Exhibit GT 29, which was a

letter purportedly from Senator Burris to Gideon Gono, there is

a mention of a CBC function in September 2009.  Do you know

11:43:53  what's CBC is?

A.  The Congressional Black Caucus.

Q.  In 2009, was there an event in Washington, D.C. that the

defendant was trying to arrange for Gideon Gono to attend?

A.  Yes.

11:44:06  Q.  Are there emails regarding that attempt?

A.  Yes, yes.

Q.  If you would turn to Government's Exhibit GT Email 112.

        Who is this email to?

A.  Prince Asiel.

11:44:23  Q.  What's the date of the email?

A.  July 3rd, 2009.

Q.  What's the subject line?

A.  "Forward:  2009 CBC speaker, Governor Gideon Gono speaker."

Q.  Is the defendant saying anything to Ben Israel in this

11:44:41  email?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

97

1  A.  No, he's not.

2  Q.  What is he doing?

3  A.  He's forwarding an attachment.

4  Q.  Who is the attachment from?

11:44:47  5  A.  Alice Holmes McCoy.

6  Q.  In the email is Alice Holmes McCoy identified?

7  A.  Yes, she is.

8  Q.  Who is she?

9  A.  Her title is Director of Special Projects and Scheduling

11:45:03  10  for the Honorable Diane Watson.

11  Q.  Do you know who the Honorable Diane Watson is or was?

12  A.  At the time she was a United States Congresswoman.

13  Q.  What is the defendant forwarding to Ben Israel?

14  A.  It's a Leadership Africa USA flier with a 2009 Afri-Gala

11:45:23  15  evening schedule of events or speakers.

16  Q.  And is there anything in the, on the attachment about

17  Gideon Gono?

18  A.  No, there is not.

19  Q.  Is there anything in the body of the email that Alice

11:45:35  20  Holmes McCoy sends to the defendant regarding Gideon Gono?

21  A.  She says, "Hi, Greg.  We would be honored to have Governor

22  Gono participate in our issue forum."

23  Q.  Are there emails regarding this event where Alice Holmes

24  McCoy or the defendant is talking about paying, making a

11:45:59  25  contribution to the event?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

98

1   A.  Yes.

2   Q.  Turn to Government's Exhibit GT Email 113.

3       Who is the defendant conversing with in the email?

4   A.  Alice Holmes McCoy.

11:46:15   5   Q.  What's the date of the email?

6   A.  July 10, 2009.

7   Q.  What's the defendant saying to Alice Holmes McCoy?

8   A.  "Dear Alice."

9   Q.  I'm sorry.  Just hold on a second.  Okay.

11:46:28   10   A.  "Dear Alice.

11      "Greetings and thanks for the faith.  We are

12  mobilizing now.  Please forward a contact for the deposit from

13  Better World Foundation 5k can put in place next week.

14      "Greg."

11:46:43   15   Q.  What's 5k?

16  A.  $5,000.

17  Q.  Does the conversation continue between the defendant and

18  Alice Holmes McCoy about Gideon Gono attending this function?

19  A.  Yes.

11:46:55   20   Q.  I show you Government Exhibit GT Email 114.

21      Who is the defendant emailing here?

22  A.  Prince Asiel.

23  Q.  What is the date of the email?

24  A.  July 26, 2009.

11:47:09   25   Q.  What -- is the defendant saying anything to Ben Israel in

MICHAEL P. SNYDER, Official Court reporter

1    this email?

2    A.  No, he's not.

3    Q.  Is he forwarding Ben Israel anything?

4    A.  The email chain itself, it appears.

11:47:21    5    Q.  This is an email chain between the defendant and Alice

6    Holmes McCoy?

7    A.  Correct.

8    Q.  There's a discussion regarding Gideon Gono?

9         Well, let me back up a second.

11:47:35    10    A.  Yes, there is.

11    Q.  Is this email continuing to discuss the Afri-Gala or

12    Congressional Black Caucus again?

13    A.  Yes.

14    Q.  In this email chain, is there specific discussion about

11:47:47    15    Gideon Gono?

16    A.  Yes.

17    Q.  What does it say?

18    A.  Alice says to Mr. Turner:

19         "Hi, Greg.

11:47:52    20         "Got your message.  We have now secured a great venue

21    which is the historic Museum of Washington, D.C., a/k/a The

22    City Museum.  So things are moving along.  Also need to confirm

23    the panel, so I want to know the status of Governor Gono."

24    Q.  And then does this conversation continue?

11:48:09    25    A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

100

```
          1    Q.  I show you Government's Exhibit GT 33.

          2         Who is this with?

          3    A.  Alice Holmes McCoy.

          4    Q.  What's the date, at least the date of the top email?

11:48:24  5    A.  July 28, 2009.

          6    Q.  Is this exhibit an email chain?

          7    A.  Yes.

          8    Q.  Is it all between the defendant and Alice Holmes McCoy?

          9    A.  Yes.

11:48:33  10   Q.  If we can go to the second page of the email and start with

          11   the beginning of the chain and work our way up.

          12        What's the first email in this chain?

          13   A.  From Mr. Turner to Alice Holmes McCoy on July 14, 2009.

          14   Q.  What's the defendant say?

11:48:47  15   A.  "Dear sis.

          16        "Please file and keep confidential for now, but we are

          17   on the move.  Next Monday Williams will hear from me.

          18        "Greg."

          19   Q.  Do you know who Williams is?

11:48:57  20   A.  He's Walker Williams.

          21   Q.  Who is that?

          22   A.  He's the CEO of Leadership Africa.

          23   Q.  What's their connection to this event?

          24   A.  Leadership Africa was employed to help set up the Afri-Gala

11:49:13  25   reception.
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Does the defendant -- does Alice Holmes McCoy respond to

2  the defendant?

3  A.  Yes.

4  Q.  What does she say?

11:49:20   5  A.  "Greg.

6         "Hope all is well.  Your voicemail is full.  What is

7  the status of everything?  Are you still committed to 25k?  I

8  am familiar with the World Conference of Mayors.

9         "Best regards."

11:49:29  10  Q.  Does the defendant respond?

11  A.  Yes.

12  Q.  If you can hold on for one moment while we go back to the

13  first page of this email on the bottom portion.

14         What does the defendant say?

11:49:39  15  A.  "Hi, love.

16         "Will forward the deposit via wire transfer on Monday

17  and hand deliver balance on or before the 14th.  Word is my

18  bond.  Fax number for you at home, please.  Don't want to send

19  your faxes to the office.

11:49:54  20         "Have reply from the governor."

21  Q.  Does she respond?

22  A.  Yes.

23  Q.  We'll scroll up.

24  A.  "I don't have a fax at home.  Has to be email to this

11:50:09  25  account.  Thanks, that will be great."

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Q.  Does the defendant respond to that email?

2   A.  Yes.

3   Q.  Is that the top email in this chain?

4   A.  It is, yes.

11:50:16    5   Q.  What does he say?

6   A.  "Please be advised Prince Asiel will be in touch.  Can send

7   fax to office but want to make sure you are there for it.  The

8   reply is from the Governor confirming his willingness and

9   desire to participate in the forum to set the record straight.

11:50:33   10   Needless to say, Bush was wrong on many issues, and Zimbabwe

11   was definitely one of them."

12   Q.  Okay.  Again, do they continue this conversation about

13   Gideon Gono appearing at this function?

14   A.  Yes, they do.

11:50:45   15   Q.  Let me show you Government's Exhibit GT 34.

16          What is this document?

17   A.  An email to Alice Holmes McCoy.

18   Q.  Is the defendant responding to an email from her?

19   A.  Yes.

11:51:00   20   Q.  What's the date of both emails?

21   A.  July 30th, 2009.

22   Q.  Starting with the bottom, the first email in the chain, who

23   is this from?

24   A.  Alice Holmes McCoy.

11:51:10   25   Q.  To the defendant?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   A.  Correct.

2   Q.  Okay.  What does she say?

3   A.  "The sunshine came yesterday and was most appreciated.  The

4   question is how do you wish to be recognized or is this

11:51:21   5   anonymous?  I am told that the sunshine is due back next week.

6   Have a wonderful afternoon."

7   Q.  What does he respond, the defendant?

8   A.  "My dear sister."

9   Q.  Hold on, I'm sorry.  Wait for the screen to catch up.

11:51:34   10   Okay.

11   A.  "My dear sister.

12           "We are in it to win it.  Recognition is not what

13   Prince and I are about.  Once we notify the State Department of

14   the request for Dr. Gono to travel to the CBC event with the

11:51:47   15   support of Cong. DD and others, we then notify the embassy in

16   Harare.  Since the visit of Ambassador Webb, we are planning to

17   hold a dinner in New York during the U.N. conference for the

18   President.  He has prepared to offer land to African-Americans

19   in lieu of the 40 acres we never got (smile).  Please send an

11:52:08   20   update on the forum and respond to Dr. Gono's acceptance of the

21   invitation.  When draft copies of the program are ready, send

22   me one, please, before I go back over.  Love and blessings to

23   Sister D.  We are planning a grand retirement party for her in

24   Victoria Falls when the time comes.

11:52:26   25           "Peace.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1          "Greg."

2    Q.  I show you Government's Exhibit GT 35.

3          Is this also an email chain between the defendant and

4    Alice Holmes McCoy?

11:52:44    5    A.  Yes, it is.

6    Q.  Discussing the same events?

7    A.  Yes.

8    Q.  If you can go to the second page and start with the

9    beginning of the email chain.

11:52:54    10    Is this an email, the beginning of this email chain we

11    saw in the prior email, correct?

12    A.  That's correct.

13    Q.  So the defendant responds again to this email from Alice

14    regarding the sunshine came yesterday?

11:53:06    15    A.  Yes, he does.

16    Q.  If we could scroll up to the response.

17          What's the date of the response?

18    A.  August 4th, 2009.

19    Q.  What's the defendant saying to Alice Holmes McCoy here?

11:53:16    20    A.  "Dear Alice.

21          "All is well and your support base is set to submit

22    letters to the State Department and provide the embassy in

23    Harare with the necessary documents with the nine guests of

24    Governor Gono.  Please respond to his acceptance of the

11:53:30    25    invitation or have our brother do so ASAP.  I leave for Harare

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1　tomorrow.  Danny and the team is ready and have sent support

2　letters to me on behalf of the presentation and the lifting of

3　the sanctions.  I will meet you in the US on the 15th to close

4　out formalities on the dinner and update you on the President's

11:53:48　5　visit to New York for the U.S..  God bless and protect you.

6　Please send the not tonight if possible I can download in

7　Harare."

8　Q.  What is the response?

9　A.  She responds "Under what name do I list your contribution?"

11:54:05　10　Q.  And then does the defendant respond to her?

11　A.  Yes.

12　Q.  What does he say?

13　A.  He responds with "Better World, Inc., 1130 South Michigan

14　Avenue, Suite 4304, Chicago, Illinois, Prince Asiel Ben Israel,

11:54:30　15　Chairman.  I will also be getting support for you via a large

16　mining company Mwana Africa.  Look them up.  Their group wants

17　to seek African-American investment in African gold, diamond

18　and nickel mines.  Look them up.  Will seek donation of one

19　table.  I am off to Harare today.  Stay in touch."

11:54:50　20　Q.  Does she respond in this email chain?

21　A.  Yes.

22　Q.  What does she say?

23　A.  "Are you referring to the Afri-Gala Lions of Africa event,

24　which is a gala reception, or the CBC dinner on Saturday?  My

11:55:01　25　focus is the first activity."

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  Does he respond to her?

2    A.  Yes.

3    Q.  What he say?

4    A.  "For now we are concentrating on the issues forum and

11:55:19    5    getting the delegation of ten people visas, et cetera.  There

6    is no problem with any of the delegation except Gono.  We have

7    Richard Boykin's firm on it."

8    Q.  So does the conversation continue?

9    A.  Yes, it does.

11:55:33    10    Q.  Let me show you Government's Exhibit GT Email 117.

11            Is this another email chain between him and Alice

12    Holmes McCoy?

13    A.  Yes, it is.

14    Q.  Okay.  Is the beginning of this email chain an email that

11:55:52    15    you already discussed a few emails ago that he's just then

16    responding to anew?

17    A.  Yes.

18    Q.  Let's stay on the first page.  What does the defendant say

19    to Alice Holmes McCoy in the bottom of this page?

11:56:05    20    A.  "Hi, Alice.

21            Been busy closing out in SA.  Returning to Harare on

22    Tuesday.  Due in New York Saturday.  Will get in touch.  All is

23    on course with our game plan with the Governor.

24            "Peace."

11:56:16    25    Q.  Does she respond?

                    MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    A.  Yes.

2    Q.  What does she say?

3    A.  "Thanks for checking in.  Take care."

4    Q.  Does he respond to her?

11:56:31    5    A.  He does, yes.

6    Q.  What does he say?

7    A.  "Dear Alice.

8         "Thanks for the response.  Prince and I proceed to

9    Harare tomorrow.  Plans are to finish the delegation list and

11:56:42    10    forward to Richard Boykin who is representing the visa request

11    formalities.

12         "I have two other sponsors for you in Edison Power of

13    Durbin and Mwana Africa of ZIM/SA and DRC.  The CEOs of both

14    groups are both clients and interested.  I will forward emails

11:57:02    15    for you to send official invitations to them this week.  Both

16    should be good for $5,000 tables.  I will close out Better

17    World's commitment upon arrival.  Our word is our bond.

18         "CGT."

19    Q.  Are there emails indicating that Gideon Gono did not come

11:57:18    20    to this event?

21    A.  Yes, there are.

22    Q.  And did the defendant try to find a replacement for him?

23    A.  Yes.

24    Q.  If you would turn to Government's Exhibit GT 36.

11:57:31    25         What's this one?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

A.  An email to Chris Mutsvanga.

Q.  What's the date?

A.  August 21st, 2009.

Q.  Is this a short chain email?

A.  Yes.

Q.  What's the defendant saying to Chris Mutsvanga?

A.  "Shalom, my soldier."

Q.  I realize on the screen it's really small print, so if you could read it.

A.  Yes.

     "I am in Florida on business and on to Chicago on Sunday.  On Monday the visa letter for you and Monica will go out to the embassy with copies to you and Monica.  Prince is still in Johannesburg working on the CBC issues forum.  You might have to make the presentation to Congress if our friend backs out.  Please check with ED ASAP so we can shift gears quickly.  I think you and Monica could make a good case on the effect of the sanctions in place of GG.  Call me if possible in US at (312) 730-7696.  I need an answer before I arrive in Washington, D.C. next Tuesday.  Someone needs to show up and defend Zimbabwe.  Who better than the Ambassador with our team behind you.  Think hard and long, but I know you are the one.

     "Your brother and fellow warrior.

     "Greg."

Q.  Remind us who is Chris Mutsvanga?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    A.  He's a former Zimbabwean ambassador to China.

2    Q.  Do you know who Monica is as referenced in this email?

3    A.  That's his wife.

4    Q.  Is she a Zimbabwe official as well?

11:58:59  5    A.  She is, yes.

6    Q.  Or was?  What was she?

7    A.  She was a senator at that time.

8    Q.  Zimbabwean senator?

9    A.  Zimbabwean senator, yes.

11:59:07  10   Q.  You stated earlier that Chris Mutsvanga is not a specially

11   designated national?

12   A.  That's correct.

13   Q.  How about his wife Monica Mutsvanga?

14   A.  She is not.

11:59:15  15   Q.  Turn to -- does the defendant continue trying to get Chris

16   Mutsvanga to come to the forum?

17   A.  Yes.

18   Q.  This last email you read was August 21st, 2009.  On that

19   same day does he email someone else regarding that?

11:59:32  20   A.  Yes, he does.

21   Q.  If you would turn to Government's Exhibit GT Email 118.

22       Who is he emailing?

23   A.  Daniehlah.

24   Q.  Who is that?

11:59:45  25   A.  Prince's executive assistant.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  What is he saying to her?

2    A.  "Please forward to Prince, plus we need to send the visa

3    requests to Harare for Chris and Monica to attend the CBC gala

4    for Diane Watson ASAP.  Both are holders of diplomat passports

12:00:00    5    and not on travel bans.  We will draft letters on Sunday on

6    Better World letterhead.

7             "Let's roll.

8             "Ahke."

9             MR. JONAS:  Your Honor, can I have one moment?

12:00:07    10            THE COURT:  Yes.

11   BY MR. JONAS:

12   Q.  Did the defendant continue to converse with Chris Mutsvanga

13   about having him come to the United States?

14   A.  Yes.

12:00:23    15   Q.  Turn to Government Exhibit GT Email 38.

16             Agent Noldin, the emails with Chris Mutsvanga that are

17   very tiny?

18   A.  Yes.

19   Q.  It's unique the communication between the defendant and

12:00:45    20   him?

21   A.  It is, yes.

22   Q.  All right.  What's the date of this email and who is it to?

23   A.  August 22nd, 2009, to Chris Mutsvanga.

24   Q.  What's the defendant saying to Chris Mutsvanga?

12:00:58    25   A.  "Chris.

                MICHAEL P. SNYDER, Official Court reporter

1      "Please get in touch with Prince in Johannesburg.  We

2  have official invitation coming for you and Monica from

3  Congresswoman Diane Watson.  Also you might have to give the

4  presentation on sanctions to the members of the Black Caucus

12:01:13   5  September 24th.  Our Governor is still freezing up on the

6  issue.  We must not blow the opportunity.  I return to South

7  Africa on Thursday.  Let's go to work and save our nation.

8      "God bless.

9      "Greg."

12:01:26  10  Q.  Who is the governor that's freezing up?

11  A.  Governor Gideon Gono.

12  Q.  Turn to Government's Exhibit GT Email 119.

13      What's the date of this email?

14  A.  August 25th, 2009.

12:01:46  15  Q.  Who is this to?

16  A.  Chris Mutsvanga.

17  Q.  What's the defendant saying to Chris Mutsvanga this time?

18  A.  "Hi, Chris.

19      "All is well as I leave from Washington with your

12:01:58  20  invitation in hand.  You will be featured speaker on the way

21  forward for Zimbabwe, and the Senator will be involved in the

22  women's forum.  Get ready.  I have you both booked at the Hyatt

23  Washington September 22nd through 27.  It's our chance to set

24  the record straight.  We will need the blessings and support of

12:02:21  25  ED and the boss if GG is standing down.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1        "Greg."

2   Q.  Any idea who that is supposed to be?

3   A.  I am not sure who that is.

4   Q.  The boss?

12:02:31   5   A.  Robert Mugabe, President of Zimbabwe.

6   Q.  And GG?

7   A.  Governor Gideon Gono.

8   Q.  Does the defendant send Chris Mutsvanga this invitation

9   that he's talking about?

12:02:44   10  A.  Yes.

11  Q.  Would you turn to Government's Exhibit GT 39.

12        What is this?

13  A.  An email forward to Chris Mutsvanga.

14  Q.  What's the defendant say to Chris Mutsvanga in this email?

12:03:01   15  A.  "Let's get it on.  See you Friday in Harare.  Greg."

16  Q.  What's he forwarding?

17  A.  It's an invitation letter on the letterhead of

18  Congresswoman Diane Watson.

19  Q.  The body of the email has what looks like an agenda or

12:03:24   20  itinerary?

21  A.  Yes.

22  Q.  And is Chris Mutsvanga's name on there?

23  A.  Yes, he's listed as Ambassador Chris Mutsvanga, former

24  Ambassador to China.

12:03:33   25  Q.  Is there an actual invitation attached?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   A.  Yes.

2   Q.  Can we go to the second page.  Whose letterhead is this

3   invitation on?

4   A.  Congresswoman Diane Watson.

12:03:45  5   Q.  And who is this invitation or this letter addressed to?

6   A.  The Honorable Chris Mutsvanga, former Zimbabwe Ambassador

7   to China.

8   Q.  What's the method of communications as per the letter to

9   Chris Mutsvanga from Diane Watson's office?

12:04:03  10   A.  Via the email address theafricanenvoy@yahoo.com.

11   Q.  Whose email address is that?

12   A.  Mr. Turner's.

13   Q.  The defendant's?

14   A.  Yes.

12:04:10  15   Q.  In the body of the email, is there an invitation to Monica

16   Mutsvanga?

17   A.  Yes, there is.

18   Q.  How is Monica Mutsvanga referred to in this email or this

19   invitation?

12:04:27  20   A.  There's a sentence that says "We also extend this

21   invitation to your wife, Senator Mutsvanga, to join us at this

22   forum."

23   Q.  You discussed, Agent Noldin, several emails where the

24   defendant discussed money?

12:04:51  25   A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

114

1  Q.  I show you Government's Exhibit GT Email 40.

2       What's the date of this email?

3  A.  September 2nd, 2009.

4  Q.  Who is this email to?

12:05:07  5  A.  Joel Phiri.

6  Q.  Do you know who that is?

7  A.  I don't.

8  Q.  Is the defendant responding to an email from Joel Phiri?

9  A.  Yes, he is.

12:05:19  10  Q.  What's the email that Joel Phiri sends to the defendant

11  that he responds to?

12  A.  "Hi, Greg.  I still have not received this payment.  Please

13  advise.  Hope all is well."

14  Q.  What does the defendant say in response?

12:05:28  15  A.  "Hi, soldier."

16  Q.  Hold on a second.  Just let the screen catch up.  Thank

17  you.

18  A.  "Hi soldier.

19       "All is not well but because of your trust I want to

12:05:42  20  put something in your hand tomorrow.  Call me early so we can

21  meet.  I am catching hell collecting from the RZB, but I know

22  you know.  Been to Harare six times and to the US trying to

23  keep floating.  Thanks for your trust and patience.  Lost my

24  phone in US.  No numbers.  Please call in the morning.

12:06:03  25       "Greg."

        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  He says, "I'm catching hell collecting from the RZB."

2    What's the RZB?

3    A.  The Reserve Bank of Zimbabwe.

4    Q.  The letters are just backwards they seem to be?

12:06:13    5    A.  Correct.

6    Q.  Getting back to the function in Washington, are there, is

7    there more email traffic with Alice Holmes McCoy?

8    A.  Yes.

9    Q.  And turn to Government's Exhibit GT 41.

12:06:32    10           What is this?

11    A.  An email chain with Diane -- or Alice Holmes McCoy, excuse

12    me.

13    Q.  Let's go to the beginning of the chain, which is on the

14    second page.  What's the date of the first email?

12:06:48    15    A.  September 2nd, 2009.

16    Q.  Who is it from?

17    A.  From Alice Holmes McCoy to Mr. Turner.

18    Q.  What's the subject line?

19    A.  "Denise."

12:07:00    20    Q.  Do you know who Denise is?

21    A.  She is affiliated with the Reserve Bank of Zimbabwe.

22    Q.  What is Alice Holmes McCoy saying to the defendant

23    regarding Denise?

24    A.  "I did call and speak with her, and she has requested an

12:07:13    25    email to handle this request.  I did try to send something, but

Noldin - direct by Jonas

1    it bounced back.  It is now past 5P, so I won't know whether

2    this should be put in writing at this point.  Your feedback is

3    appreciated.  The email that I have is dnaicker@rbz.co.zw.

4    Q.  Agent Noldin, have you seen that email somewhere else?

12:07:37    5    A.  Yes, I have.

6    Q.  Where?

7    A.  On the business card of Governor Gideon Gono.

8    Q.  Did the defendant respond to Alice Holmes McCoy?

9    A.  Yes.

12:07:45    10    MR. JONAS.  And this will be a little tricky because

11    the response starts on the first page and goes to the second

12    page.  So if we can go back to the first page, enlarge the

13    bottom.

14    BY MR. JONAS.

12:07:56    15    Q.  Okay, what is the defendant saying in response?

16    A.  "Greetings.

17    "The call alone was a plus.  At least they know there

18    is some official concern.  Did she put you on hold first?  He

19    is claiming the President put things on hold, but we doubt

12:08:09    20    this.  Chris wants to pass on to foreign affairs."

21    Q.  Keep going.

22    A.  "A fax might be better" -- with a fax number provided.

23    "Attention:  Dr. Gono.  Simply request confirmation on

24    participation on the forum period.  And have you verbally heard

12:08:28    25    from me and Prince, but still nothing official.  I think he

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    will rethink the support with this fax."

2    Q.  Let me stop you for a second if we can finish up on the

3    second page.

4    A.  "Prince is on the way Saturday.  We note your situation

12:08:43    5    with great seriousness.

6           "With faith, Greg."

7    Q.  Back to the first page, please.  Who is the President here?

8    A.  Robert Mugabe.

9    Q.  And it says, "Chris wants to pass on to foreign affairs."

12:09:02    10   In the context of the emails and the conversation, who is

11   Chris?

12   A.  I believe it's Chris Mutsvanga.

13   Q.  Okay.  Did Alice Holmes McCoy respond to the defendant?

14   A.  Yes, she did.

12:09:11    15   Q.  If we can scroll up.  What was the date of the response?

16   A.  September 3rd, 2009.

17   Q.  What does she say to the defendant?

18   A.  "I just noted that Chris wants to pass on to foreign

19   affairs.  That would be a red flag as they will contact State

12:09:29    20   here to query about everything.  That might be the reason for

21   the hold.  I don't want any questions on why we are trying to

22   bring in sanctioned officials.  I cannot afford for the

23   Congresswoman to be hit with more media because she's in the

24   middle of a firestorm about Castro comments.  She is already

12:09:47    25   hot, and they keep emphasizing to me that they don't want any

Noldin - direct by Jonas

118

1    unnecessary problems.  What I see workable is getting someone

2    already on the ground to represent the position as a

3    counterpoint for Imani Countess.  Zimbabwe is an important

4    topic, so I can justify the discussion, but not the blowback

12:10:05    5    about sanctioned officials.  This segment for both is ten

6    minutes each plus the Q and A.  It's a two-hour forum.  To go

7    through all the channels for this might not be worth it.  Food

8    for thought."

9    Q.  What does the defendant say back to her?

12:10:20    10    A.  "I agree and think the FAX will bring the proper response

11    tomorrow morning.  Let's pray hard.  You get the call.

12        "Greg."

13    Q.  Does the defendant attempt to convince Alice Holmes McCoy

14    to convince Gideon Gono to attend this forum?

12:10:43    15    A.  Yes.

16    Q.  Go to Government's Exhibit GT 42.

17        Is this an email chain between Alice Holmes McCoy and

18    the defendant?

19    A.  Yes.

12:10:54    20    Q.  Going to the second page -- I'm sorry.  Going to the bottom

21    of the first page, is that an email from the defendant?

22    A.  Yes, it is.

23    Q.  Is he responding to an earlier email of Alice Holmes McCoy

24    that we already discussed?

12:11:08    25    A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

119

1  Q.  So let's stay with the defendant's response.  What's the

2  date?

3  A.  September 8th, 2009.

4  Q.  What does the defendant say to Alice Holmes McCoy?

12:11:17  5  A.  "Hi, sis.

6          "Your talking points with Gono.

7          "Number one.  You simply want clarity on the proposed

8  presentation on the effects of the sanctions for the issues

9  forum.  Purpose was to give both sides of the issues and

12:11:30  10  effects.

11          "Number two.  Give insight on his emergency monetary

12  policies.  I am not able to articulate that aspect.

13          "Three.  Lay out the case for removal of the

14  presidential law ZDERA in 2010.  This is also not in my area of

12:11:50  15  expertise.

16          "Four.  Thank him for support of the Better World and

17  the gala for Diane.

18          "Five.  If no one is coming to make the issues forum,

19  you must know in writing today.  Please stress the hard work

12:12:07  20  done by his team on the hill.  Make it clear that absence of

21  the Zanue PF representation the MDC is going to push their

22  position not the Unity government.

23          "In closing, stress to him the continued support of

24  his team from Chicago on the hill regardless.

12:12:23  25          "Do not get into any details.  Ask him to please pass

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   his final decision on to Greg Turner in Johannesburg as soon as

2   possible."

3   Q.  When he says, when the defendant says "In closing, stress

4   to him the continued support of his team from Chicago," in the

12:12:41  5   context of this email, who would him be?

6   A.  Governor Gideon Gono.

7   Q.  Does she respond?

8   A.  Yes, she does.

9   Q.  What does she say?

12:12:54  10   A.  "I will have to reach out tomorrow.  I got stuck in a

11   meeting and other activities past the window of 10A.  Nor did I

12   have your talking points.  We'll give it a shot tomorrow."

13   Q.  Does he respond to her?

14   A.  Yes.

12:13:11  15   Q.  What does he say?

16   A.  "Okay, sis.

17        "We soldier on.  Was not able to run GG down here.

18   Things are not looking good for the party, but lack of vision

19   and faith equals defeat every time."

12:13:32  20   Q.  Sticking with this exhibit, going back to his talking

21   points, the email of September 8th as part of GT 42 where the

22   defendant presents talking points to Alice Holmes McCoy, it

23   says, "Please stress the hard work done by his team on the

24   hill.  Make it clear that absence of the Zanue PF

12:13:58  25   representation."  Do you know what Zanue PF is?

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 252 Filed: 04/16/15 Page 121 of 263 PageID #:1920
Noldin - direct by Jonas
121

1   A.  It's the ruling party in Zimbabwe.

2   Q.  Is it the same party that Robert Mugabe and Gideon Gono are

3   members of?

4   A.  That's correct, yes.

12:14:06   5   Q.  Are there emails indicating that Chris Mutsvanga didn't

6   make this trip either?

7   A.  Yes, there are.

8   Q.  Turn to Government's Exhibit GT 43.

9        What is this?

12:14:18   10   A.  An email to Chris Mutsvanga.

11   Q.  How do you know it's to Chris Mutsvanga?

12   A.  Again, if I check the name, the email address will come up,

13   and it's the same email address.

14   Q.  What's the date of this email?

12:14:32   15   A.  September 16th, 2009.

16   Q.  What's the defendant saying to Chris Mutsvanga in this

17   email?

18   A.  "Hi, soldier.

19        "I pray you had a successful trip to China and all is

12:14:47   20   well with you.  I forward this program to you with sadness

21   because it is clear that someone wants to sell the military

22   agenda for our beloved Zimbabwe.  Chris, you and God know we

23   tried to balance this program, but who heard us?  Prince will

24   be meeting with the President in New York during the U.N. with

12:15:05   25   some of our team to try again to explain the importance of

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    direct information in support going to the African-American

2    constituency.  Without it, anything goes.  We'll keep you

3    posted.  God bless and protect you."

4    Q.  The defendant mentions, it says "Prince will be meeting

12:15:25    5    with the president in New York during the U.N. with some of our

6    team."  Are there emails that then reference or discuss a

7    meeting in New York with Robert Mugabe and Ben Israel?

8    A.  Yes, there are.

9    Q.  And this email is September 16, 2009, GT 43, correct?

12:15:43    10    A.  Yes.

11    Q.  What goes on in New York in September of the year?

12    A.  The United Nations General Assembly.

13    Q.  And what exactly does that mean?

14    A.  It's a general assembly of nations that gather in New York.

12:15:55    15    Q.  All the world leaders attend?

16    A.  Correct.

17    Q.  We just had it a couple weeks ago, or last week?

18    A.  Correct.

19    Q.  Turn to GT 44, please.

12:16:07    20         Who is this email with?

21    A.  Chris Mutsvanga.

22    Q.  What's the date?

23    A.  September 17th, 2009.

24    Q.  How far after the last email is this?

12:16:15    25    A.  One day.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

123

1    Q.  So what's the defendant telling Chris Mutsvanga in this

2    email?

3    A.  "Hi, Chris.

4         "Just got called from Prince confirming the audience

12:16:28    5    with H.E. RGM in New York.  It would be good if you could make

6    it because we will brief him on the true history of the US

7    lobby effort including the key role you and Monica played.  In

8    addition, a delegation of brothers and sisters sitting in

9    Congress will be with us to give us their support to lifting of

12:16:47   10    the sanctions and revision of the ZDERA bill for next year.

11    Your counterpart in New York will also be with us.  We have to

12    move on past the bankers' dreams of recognition and get relief

13    for our people.  Contact the Prince ASAP."

14    Q.  H.E. RGM.  In the context of these emails, what does that

12:17:09   15    mean?

16    A.  His Excellency Robert G. Mugabe of Zimbabwe.

17    Q.  Are there more discussions of the meeting in New York?

18    A.  Yes.

19    Q.  Turn to GT 45, please.

12:17:24   20         Is this an email chain?

21    A.  It is, yes.

22    Q.  Who is it with?

23    A.  With Chris Mutsvanga.

24    Q.  Is this an email chain where the defendant responds to an

12:17:36   25    earlier email from Chris Mutsvanga that we have seen in some of

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

124

1  these prior emails that we just discussed?

2  A.  Yes, it is.

3  Q.  Turning to defendant's first response, what's the date of

4  that?

12:17:45  5  A.  September 21st, 2009.

6  Q.  If we can enlarge the bottom email.  What is the defendant

7  saying to Chris Mutsvanga in this email?

8  A.  "The boss was in tears with the big and strong delegation.

9  Prince had the leaders of Congress in the room for two hours

12:18:08  10  with President Mugabe.  The brothers pledged to assist in the

11  removal of both the sanctions and the law in 2010.  He advised

12  us back to Harare next week to lay out the plan with the

13  foreign minister.  Both of your brother ambassadors was there

14  and very happy about the Chicago connection.  We informed them

12:18:28  15  you were coming for the workshop at the CBC issues forum and

16  your overall support for the lobby from the inception.  Again,

17  Prince had to lay out the financial realities of making things

18  work in D.C.."

19  Q.  Let the screen catch up to you.

12:18:48  20  A.  "He seemed to fully understand because we moved six people

21  over to New York and Ken Dunkin from Chicago in a one-day

22  notice.  We have been instructed to work through the foreign

23  minister from this point on.  Thank God.  Please call Prince or

24  myself if the visa does not come out by Wednesday morning.  We

12:19:13  25  got something for those bastards.  By the way, we even had Greg

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

125

|  |  |
|---|---|
| | 1 | Meeks, the Congressman who just left Harare, come and pledge |
| | 2 | support to our efforts, and President Mugabe thanked him for |
| | 3 | explaining his actions plus told him he could say more than ten |
| | 4 | minutes this time. (Everyone laughed.) He will return with |
| 12:19:29 | 5 | the September delegation to meet with the parliamentary |
| | 6 | committees to lift the sanctions. Todah, my brother, you and |
| | 7 | Monica get on the plane, and let's get the black sister in |
| | 8 | Congress over to meet with the women's league this Christmas in |
| | 9 | Big Falls. |
| 12:19:43 | 10 | "Your ambassador. |
| | 11 | "CGT." |
| | 12 | Q. Does Chris Mutsvanga respond? |
| | 13 | A. Yes, he does. |
| | 14 | Q. What does he say? |
| 12:19:54 | 15 | A. "We normally just get our visas without much ado. We had |
| | 16 | the whole morning with the US Embassy guys yesterday only to be |
| | 17 | told that further admin be needed. I hope we are not victims |
| | 18 | of parochialism disguised as US interests. It would really be |
| | 19 | McCarthyite myopia if ever the great America were ever to view |
| 12:20:18 | 20 | both of us as enemies of America. Thank for all good work. I |
| | 21 | am a man of great faith that which is wholesome if humanity and |
| | 22 | good people. |
| | 23 | "Chris Mutsvanga. |
| | 24 | "Soul brother and ambassador." |
| 12:20:30 | 25 | Q. Does the defendant respond to him? |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

126

1  A.  Yes, he does.

2  Q.  What does the defendant say, and what's the date that the

3  defendant responds?

4  A.  September 22nd, 2009.

5        "My dear brother.

6        "These people will do anything to keep BO in the dark

7  about the realities of Africa and its resources.  One thing is

8  for sure.  There is a group in Chicago determined to see that

9  you and Zimbabwe not only survive but prosper without another

10  war.  The meeting with RGM was historic with five members of

11  Congress present including one of the members who just left

12  Zimbabwe with a delegation.  To the man, each pledged their

13  support and promised to join our team to repeal the ZDERA for

14  2010.  As we stated from the outset, BO's first and only

15  foreign affairs victory will be Zimbabwe.  He knows full well

16  who and what Gordon Brown thinks of black people including

17  himself.  All we ask, Chris, is for our brothers to let us show

18  them how to fight and win this war without a single shot.  God

19  made us go through 400 years of training for today.  They can't

20  stop you or us because we are a spirit of freedom destined to

21  emerge.  Prince and I will return to Zimbabwe to confer with

22  the foreign minister and the joint parliamentary committee to

23  develop a master plan for the removal of sanctions (full stop).

24  Whatever price we have to pay, even if it means breaking Bush's

25  law, let it be.  We were born for this day.  Blacks in America

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

127

12:22:15

12:22:30

12:22:42

12:22:57

12:23:06

1   need a new cause, and watch what happens when the Zimbabwe

2   issue surfaces.  Truth cannot be hidden forever.  Tell Monica

3   and those who love our dear country to hold fast and love one

4   another.  God will do the rest.

5          "Your eternal brother and warrior.

6          "C. Gregory Turner."

7   Q.  Agent Noldin, we've seen some emails where the defendant

8   has forwarded pictures of politicians.  Are there more?

9   A.  Yes.

10  Q.  Turn to Government's Exhibit GT 46.

11         What's the date of this email?

12  A.  September 28, 2009.

13  Q.  Who is it to?

14  A.  Andrew Kamau.

15  Q.  Do you know who that is?

16  A.  I don't.

17  Q.  Okay.  What's attached to this email?

18  A.  Three photographs.  I'm sorry.  Two photographs.

19  Q.  If we can go to the photograph first, the first photograph.

20  Who is this?

21  A.  Prince Asiel Ben Israel and Hillary Clinton again.

22  Q.  Have we seen this photo before?

23  A.  Yes.

24  Q.  Does he do a second photo or is there attached a second

25  photo?

MICHAEL P. SNYDER, Official Court reporter

1    A.  There is, yes.

2    Q.  If we can go to that.  Who is in this photo?

3    A.  Prince Asiel Ben Israel is on the right, Hillary Clinton in

4    the middle, and to her right is Oscar Webb.

12:23:18    5    Q.  That would be OJ Webb whose name came up earlier?

6    A.  That's correct.

7    Q.  Do you know the person on the far left?

8    A.  I'm not familiar with him.

9    Q.  So what does the defendant say to Andrew Kamau when he's

12:23:30    10    sending him these photos?

11    A.  "Greetings Andrew.

12         "The meetings in Washington and New York went well.  I

13    had a chance to do some preliminary info gathering on Chevron.

14    I am due to return to Zim on Thursday.  Let me know if you

12:23:52    15    still desire to proceed.  The attached photo is my brother

16    Prince who lobbies with me on African projects.  As we

17    discussed the connections to give the Chevron deal a good look

18    is there, waiting for you.

19         "Greg."

12:24:05    20    Q.  Agent Noldin, in Government's Exhibit GT 45, the defendant

21    says to Chris Mutsvanga, "Prince and I will return to Zimbabwe

22    to confer with the foreign minister and the joint parliamentary

23    committee to develop a master plan for the removal of

24    sanctions."  Earlier in that email chain he said, "We have been

12:24:41    25    instructed to work with the foreign minister from this point

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

129

1    on."

2        Does the defendant make efforts to reach the foreign

3    minister of Zimbabwe at that point?

4    A.  Yes, he does.

12:24:49    5    Q.  If you could turn to Government's Exhibit GT 47.

6        Who is this email to?

7    A.  Chris Mutsvanga.

8    Q.  What's the date?

9    A.  September 29th, 2009.

12:25:02    10    Q.  What's the subject line?

11    A.  "Pass to proper authorities."

12    Q.  What is the defendant saying to Chris Mutsvanga in this

13    email?

14    A.  "This is excerpt from press conference in US.  The team is

12:25:17    15    calling for a new look at the Zim situation.  We just need the

16    support of a proper and understanding team.  Please pass the

17    phone number of the foreign minister on so we can confirm to

18    them that you have been asked by the team to assist the foreign

19    ministry for the visit of Prince and myself next week.  The

12:25:34    20    purpose is set up the dialogue with those on the ground who

21    want to assist the lobby for the repeal of ZDERA and the

22    sanctions.  Go to work, soldier.

23        "Greg."

24    Q.  We've seen earlier emails where the defendant is forwarding

12:25:54    25    letters from Illinois politicians.  Does he do that again?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

130

12:26:03

12:26:11

12:26:20

12:26:38

12:26:56

1   A.  Yes, he does.

2   Q.  Would you turn to Government's Exhibit GT 48.

3          Who is this to?

4   A.  Chris Mutsvanga.

5   Q.  Does he say anything in the body of the email to Chris

6   Mutsvanga?

7   A.  No.

8   Q.  What's the date of this email?

9   A.  September 29, 2009.

10  Q.  Is this the same date as the last email to Chris Mutsvanga,

11  same day?

12  A.  Yes.

13  Q.  What does he attach?

14  A.  Some letters.

15  Q.  Who are the letters from?

16  A.  One is from Donne Trotter and one is from Ken Dunkin.

17  Q.  The email is dated September 29th.  What are the date of

18  the letters?

19  A.  Both letters are dated July 6, 2009.

20  Q.  What does the letter state from Donne Trotter?  Who is it

21  to?  I'm sorry.

22  A.  It's addressed to Honorable President Robert Mugabe in

23  Zimbabwe.

24  Q.  What does it say in this letter?

25  A.  "Dear president Mugabe.

MICHAEL P. SNYDER, Official Court reporter

1    "I do hope that you receive this letter in the best of

2  health.  In keeping with my commitment to you and the Governor

3  Gono, I am writing to give you an update.  Last month I joined

4  Prince Asiel in Washington, D.C. where we met with the prime

12:27:15    5  minister and his delegation.  In our meeting I informed them

6  that I too am a committed member of the team supported by you

7  working toward the removal of sanctions placed on Zimbabwe.

8    "In my position as chairman of the International

9  Committee for the National Black Caucus of State Legislators,

12:27:32  10  we have agreed to organize to travel to Zimbabwe in September

11  of 2009 for an on-the-ground assessment.  This firsthand

12  assessment will enable us to observe the effects of the

13  economic sanctions and assist us in providing the leadership

14  needed to fight for the removal of the sanctions.

12:27:48  15    "I have asked your ambassador in Washington, D.C. to

16  look at your schedule and arrange an appropriate time for us to

17  meet.

18    "I am looking forward to meeting with you soon.

19    "Donne Trotter."

12:27:58  20  Q.  What's the second letter?  Who is the second letter from.

21  A.  From Ken Dunkin.

22  Q.  Who is Ken Dunkin?

23  A.  Illinois state representative.

24  Q.  And who is he writing to?

12:28:11  25  A.  Dr. R. Gideon Gono, Governor of the Reserve Bank of

MICHAEL P. SNYDER, Official Court reporter

1    Zimbabwe.

2    Q.  And to be clear, when I say who the letter is from, do you

3    know did Ken Dunkin actually sign this?

4    A.  No, I don't.

5    Q.  What does the letter say?

6    A.  "Honorable Governor.

7         "I have met with Prince Asiel Ben Israel, and he has

8    briefed me with his meeting with the prime minister and his

9    delegation visit to Washington, D.C., and he has indicated that

10   he has been in communication with them since the visit.  The

11   prime minister and his delegation have assured Prince Asiel

12   that they are in full support of the removal of sanctions and

13   it is the number one priority.

14        "The fight for removal of sanctions began when we met

15   in your office.  You can be assured that I along with Prince

16   Asiel and his team remain committed to the continuing fight for

17   the removal of sanctions imposed upon Zimbabwe.

18        "He and I are on the way to Ghana to meet with the

19   President and staff to continue this effort.

20        "Looking forward to seeing you soon face-to-face.

21        "Sincerely.

22        "Ken Dunkin."

23   Q.  So, Agent Noldin, just going back one step to Government's

24   Exhibit GT 47, that's the email to Chris Mutsvanga dated

25   September 29th, correct?  You don't need to pull it up.  And

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    then GT 48 where he sends these letters to Chris Mutsvanga also

2    September 29th?

3    A.  Correct.

4    Q.  Did he have any more conversations with Chris Mutsvanga on

12:29:38    5    that same day?

6    A.  Yes, he did.

7    Q.  Let me show you Government's Exhibit GT 49, if we can pull

8    that up, please.

9            And just to confirm, who is this to?

12:29:48    10    A.  Chris Mutsvanga.

11    Q.  And the date?

12    A.  September 29th.

13    Q.  What does he say to Chris Mutsvanga?

14    A.  "For your file and to share with the foreign minister as

12:29:56    15    background."

16    Q.  Is there anything attached?

17    A.  Yes.

18    Q.  And same picture we saw a few moments ago that he sent to

19    someone else?

12:30:09    20    A.  Yes.

21    Q.  Is there a second picture attached?

22    A.  Yes.

23    Q.  The same picture of Ben Israel, Hillary Clinton and OJ Webb

24    and had a fourth unknown person you saw?

12:30:20    25    A.  Yes, correct.

                MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  So he sends these to Chris Mutsvanga and asked him to do

2  what with it?

3  A.  "For your file and to share with the foreign minister as

4  background."

12:30:30  5  Q.  Government Exhibit GT 50.  Does the defendant attempt to

6  engage and reach out to the foreign minister?

7  A.  Yes, he does.

8  Q.  Who is Government's Exhibit GT 50 with?

9  A.  Prince Asiel.

12:30:48  10  Q.  Is it an email chain that the defendant forwards to Ben

11  Israel?

12  A.  It is, yes.

13  Q.  Okay.  Who is the exchange with that the defendant

14  forwards?

12:30:58  15  A.  With Bennie Brown.

16  Q.  Do you know who Bennie Brown is?

17  A.  I don't.

18  Q.  Starting with the first email from the defendant to Bennie

19  Brown, what's the date of that?

12:31:08  20  A.  October 2nd, 2009.

21  Q.  What does the defendant say to Bennie Brown?

22  A.  "Ben.

23      "We need urgently the name and fax number of the

24  foreign minister ASAP.  I cannot get through.  We need to send

12:31:25  25  an email or fax today notifying them of the planning delegation

MICHAEL P. SNYDER, Official Court reporter

1    coming into Harare Thursday morning.  This is a follow-up of

2    the meetings held with the President in New York.  Call the

3    foreign ministry now and get the info, name of minister, fax

4    number" --

12:31:40   5    Q.  Let me stop you for a second so we can get the page up

6    here.  Okay.

7    A.  "Get the into, name of minister, fax number, his secretary

8    number and email address.  We will need them to set up protocol

9    for the follow-up visit of Prince Asiel, Ambassador OJ Webb and

12:32:05   10    C. Gregory Turner, Esquire.  We plan to come on Thursday

11    morning.  Have them book us at Rainbow Towers and arrange a

12    pickup.  No press.  This is a follow-up planning trip.  Please

13    act today.  Any questions, call me.  I will tell Tracey to give

14    you the car today to get it cleaned up for our arrival.

12:32:23   15         "Greg."

16    Q.  Does Bennie Brown respond?

17    A.  He does.

18    Q.  What does he say?

19    A.  "Shalom.

12:32:33   20         "Greg, the reason you could not get through, you have

21    the wrong number.  I went to his office and spoke with Maureen.

22    Here is the minister's direct phone."  He provides the number.

23    "His email is not working, so Maureen gave me hers, which is

24    maureensambasi@hotmail.com.  Fax is" -- and a number, with the

12:32:55   25    name then Honorable Simbarashe S. Mumbengegwi MP Minister of,

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

136

1    Foreign Affairs.

2    Q.  Let me stop you for a moment.  Is Mumbengegwi a specially

3    designated national?

4    A.  Yes.

5    Q.  Okay.  Keep reading, please.

6    A.  "I gave her the details about your arrival and to book all

7    three of you at the Rainbow Towers for next Thursday and no

8    press.  She also put me in touch with Ambassador Sengwe, who is

9    the division head for Europe and America.  He is the one who

10   will be taking care of the bookings.  I mentioned to him about

11   making arrangements for airport pickup also.  He said on that

12   he would get back with me.  Here is the ambassador's mobile

13   number direct number.  He also said the delegation will be

14   getting back sometime today."

15   Q.  Did the defendant respond to Bennie Brown's email?  I'm

16   sorry.  What did the defendant do with this email?

17   A.  He then forwards it on.

18   Q.  To who?

19   A.  Prince Asiel.

20   Q.  What does the defendant tell Ben Israel?

21   A.  "Okay, Miss D.  Please send the notification of our arrival

22   and purpose including meetings requested.  Thank God for

23   Bennie, I was able to get through.  Please move on this.  Send

24   me a copy of the draft before you send it to Maureen.  Book the

25   three of us on the Air Zim 8 a.m. flight please with return for

12:33:07
12:33:23
12:33:40
12:33:51
12:34:09

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

137

1    Sunday.  Please file the numbers and correspond with Maureen
2    via email.  This is a critical trip for us."
3    Q.  I believe you may have misread.  You said I think you said
4    "I was able to get through."  I think it was "I was unable to
5    get through."
6    A.  "I was unable to get through."
7    Q.  Okay.  Who is Maureen?
8    A.  She is the secretary for Mumbengegwi.
9    Q.  Are you getting that from the earlier email?
10   A.  Correct.
11   Q.  Who is Miss D?
12   A.  I believe that's Daniehlah, Prince's executive assistant.
13   Q.  As far as you know, did Daniehlah have access to Ben
14   Israel's email account?
15   A.  Yes.
16   Q.  Are there additional attempts to engage with the foreign
17   minister and this Ambassador Sengwe that Bennie Brown
18   mentioned?
19   A.  Yes.
20   Q.  Turn to Government Exhibit GT 51.
21           Who is this with?
22   A.  Maureen Sambasi again from Mumbengewi's office.
23   Q.  What is the defendant saying to her?
24   A.  "Greetings, my sister.
25           "Please pass to the Honorable Ambassador and

         MICHAEL P. SNYDER, Official Court reporter

12:34:25
12:34:38
12:34:49
12:35:00
12:35:21

Noldin - direct by Jonas

1    Ambassador Sengwe.  This is the preplanning group coming on

2    Thursday to finalize perhaps for the revision of ZDERA and the

3    sanctions.  More details will be shared.  Know that God is with

4    you and the mighty people of Zimbabwe, but we have to all be

12:35:38    5    tested.  Victory is certain.

6             "Sincerely.

7             "C. Gregory Turner, Esquire."

8    Q.  Did he attach anything?

9    A.  He did, yes.

12:35:45    10   Q.  What did he attach?

11   A.  It's a letter with a photograph on International Resorts

12   Holding letterhead.

13   Q.  Do you know what that is?

14   A.  I'm not familiar with it, no.

12:35:56    15   Q.  What's the caption?

16   A.  "Hello Zimbabwe was officially launched during the 64th

17   session of the United Nations general meeting."

18   Q.  I'm going to enlarge the picture.

19             Who is in this picture?

12:36:09    20   A.  On the left Mr. Gregory Turner, to his left Prince Asiel

21   Ben Israel, Zimbabwe President Robert Mugabe, and on the far

22   right Oscar Webb.

23   Q.  Did the defendant pass this flier, this attachment to

24   anyone else?

12:36:32    25   A.  Yes, he did.

         MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Q.  Look at Government's Exhibit GT Email 121.  I'm sorry, let

2   me just go back to the last email quick, GT 51.  The first

3   page.

4           What's the date of this email?

12:36:51    5   A.  October 4th, 2009.

6   Q.  Okay.  Did he send this attachment on the same day?

7   A.  Yes.

8   Q.  Government's Exhibit GT Email 121.

9           Who is the defendant communicating with here?

12:37:11    10  A.  SK Moyo.

11  Q.  Who is that?

12  A.  Simon Moyo.  He's Zimbabwe's ambassador to South Africa.

13  Q.  Earlier on did we see a letter to Simon Moyo?

14  A.  Yes.

12:37:23    15  Q.  Is he a specially designated national?

16  A.  Yes, he is.

17  Q.  What is the defendant saying?

18  A.  "My dear brother ambassador.

19          "I pass this on to you to let you know we plan to take

12:37:36    20  anybody on" --

21  Q.  Just one second.

22  A.  Sure.

23  Q.  Start all over again.

24  A.  "My dear brother ambassador.

12:37:42    25          I pass this on to you to let you know we plan to take

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  anybody on who attempts to destroy great Zimbabwe at any cost.

2  Our plan is to wake up and galvanize the real black people of

3  America who understand oppression and slavery.  The three of us

4  are here from Chicago, and we were there when Obama came.  He

12:38:00  5  learned the game of politics from us.  We have no intentions of

6  letting him sign the bill in 2010.  It will be our political

7  world cup (smile).  We thank you for your prayers and support.

8  We'll keep you posted.

9          "Your brother in the struggle.

12:38:14  10          "C. Gregory Turner, Esquire."

11  Q.  And what's attached?

12  A.  The same flier that we just reviewed.

13  Q.  On the same day, is he sending out other emails with

14  attachments to people?

12:38:26  15  A.  Yes, he is.

16  Q.  If you could turn to GT Email 122.

17          Who is this to?

18  A.  Tesa Chikaponya.

19  Q.  Do you know who that is?

12:38:39  20  A.  I don't.

21  Q.  What is he saying to her?

22  A.  "Just some background info on our connections on the hill.

23  With the Zim cooperation, we can make this thing happen.  Let's

24  go get our market."

12:38:54  25  Q.  What's attached?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

141

1   A.  Another photograph.  Same photograph.

2   Q.  The same one we've seen with Ben Israel and Hillary

3   Clinton?

4   A.  Yes.

12:39:05   5   Q.  Is there a second photograph attached as well that we've

6   seen before?

7   A.  Yes.

8   Q.  Same day, staying with October 4th, 2009, getting back to

9   that flier that has the picture of the defendant with Ben

12:39:16   10   Israel and Mugabe.  Does he forward that to anyone else?

11   A.  Yes, he does.

12   Q.  Turning to Government's Exhibit GT Email 52.

13        Who is he communicating with here?

14   A.  B. Turner at Trial Graphics.

12:39:30   15   Q.  Hold on one second.  Do you know who B. Turner is?

16   A.  His son Brian Turner.

17   Q.  Are you getting that from the email?

18   A.  Yes.

19   Q.  What is he saying to his son?

12:39:43   20   A.  "Greetings.

21        "Just thought you might want to share this with the

22   family.  We are still in South Africa but on my way to see the

23   President Thursday.  Hopefully we get paid and I can go home

24   and take a rest."

12:39:57   25   Q.  What president is in this picture with him?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

142

```
          1  A.  Zimbabwean President Robert Mugabe.
          2  Q.  A few emails ago there was, the defendant was talking about
          3  a trip to Zimbabwe for meetings to plan the removal of the
          4  sanctions.  Do you recall those emails?
12:40:27  5  A.  Yes.
          6  Q.  And I'm summarizing that conversation.
          7          Are there more emails along those lines about that
          8  trip?
          9  A.  Yes.
12:40:32 10  Q.  Turn to Government's Exhibit GT Email 53.
         11          Who is this to?
         12  A.  Tendai Matambo.
         13  Q.  What's the date of this email?
         14  A.  October 5th, 2009.
12:40:47 15  Q.  From this email, do you know who she is?
         16  A.  Below it states that she's Ambassador Mutsvanga's
         17  secretary.
         18  Q.  What does she say?
         19  A.  "Greetings to you.
12:41:01 20          "This is a test email from Tendai, Ambassador
         21  Mutsvanga's secretary.  Please respond."
         22  Q.  Does the defendant respond?
         23  A.  Yes.
         24  Q.  What does he say?
12:41:11 25  A.  "Thank you.
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    "We received the test email.  Did you get the

2    notification of the arrival of Ambassador Webb, Prince Asiel

3    and myself to Harare on Thursday morning Airlink, 8 a.m.

4    Please advise if protocol and meetings in New York are being

12:41:28    5    set.  We prefer Rainbow Towers if possible for the three-day

6    visit and transport via the ministry.  We believe the

7    President's office has been notified by your ambassador in New

8    York and Washington, D.C..  I can be reached by phone today in

9    SA."  He provides the number.

12:41:44    10    "Peace and blessings.

11    "C. Gregory Turner, Esquire."

12    Q.  The flier that we've seen now several times with the

13    picture of the defendant and Mugabe and Ben Israel, does he

14    send it to anyone else?

12:41:58    15    A.  Yes, he does.

16    Q.  If we can go to Government Exhibit GT Email 54.

17    Who is this email to?

18    A.  Chris Mutsvanga.

19    Q.  Is the flier attached?

12:42:07    20    A.  It is.

21    Q.  What's the date of this email?

22    A.  October 5th, 2009.

23    Q.  What's the defendant saying to Chris Mutsvanga in this

24    email?

12:42:14    25    A.  "Nothing and nobody can stop this freedom train.  It's

MICHAEL P. SNYDER, Official Court reporter

1    economic liberation or nothing.  As you can see, we have the
2    direct connection and coming in Thursday morning to finalize
3    the two delegations, A, the Black Legislators Association
4    (Senator Trotter), B, the Black Mayors Ambassador Webb.  This
12:42:37    5    is the base support to lobby and back the Congressmen in the
6    appeal to BO not to re-sign the sanctions bill and ZDERA for
7    2010.  Chris, we can't miss this time.  No shooting from the
8    hip or lip (smile).  The lobby support is critical for real.
9    Read the attachment with great pride knowing the critical role
12:42:57    10    you and Monica played in making this happen.  You know what it
11    took, so don't let the devil get in you again (smile).  Love
12    you both.
13            "The eternal warrior for Africa."
14    Q.  Does the defendant attempt to, make further attempts to
12:43:14    15    reach out to the foreign minister of Zimbabwe?
16    A.  Yes, he does.
17            THE COURT:  You know, we do have to at some point take
18    a little lunch.
19            MR. JONAS:  You tell me, Judge, when you're ready.
12:43:25    20    This is fine right now.
21            THE COURT:  Okay.  Let's do that.  Let's come back at
22    1:30, please.
23        (Recess from 12:40 p.m. to 1:30 p.m.)
24            IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
25              EASTERN DIVISION


        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

145

```
 1   UNITED STATES OF AMERICA,          )    No. 2013 CR 572
                          Plaintiff,    )    September 30, 2014
 2            v.                        )    1:30 p.m.
     C. GREGORY TURNER,                 )
 3                        Defendant.    )

 4                 TRANSCRIPT OF PROCEEDINGS - TRIAL
                 BEFORE THE HON. ELAINE E. BUCKLO
 5                            VOLUME II
     APPEARANCES:
 6
 7   On behalf of Plaintiff:  MR. BARRY JONAS
                              MS. GEORGIA N. ALEXAKIS
                              ASSISTANT UNITED STATES ATTORNEY
 8                            219 South Dearborn Street, 5th floor
                              Chicago, Illinois 60604
 9                            (312) 353-5300

10                            MR. DAVID RECKER
                              US DEPARTMENT OF JUSTICE
11                            COUNTERESPIONAGE SECTION
                              600 E Street N.W., 10th floor
12                            Washington, D.C. 20004
                              (202) 233-2261
13
     On behalf of Defendant:  MR. JAMES D. TUNICK
14                            LAW OFFICES OF JAMES D. TUNICK
                              30 North LaSalle Street, Suite 2140
15                            Chicago, Illinois 60602
                              (312) 580-1839
16
                              MR. MICHAEL I. LEONARD
17                            LEONARD LAW OFFICES, INC.
                              230 North LaSalle Street, suite 1620
18                            Chicago, Illinois 60601
                              (312) 380-6559
19

20

21                   MICHAEL P. SNYDER, FCRR
                       Official Court Reporter
22                   United States District Court
             219 South Dearborn Street, Room 2244A
23                   Chicago, Illinois 60604
                        (312) 435-5563
24   (Proceedings in open court.  Jury out.)

25        THE COURT:  Okay.
```

01:39:55

MICHAEL P. SNYDER, Official Court reporter

1      MR. TUNICK:  Your Honor, I need to address something

2  real quick.

3      So during lunch I'm eating a sandwich, and my front

4  tooth comes out.  I have to make an emergency appointment with

01:40:06  5  my dentist to fix it.  I'm trying to call the dentist, I'm not

6  thinking where I am.  I took the south bank of elevators.  One

7  of the jurors -- I was with Mr. Turner.  One of the jurors came

8  on and said, "Oh, can I take this elevator?"  And I was trying

9  to call the emergency dentist, I said --

01:40:22  10      THE COURT:  Stop.

11      MR. TUNICK:  I said "We are on the wrong bank," and we

12  just left.  I just wanted to tell you.

13      THE COURT:  Oh, that's all right.

14      MR. JONAS:  Your Honor, before I start up again, I

01:40:58  15  just need to move the TV over.

16      THE COURT:  Yes.  I'm not sure that's going to be

17  better.

18      MR. JONAS:  I hope so.

19    (Jury in.)

01:42:43  20      THE COURT:  Please be seated.  Good afternoon.

21      MR. JONAS:  May I move the screen?

22      THE COURT:  Yes.  Just be careful.  I think there's

23  something there.

24    STEVEN NOLDIN, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

01:44:18  25          DIRECT EXAMINATION (resumed)


MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

BY MR. JONAS:

Q.  Agent Noldin, I think we were talking about the defendant's attempts to contact the foreign minister of Zimbabwe?

A.  Yes.

Q.  And we finished with 54.  We are up to Government's Exhibit GT Email 55.

What's the date of this email?

A.  October 5th, 2009.

Q.  And who is it to?

A.  Bbjrsolar@yahoo.com.

Q.  What is the subject line of this email?

A.  "Forward:  Letter to foreign minister."

Q.  Do you know who bbjrsolar is?

A.  It's Bennie Brown.

Q.  Is that the Bennie we saw in other emails?

A.  Yes.

Q.  If we can go to, is he forwarding something to Bennie Brown?

A.  Yes, he is.

Q.  If you can go to the bottom part of this document.  Who is this from?

A.  The account of princeasiel@aol.com.

Q.  And based upon the content of this email, does it look like the email is being sent from Ben Israel?

A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Q.  Or someone on his behalf?

2   A.  That's correct, yes, on his behalf.

3   Q.  And why do you say that?

4   A.  It's signed with the letter D.

01:45:57   5   Q.  Who could that be?

6   A.  Daniehlah, his executive assistant.

7   Q.  And what is Daniehlah saying to the defendant?

8   A.  "FYI, good gentleman.

9       "Attached is the letter to the foreign minister of the

01:46:11   10   Z.  The letter has been emailed to his assistant Maureen."

11   Q.  What does the defendant do with this email?

12   A.  He then forwards it on to Bennie Brown.

13   Q.  Can we go to the top part.  What does the defendant say to

14   Bennie Brown?

01:46:25   15   A.  "Call and see if Maureen or Tendia received this

16   correspondence."

17   Q.  Have we seen the name Maureen before?

18   A.  Yes.

19   Q.  Who is that?

01:46:33   20   A.  The assistant or secretary to the foreign minister

21   Mumbengegwi.

22   Q.  That's in prior email?

23   A.  Yes.

24   Q.  And we have seen the name Tendia before?

01:46:41   25   A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

149

| | | |
|---|---|---|
| | 1 | Q. Who is that? |
| | 2 | A. The assistant or secretary to Chris Mutsvanga. |
| | 3 | Q. Please keep reading. |
| | 4 | A. "Also did you get the message to Denise?" |
| 01:46:48 | 5 | Q. Let me stop you now. |
| | 6 | Have we seen her name before? |
| | 7 | A. Yes. |
| | 8 | Q. Who is that? |
| | 9 | A. She's with the Reserve Bank of Zimbabwe. |
| 01:46:55 | 10 | Q. Keep reading, please. |
| | 11 | A. "It's important to our program that we meet everyone on |
| | 12 | time. Keep this letter confidential unless I instruct you |
| | 13 | otherwise. Don't forget the SIM card. The foreign ministry |
| | 14 | should pick us up, but you be there at 8 a.m. as a backup, |
| 01:47:11 | 15 | please." |
| | 16 | Q. Is there anything attached to this document, this email? |
| | 17 | A. Yes, there is. |
| | 18 | Q. Go to the second page. What's attached? |
| | 19 | A. A letter on A Better World letterhead. |
| 01:47:20 | 20 | Q. Who is it addressed to? |
| | 21 | A. Honorable Simbarashi S. Mumbengegwi. |
| | 22 | Q. What's the title? |
| | 23 | A. Minister of Foreign Affairs, Republic of Zimbabwe. |
| | 24 | Q. And is Mumbengegwi a specially designated national? |
| 01:47:32 | 25 | A. Yes. |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

150

1   Q.  What's the date of the letter?

2   A.  October 4th, 2009.

3   Q.  Can you read the letter, please.

4   A.  "Honorable Simbarashe S. Mumbengegwi.

01:47:47   5           "I would like to extend on behalf of Congressman Danny

6   K. Davis, Congressman Meeks, Ambassador OJ Webb, Mr. Gregory

7   Turner and myself many thanks to you and HE President Mugabe

8   for a most productive meeting in New York.

9           "Since our meeting I have held follow-up meetings with

01:48:05  10  both congressmen.  I have also met with Congressman Payne who

11  currently serves as chairman of the Congressional Subcommittee

12  on Africa and Global Health and is a member of the Foreign

13  Affairs Committee and the Subcommittee on International

14  Organizations, Human Rights and Oversight.  Congressman Payne

01:48:21  15  has shared with me his sincere desire to be part of the team to

16  work towards the lifting the sanctions imposed upon Zimbabwe.

17  I will update you further when I arrive.

18          "As we exercise proper follow-up from the meetings in

19  New York and make firm the details for the congressional, state

01:48:43  20  and mayoral delegations' travel to Zimbabwe, I along with Mr.

21  Gregory Turner and Ambassador OJ Webb will travel to Harare

22  Thursday, October 8, 2009.  We would like to request meetings

23  with you, Prime Minister Morgan Tsvangirai and Deputy Prime

24  Minister Arthur Mutambara on Thursday evening or Friday morning

01:49:04  25  and a closing meeting with HE President Mugabe on Friday before

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   our departure.

2          "Lastly, I would also like to request that protocol,

3   airport pickup and hotel accommodations be arranged.  We will

4   arrive Thursday, October 8th, 2009 on South African Airlines

01:49:22   5   Flight 8100 which arrives at Harare at 8:21 a.m..

6          I am looking forward to meeting with you again as we

7   continue working towards returning Zimbabwe to its rightful

8   place as the breadbasket of our beloved continent.

9          "Sincerely.

01:49:38   10          "Prince Asiel Ben Israel."

11  Q.  Will you turn to Government's Exhibit GT 66.  We have seen

12  several emails where the defendant talked about money?

13  A.  Yes.

14  Q.  Is GT Email 66 another one?  I'm sorry, I jumped 10.  56.

01:50:19   15  A.  56, yes.

16  Q.  I apologize.

17          Who is this email to?

18  A.  Julia Dairway.

19  Q.  What's the date of the email?

01:50:27   20  A.  October 6, 2009.

21  Q.  Do you know who Julia Dairway is?

22  A.  No, I don't.

23  Q.  What's the defendant saying to Julia Dairway?  You don't

24  have to read the first line, sentence.

01:50:48   25  A.  The one beginning with "Baby God"?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  Yes.

2    A.  "Baby God is great.  I return to Zimbabwe for the most

3    important trip of the year.  The payday.  So please bring the

4    family together and pray for me and Prince Asiel."

01:51:01    5    Q.  I want to turn your attention back to Government's Exhibit

6    55.  There's a letter that Ben Israel wrote to Mumbengegwi that

7    you just read.  Does that reference the defendant and Ben

8    Israel going to Zimbabwe on a Thursday?

9    A.  Yes.

01:51:20    10    Q.  What Thursday would that be?

11    A.  October 8th, 2009.

12    Q.  And what's the date of the email to Julie Dairway where he

13    says he's going to Zimbabwe on Thursday for the most important

14    trip of the year, the payday?

01:51:33    15    A.  Tuesday, October 6th.

16    Q.  So that would be two days before the date of the meeting

17    referenced in Ben Israel's letter?

18    A.  Correct.

19    Q.  Staying with his, the defendant's attempt to engage with

01:51:53    20    the Foreign Minister Mumbengegwi, turn to Government's Exhibit

21    GT Email 57.

22            Is this an email chain?

23    A.  Yes, it is.

24    Q.  Who is this with?

01:52:04    25    A.  Bennie Brown.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  If we can go to the beginning of the email chain.  It
2    should be on the second page.
3            What's the date of that email in the beginning of this
4    chain?
01:52:29  5    A.  October 11th, 2009.
6    Q.  And what's the defendant saying to Bennie Brown?
7    A.  "Ben, please read the following instructions.
8            "Number one.  Advise the foreign ministry we will
9    return on Wednesday and request follow-up meetings as
01:52:43  10   requested.
11           "Two.  See if we get any protocol, i.e., transport
12   accommodations at the Rainbow Towers.
13           "Three.  Let Chen also know we are coming because he
14   has set up a meeting for us at 3 p.m."
01:52:57  15   Q.  Let me stop you.  Do you know who Chen is?
16   A.  I don't.
17   Q.  Go ahead.
18   A.  "Four.  Advise the Gov's office through Denice the same.
19           "Five.  Will forward arrival time.
01:53:06  20           "Stay in touch via email two times per day."
21   Q.  In the context of the email, who would be the Gov, the
22   Gov's office?
23   A.  Governor Gideon Gono.
24   Q.  Does Bennie Brown respond?
01:53:20  25   A.  Yes.

                MICHAEL P. SNYDER, Official Court reporter

1    Q.  We can fast forward an email chain to the first page of

2    this document where there's an email from the defendant to

3    Bennie Brown on October 12th, which would be the next day from

4    the one you just read.  This is from Bennie Brown.  The bottom

01:53:55  5    half is actually from Bennie Brown to Greg Turner, the

6    defendant?

7    A.  Yes.

8    Q.  Okay.  Can you read Bennie Brown's email to the defendant.

9    A.  "Greg.

01:54:13  10          "Got a call from the foreign affairs from Mr. Mwayera,

11   who is the head of the American department in the FA office.

12   He said you need to write a letter to Ambassador Sengwe,

13   division head for Europe and America, requesting the protocol.

14   I called the minister of foreign affair's office first then

01:54:35  15   this morning to arrange the hotel and car pickup and spoke to

16   his secretary.  Then I received a call from Mwayera telling me

17   I would have to write a letter.  I told him that this was in

18   reference to a follow-up meeting.  What shall I do next?

19   Should I go there first thing in the morning with that press

01:54:51  20   release and show him that?  Ambassador Sengwe's cell is" -- he

21   provides the number.  "His direct number is" -- another number.

22   "Who there knows about this follow-up meeting?  Who shall I

23   speak to?  Shall I speak with the secretary again?"

24   Q.  I'm sorry.  That continues.

01:55:17  25   A.  "Went you say advise RB Governor the same through Denice.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Do you mean accommodation at the Rainbow/Transport?  I have

2    called Chen concerning your arrival and the 3 p.m. meeting."

3    Q.  Does he respond?

4    A.  Yes.

01:55:33    5    Q.  What does he say?

6    A.  "Please don't go back.  We will send the same letter to the

7    ambassador tomorrow.  Send his email address ASAP.  All you do

8    is have Denise notify the Governor we are back, nothing else.

9    We have booked ourselves at Towers.  All we need is to see the

01:55:57    10    foreign minister as a follow-up to New York meeting with Con.

11    Meeks and Cong. Danny Davis.  Call Sango and have him advise

12    the ambassador.  Please don't get involved.  Give Sango the

13    info.  He will notify the Ambassador as to the purpose of our

14    visit."

01:56:15    15    Q.  Does Bennie Brown respond?

16    A.  Yes, he does.

17    Q.  What does he say?

18    A.  "Here is the ambassador email nyati5@hotmail.com."

19    Q.  Does defendant respond?

01:56:28    20    A.  Yes.

21    Q.  What does he say?

22    A.  "Please ask Gen. Sango to notify the ambassador about the

23    request to brief the minister as a follow-up to the New York

24    congressional meeting.  He can also check with the US

01:56:44    25    ambassadors, but for security reasons we want to minimize

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

156

1   paperwork falling into the wrong hands."

2   Q.  Did he say "You can also check with US ambassadors"?

3   A.  Yes.

4   Q.  Or was it with his US ambassadors?

5   A.  "Check with his US ambassadors."

6   Q.  Please keep reading.

7   A.  "Go slow.  Don't mess up with your mouth, please.  Call

8   Sango early.  Have him drop by to get the message.  Talk little

9   over his phone, please, please.  Did you get the sticker and

10  the insurance?  How is Tracey?"

11  Q.  Does the defendant email the email address for the

12  ambassador that was given to him by Bennie Brown?

13  A.  Yes.

14  Q.  Turn to Government's Exhibit GT 58.

15          Who is this to?

16  A.  Nyati5@hotmail.

17  Q.  Is that the email address that Bennie Brown gave him for

18  the Zimbabwean ambassador?

19  A.  Yes.

20  Q.  What is he saying?

21  A.  "Greetings, Ambassador."

22  Q.  I'm sorry, hold on one second.  Okay.

23  A.  "Greetings ambassador.

24          "Please be advised that Prince Asiel and myself will

25  return to follow up and will return to Harare tomorrow,

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   Wednesday, to meet with the foreign ministers in reference to

2   the New York UN meeting with Congressman Meeks, Davis and

3   others.  We have asked Brig. Mike Sango to brief you if

4   necessary.  Look forward to meeting you.

01:58:05   5       "CGT."

6   Q.  What's the date of that email?

7   A.  October 12th, 2009.

8   Q.  Does the defendant reach out to Chris Mutsvanga after that?

9   A.  Yes, he does.

01:58:15   10   Q.  Go to Government's Exhibit GT Email 59.

11       Who is this email to?

12   A.  Chris Mutsvanga.

13   Q.  What's the date of the email?

14   A.  October 17, 2009.

01:58:36   15   Q.  What's the subject line?

16   A.  "Davis letter."

17   Q.  Does the defendant say anything to Chris Mutsvanga in this

18   email?

19   A.  No, he does not.

01:58:44   20   Q.  Is there an email he's forwarding?

21   A.  Yes.

22   Q.  Is there an attachment?

23   A.  Yes.

24   Q.  Go to the second page.  What is this?

01:58:56   25   A.  This is a letter on letterhead of Congressman Danny Davis.

MICHAEL P. SNYDER, Official Court reporter

1    Q.  Who is this letter addressed to?

2    A.  His Excellency Robert Mugabe, President of the Republic of

3    Zimbabwe.

4    Q.  What's the date of the letter?

01:59:10    5    A.  October 14, 2009.

6    Q.  Please read this letter.

7    A.  "Dear Mr. President.

8            "Please allow me to thank you once again for the most

9    positive and productive meeting in New York.

01:59:28    10            "I was pleasantly informed about your speech to

11   Parliament wherein you reminded the people of Zimbabwe to heed

12   the call for unity, forgiveness, trust and togetherness as it

13   would be critical to the country moving forward.

14           "As I prepare to visit Zimbabwe in December 2009 to

01:59:44    15   follow up from our meeting, I would like to make firm my travel

16   arrangements.  I am available December 6, 2009 through December

17   10, 2009.  If these dates are amenable to you and your

18   schedule, please send to me via email an official invitation.

19   You can send the email to gwen.caul@mail.gov and

02:00:06    20   princeasiel@aol.com."

21   Q.  Do you know whose email address is gwen.caul?

22   A.  No, I don't.

23   Q.  And do you know whose email address is princeasiel?

24   A.  It's utilized by Prince Asiel and Daniehlah.

02:00:19    25   Q.  Keep going.

             MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

159

1    A.  "Know that I am fully committed to working toward the

2    removal of the sanctions placed upon Zimbabwe, and I am looking

3    forward to meeting with you as we work together to bring the

4    paradigm shift necessary for the growth and development of

02:00:32    5    Zimbabwe and our beloved continent.

6           "Sincerely.

7           "Danny K. Davis."

8    Q.  There was email exchanges that you've testified earlier

9    about with Alice Holmes McCoy.  Does the defendant continue to

02:00:47   10    talk to her?

11    A.  Yes.

12    Q.  Government's Exhibit GT Email 60.

13           Is this an email chain with Alice Holmes McCoy?

14    A.  Yes, it is.

02:01:02   15    Q.  I just want you to read the last email in the chain.

16           Who was that?  Is that from the defendant?

17    A.  Yes.

18           "Dear Alice.

19           "The photos were presented and received with great

02:01:15   20    surprise and joy.  We are now dealing with revitalizing the

21    lobby agreement which we will not forget our soldier sister.

22    Things should be completed this week.  We are working on

23    getting Danny and Donald over soon.  Wish Diane could join

24    them."

02:01:36   25    Q.  We have talked several times about emails where the

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

160

1    defendant discussed payment.  Are there more?

2    A.  Yes.

3    Q.  Let's go to Government's Exhibit GT Email 61.

4         Who is this email to?

02:01:51    5    A.  Don Dewar.

6    Q.  Do you know who that is?

7    A.  Only from the email below.

8    Q.  What does it say?

9    A.  Mercury Inter-Trade Limited.

02:02:01    10   Q.  Do you know what that is?

11   A.  I don't.

12   Q.  What's the date of this email?

13   A.  November 4th, 2009.

14   Q.  Going to the first email in this chain, is it just one back

02:02:11    15   and forth?

16   A.  Yes.

17   Q.  What does Don Dewar say to the defendant?

18   A.  "Hi, Greg.

19        "We have not heard from you for a few weeks.  Presume

02:02:21    20   you are in Israel with family.  Enjoy.

21        "I presume nothing happening regarding HSBC Bank

22   account.  Therefore, unless I hear from you by early next week,

23   I will use this account for another purpose.

24        "Kind regards."

02:02:33    25   Q.  What does the defendant say in response?  I just need you

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   to read the first paragraph.

2   A.  Sure.

3           "Dear Don.

4           "Arrived last night from Israel and naturally under

02:02:43   5   pressure.  The funds to pay for the lobby was tied into the

6   World Bank payment which is there, but the Ministry of Finance

7   and the RZB is fighting for control."

8   Q.  Is the RZB?

9   A.  Reserve Bank of Zimbabwe.

02:02:57  10   Q.  Who heads that up?

11   A.  Gideon Gono.

12   Q.  Go on.

13   A.  "Ours is with the government.  This issue is literally

14   killing me in more ways than one.  I'm going back over to fight

02:03:08  15   one more time this morning and see if the governor won't

16   personally do something as promised."

17   Q.  Agent Noldin, there was an email we saw, and I can't

18   remember the exact number, that was probably a few months prior

19   to this November email where there was a letter purportedly

02:03:29  20   written by State Senator Donne Trotter regarding him leading a

21   delegation over to Zimbabwe.  Do you recall that?

22   A.  Yes, I do.

23   Q.  Did there come a point where the defendant was making

24   efforts to arrange for delegations to go to Zimbabwe to meet

02:03:43  25   with Zimbabwean officials?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   A.  Yes.

2   Q.  Turn to Government's Exhibit GT Email 62, please.

3       What's the date of this email?

4   A.  November 8th, 2009.

02:03:55   5   Q.  And who is he sending this to?

6   A.  Daniehlah.

7   Q.  That would be Prince Ben Israel Israel's --

8   A.  Executive assistant.

9   Q.  What's defendant say?

02:04:10   10  A.  "I know it's taxing now with the cash crunch, but Prince

11  needs you more than ever, and so do I.  He should arrive

12  tonight, but on rollerskates.  I am due to deliver an important

13  letter regarding the Trotter delegation coming from Florida.  I

14  need the names, tentative dates and bios bad.  Also flight

02:04:29   15  schedules which include a day in Johannesburg for a business

16  dinner.  Second, the Zim ambassador is supposed to also join

17  them in Florida.  Is that confirmed?  Prince is supposed to get

18  a letter from him sent to President ASAP concerning the role of

19  the delegation to support the dropping of the sanctions."

02:04:47   20  Q.  Okay.  Were there more emails regarding this delegation.

21  A.  Yes, there were.

22  Q.  Turn to Government's Exhibit GT Email 63.

23      What's this email?

24  A.  It's an email to the account of Prince Asiel.

02:05:11   25  Q.  What's the date?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  A.  November 14th, 2009.

2  Q.  And the subject line?

3  A.  "Trotter delegation."

4  Q.  Can you read that email, please.  We'll enlarge the top

02:05:25  5  half.

6  A.  "Shalom, Prince.

7        "Congrats.

8        "Now for the work.

9        "One.  Need the exact date of departure.

02:05:33  10        "Two.  Need the names of the six to eight people.

11        "Three.  Need the bios.

12        "Four.  Bios on the states they represent."

13  Q.  If you would read the bottom half now.

14  A.  "Please send Dr. MJM Sibanda a reply or acknowledgement of

02:05:51  15  receipt ASAP.  I met with ambassador Moyo Monday on travel

16  arrangements and program in Harare."

17  Q.  Do you know who Dr. MJM Sibanda is?

18  A.  He's the chief secretary to the President of Zimbabwe.

19  Q.  Is that referenced in this letter?

02:06:06  20  A.  Yes.

21  Q.  I'm sorry.  Referenced in this email later on?

22  A.  Yes.

23  Q.  Can you say again who he is?

24  A.  The chief secretary of the President for Zimbabwe.

02:06:13  25  Q.  That's Mugabe?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

                1  A.  Correct.

                2  Q.  Is that Ambassador Moyo?

                3  A.  Yes.

                4  Q.  Who is that?

02:06:19        5  A.  The Zimbabwean ambassador to South Africa.

                6  Q.  Simon Moyo?

                7  A.  Yes.

                8  Q.  Specially designated national?

                9  A.  Yes.

02:06:28       10  Q.  Continue reading, please.

               11  A.  "Please remove travel from the budget.  Please have the

               12  visa letter today if possible.  I might go to Cape Town

               13  tomorrow to meet with Moxon and Jane for briefing.

               14          "Let's do it.

02:06:38       15          "Ahke."

               16  Q.  Is there an attachment?

               17  A.  Yes.

               18  Q.  If you can turn to the next page.

               19          Who is this letter from?

02:06:51       20  A.  Dr. MJM Sibanda, Chief Secretary of the President and

               21  Cabinet for Zimbabwe.

               22  Q.  What's the letterhead on top?

               23  A.  It's on Zimbabwe Office of the Chief Secretary to the

               24  President and Cabinet.

02:07:04       25  Q.  What's the date of the letter?


                   MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    A.  13 November 2009.

2    Q.  Who is it addressed to?

3    A.  Prince Asiel Ben Israel.

4    Q.  It says "Business Systems Integrated International" under

02:07:14    5    his name?  Do you know what that is?

6    A.  I don't, no.

7    Q.  And there's a regarding for the letter.  What's it

8    regarding?

9    A.  "Visit of the State Senator Donne Trotter and US delegation

02:07:26    10    to the Republic of Zimbabwe 6 December 2009."

11    Q.  If you can read the body of the letter.

12    A.  "Your letter of 10 November on the above matter refers.

13        "Please be advised that the date proposed for the

14    above visit on 6 to 10 December was accepted by His Excellency

02:07:47    15    President RJ Mugabe.  The President highly appreciates that you

16    and your colleagues are working tirelessly at both federal and

17    state levels in the United States of America in support of the

18    inclusive government and the removal of illegal sanctions

19    imposed to Zimbabwe by the United States and its allies.  The

02:08:05    20    President looks forward for the visit and hopes the exchange of

21    views will contribute to the early removal of US imposed

22    sanctions."

23    Q.  Will you please scroll down, please.

24        Is there a stamp on that?

02:08:16    25    A.  Yes, there is.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

166

1    Q.  What's that stamp?

2    A.  Chief Secretary to the President and Cabinet dated 13

3    November 2009.

4    Q.  And there's a signature line?

02:08:27    5    A.  It appears to be an address P.Bag 7700 Causeway, Zimbabwe.

6    Q.  Does that address match up with the address at the top of

7    the letterhead?

8    A.  Yes, it does.

9    Q.  If you recall, there was -- well, withdrawn.

02:08:56    10        I want to turn your attention to Government's Exhibit

11   64, GT Email 64.

12        What's the date of this email?

13   A.  November 15, 2009.

14   Q.  Who is it to?

02:09:09    15   A.  Bennie Brown.

16   Q.  What's the defendant saying to Bennie Brown in this email?

17   A.  "Print and pass on to Gono for me, please.  Did you deliver

18   the book?  We are going to keep him in the loop no matter how

19   much pressure.  We remain his external team.  Just print and

02:09:32    20   drop it off.

21        "Yah is with us."

22   Q.  Is there an attachment?

23   A.  Yes.

24   Q.  If you can go to the next page.  What is this?

02:09:39    25   A.  It's a pamphlet or a set of pages labeled "State of

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Illinois welcomes Zimbabwe."  It's regarding the visit of

2    Zimbabwe's deputy prime minister Thokozani Khupe to Illinois.

3    Q.  Do you know if this deputy prime minister is a specially

4    designated national?

02:10:02    5    A.  She's not.

6    Q.  There are pictures in here.  Who are in the pictures on the

7    first page?

8    A.  On the left, on the top picture Prince Asiel Ben Israel,

9    and on the far right Oscar Webb, and on the second picture on

02:10:22    10    the left it's Governor Pat Quinn, and on the right Prince Asiel

11    Ben Israel.

12    Q.  Go to the second page, the next page.

13    A.  Top picture on the left is Prince Asiel Ben Israel, and on

14    the right Congressman Danny Davis, and on the bottom picture in

02:10:45    15    the center Congressman Danny Davis, and on the right Oscar

16    Webb.

17    Q.  Are there more pictures with similar Illinois state

18    politicians attached to this?

19    A.  Yes.

02:10:54    20    Q.  Turn your attention to Government's Exhibit 65.

21            Government's Exhibit 64 was sent on November 15th,

22    correct?

23    A.  Yes.

24    Q.  So on the same day the defendant sent the same flier,

02:11:13    25    pamphlet, whatever you call it, to somebody else?

        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   A.  Yes, he did.

2   Q.  Government's Exhibit GT Email 65.

3       Who is this to?

4   A.  Mothi@ztazim.co.zw.

02:11:24   5   Q.  Do you know who that is?

6   A.  It's the email address for Walter Mzembi, Zimbabwe's

7   minister of tourism.

8   Q.  How do you know that?

9   A.  Through the emails.

02:11:34   10  Q.  What is the defendant saying to the minister of tourism for

11  Zimbabwe?

12  A.  "Dear minister.

13      "As you can see, the Prince is on the case.  We are

14  now planning a serious trip for you and your team in 2010.

02:11:48   15  Please share this report with His Excellency.  We are compiling

16  a database of organizations for your company as we speak.  I

17  will precede the delegation to Zim so we can plan a few

18  meetings.

19      "Greg Turner."

02:12:03   20  Q.  Have we seen the term "Excellency" used in conjunction with

21  a particular individual in other emails?

22  A.  Yes.

23  Q.  Who is that?

24  A.  Robert Mugabe of Zimbabwe.

02:12:12   25  Q.  Does the defendant send the same flier to someone else?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    A.  Yes, he does.

2    Q.  On the same day?

3    A.  Yes.

4    Q.  Turn to Government's Exhibit GT Email 102.

02:12:26    5         What's the date of this email?

6    A.  November 15, 2009.

7    Q.  Who is he sending it to?

8    A.  Chiefsec@gta.gov.zw.

9    Q.  Who is that?

02:12:36    10   A.  Dr. Sibanda, the chief secretary for the President of

11   Zimbabwe and the cabinet.

12   Q.  Is the defendant sending that same flier to the chief

13   secretary?

14   A.  Yes.

02:12:46    15   Q.  What does he say to him?

16   A.  "Greetings, my brother.

17        "Sorry for the delay in expressing my sincere

18   appreciation to you for facilitating our efforts to serve you

19   and the President.  As promised, nothing will take place over

02:13:03    20   here with our knowledge and inclusion.  We are planning a

21   follow-up trip for Minister Mzembi very soon which will have

22   financial assistance and gain support for the lifting of

23   sanctions including ZDERA.  Keep the faith.

24        "Second, I will contact Ambassador Moyo and brief him

02:13:19    25   today.  We had no luck with Dr. Gono due to his busy schedule

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

|   |   |
|---|---|
| 1 | and still need logistical assistance with the delegation.  Need |
| 2 | your assistance.  Details on the delegation will be forwarded |
| 3 | shortly, including background of the legislators coming.  We |
| 4 | have invited your ambassador from Washington to join us. |
| 02:13:36    5 | "In the meantime, we work and pray for you, the |
| 6 | President and the great people of Zimbabwe. |
| 7 | "Sincerely. |
| 8 | "Your brother and servant. |
| 9 | "C. Gregory, Esquire." |
| 02:13:50   10 | Q.  Same day, same pamphlet.  Does he send it to somebody else? |
| 11 | A.  Yes, he does. |
| 12 | Q.  Government's Exhibit GT Email 66. |
| 13 | Who is this one going to? |
| 14 | A.  Info@zimbabwe-embassy.us. |
| 02:14:07   15 | Q.  So were you able to determine if that is a particular |
| 16 | individual that this would have been directed to? |
| 17 | A.  It appears to be the US embassy for Zimbabwe -- or the |
| 18 | Zimbabwe embassy for the US. |
| 19 | Q.  What's it say? |
| 02:14:30   20 | A.  "Greetings, Ambassador. |
| 21 | "As you can see, your team is on the case.  Hope to |
| 22 | see you in Florida." |
| 23 | Q.  What is it signed? |
| 24 | A.  "CGT." |
| 02:14:42   25 | Q.  Did the defendant continue trying to make arrangements for |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  a delegation to go to Zimbabwe as he discussed in this last

2  email?

3  A.  Yes.

4  Q.  Turn to Government's Exhibit GT Email 103.

02:15:01
5      Who is this email to?

6  A.  Dr. Sibanda again, chief secretary for the President and

7  cabinet, Zimbabwe.

8  Q.  What did the defendant say to the chief secretary of

9  Mugabe?

02:15:16
10  A.  "Greetings, Dr. Sibanda.

11      "We pray God is continuing to strengthen and protect

12  you, most of all for the nation to pass this crisis.  As per

13  your direction, we have advised Ambassador Moyo of the upcoming

14  support group coming to visit and confer with H.E. President

02:15:35
15  RGM.  As explained at your office, these legislators are chosen

16  by Senator Trotter and briefed on the real issues concerning

17  the challenges Zimbabwe faces versus the newspaper accounts.

18  Most have been to the continent and understand the dominating

19  mentality the European and western nations have concerning

02:15:52
20  Zimbabwe.  It is our fervent prayer that we host them in high

21  and holy fashion.  Most of all encourage them to push for the

22  removal of the Bush sanctions."

23      "As you know, your honorable Ambassador Maparanga will

24  be joining them in Florida at their black legislator summit

02:16:17
25  prior to the departure for Harare on the 5th of December.  We

MICHAEL P. SNYDER, Official Court reporter

1    look to your office for final details and meetings with

2    counterparts and ministries within the inclusive government.

3    The group is due to arrive on the 6th and depart on the 10th of

4    December.  Some may be desirous of a weekend trip to Victoria

02:16:33    5    Falls or one of our tourist sites.  Again, Senator Trotter who

6    will led the delegation has convinced these key lawmakers to

7    support our epic struggle to maintain independence and most of

8    all control of our land.  As you can see, the son of the late

9    Adam Powell II will be with us again and will be key to our

02:16:54    10   East Coast support group.  Prince Asiel will be meeting with

11   Ambassador Maparanga in D.C. today on budgets required and

12   final program.  I am leaving for the US tomorrow to meet with

13   the other support groups.  Again, we received no response from

14   Governor Gono who was designated by His Excellency to

02:17:13    15   coordinate the support groups.  Please advise the way forward.

16            "Your brother and servant."

17   Q.  What's attached to this email?

18   A.  It's a listing of the legislators that plan to be taking

19   this trip, appear to be planning to take this trip.

02:17:29    20   Q.  And their bios as well?

21   A.  Correct.

22   Q.  Are there more emails from the defendant to others in the

23   Zimbabwe government regarding this trip?

24   A.  Yes.

02:17:39    25   Q.  Can you turn to Government's Exhibit GT 67, please.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1       What's the date of this email?

2   A.  November 16, 2009.

3   Q.  Is this the same date as the prior email to the secretary?

4   A.  Yes.

02:17:58    5   Q.  Who is this email to?

6   A.  To the foreign minister Mumbengegwi.

7   Q.  He's a specially designated national?

8   A.  Yes, he is.

9   Q.  What's the subject line?

02:18:07    10  A.  "Visiting legislative support group."

11  Q.  What does the defendant say to the foreign minister?

12  A.  "Honorable Minister.

13          "Please be advised that the senator delegation have

14  agreed to journey to Zimbabwe on the 5th of December for

02:18:23    15  discussions and gain understanding on the issues surrounding

16  the inclusive government.  As you are aware, Senator Trotter is

17  in strong support of removal of the sanctions and expressed it

18  to the Obama administration as well as recently to your deputy

19  prime minister in Chicago.  The black legislators will depart

02:18:42    20  from their annual summit in Florida directly to Harare on the

21  5th of December arriving in Harare on the evening of the 6th.

22  We plan to overnight in Johannesburg for dinner and briefing

23  with Ambassador Moyo.  Please advise on a four-day meeting

24  schedule for this most important group of African-American

02:19:01    25  lawmakers.  We must not lose our battle to the newspapers.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

174

1        "God bless Zimbabwe and protect our President.

2        "Sincerely."

3        "C. Gregory Turner, Esquire."

4    Q.  What's attached?

02:19:10    5    A.  The same list of legislators and their bios.

6    Q.  Turn your attention to Government's Exhibit GT 68.

7        What's the date of this email?

8    A.  November 17th.

9    Q.  This is the next day from your prior two emails?

02:19:27    10   A.  Yes.

11   Q.  Who is he emailing in this one?

12   A.  Chris Mutsvanga.

13   Q.  Is this a string email, a chain email?

14   A.  Yes, it is.

02:19:35    15   Q.  Go to the bottom, the first email from the defendant.

16   What's the defendant say?

17   A.  "Please pass on to Monica for review and prepare to host.

18   I need your assistance badly.  Our man has fell off the radar

19   screen.  This is the Trotter support group coming to look into

02:20:05    20   things and confer with the President and Prime Minister.  We

21   want you to give them a welcome briefing and Monica to organize

22   some lawmakers to meet with them.

23       "Your external warrior."

24   Q.  Who is Monica?

02:20:17    25   A.  Monica Mutsvanga, the wife of Chris Mutsvanga.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  And government official for Zimbabwe?

2  A.  That's correct.

3  Q.  Does Chris Mutsvanga respond?

4  A.  Yes, he does.

02:20:28  5  Q.  What does he say?

6  A.  "Hi, Greg.

7         "Obviously there are financial implications to this

8  event which are beyond our means, Greg.  So on the face of it,

9  it may be beyond our means even as we may have interest from a

02:20:46  10  national perspective.  This initiative needs institutional

11  backing.  Monica works under parliament, so the speaker and

12  clerk of parliament have to be part of it.  Also it needs

13  political patronage from both parties.  Monica is in Vic Falls

14  on SADC parliament forum work now."

02:21:04  15  Q.  Does the defendant respond to Chris Mutsvanga?

16  A.  Yes.

17  Q.  What does he say?

18  A.  "Soldier, I was just informing you that the program is

19  moving on and we are not worried.  God will help if the cause

02:21:22  20  is just.  We have to fight as hard as the devil.  Rhodes

21  borrowed money to enslave us, and it will cost to set us free.

22  See you when we get there.  We shall overcome one day.  Our

23  strength is in our unity.

24         "Peace and blessings.

02:21:36  25         "Greg."

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  Any more emails?

2    A.  Yes.

3    Q.  Turn to Government's Exhibit GT 69.

4            What's the date of this email?

02:21:45    5    A.  November 17, 2009.

6    Q.  And who is it sent to?

7    A.  Charlene Da Silva.

8    Q.  Who is that?

9    A.  She's with Harvey World Travel, a travel agency.

02:21:56    10   Q.  Do you know where that travel agency is located?

11   A.  South Africa.

12   Q.  Briefly, what does she say here -- what does the defendant

13   say here?

14   A.  "Thank you, Charlene.

02:22:08    15           "Please add two names to the delegation for the 5th.

16           "David Haley.

17           "Honorable Cedric L. Richard.

18           "Please confirm and get approval ASAP.  Will confirm

19   with you from New York.

02:22:21    20           "Greg."

21   Q.  Turn your attention to Government's Exhibit GT 70.

22           What's the date of this email?

23   A.  November 24th, 2009.

24   Q.  Who is this to?

02:22:36    25   A.  SK Moyo.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Would that be Ambassador Moyo?

2  A.  Yes.

3  Q.  What's the defendant saying to Ambassador Moyo?

4  A.  "Dear Ambassador.

02:22:50
5       "Know for sure your team is in charge in all matters

6  concerning Zimbabwe in the US.

7       "Greg."

8  Q.  Government's Exhibit GT Email 104.

9       What's the date of that email?

02:23:11
10  A.  November 24th, 2009.

11  Q.  The same date as the email to Moyo you just read?

12  A.  Yes.

13  Q.  Who is this email to?

14  A.  Dr. Sibanda again, the chief secretary.

02:23:21
15  Q.  What does the defendant say to Dr. Sibanda?

16  A.  "Greetings, Doctor.

17       "Pray all is well and we close the year out with

18  victory.  Will come to Harare for final briefing with you on

19  Thursday.

02:23:39
20       "Greg Turner."

21  Q.  Anything attached?

22  A.  Yes, there is a letter attached.

23  Q.  Who is the letter purportedly from?

24  A.  Donne Trotter.

02:23:47
25  Q.  And who is it addressed to?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

178

1    A.  His Excellency Robert Mugabe, President of the Republic of

2    Zimbabwe.

3    Q.  What's the date of the letter?

4    A.  November 23rd, 2009.

02:23:57    5    Q.  What's the letter say?

6    A.  "Dear Mr. President.

7        "It is my hope and prayer that this letter finds you

8    in good health and spirits.  In an effort to make sure that you

9    are updated on the work being done towards lifting of the

02:24:12    10   sanctions imposed upon Zimbabwe, I wanted to personally give

11   you confirmation that we are in the final planning stage as we

12   prepare for the delegation to travel to South Africa and

13   Zimbabwe.

14       "I am aware of the plea made by you just recently, Mr.

02:24:27    15   President, to put an end to injustice to the people of Zimbabwe

16   by lifting the sanctions.  Please know we agree with and

17   support lifting of the sanctions imposed upon Zimbabwe.  To

18   this end, as mentioned, the delegation led by me and

19   coordinated by Prince Ben Israel is scheduled to travel

02:24:46    20   December 6, 2009 to December 10, 2009.  During our time in

21   Zimbabwe we would like to conduct an on-site investigation of

22   the level of humanitarian aid and support needed as well as

23   further discuss and plan an effective strategy as we work

24   towards the lifting of sanctions.

02:25:02    25       "I am looking forward to meeting with you again as we

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

|         |    |                                                               |
|---------|----|---------------------------------------------------------------|
|         | 1  | work together to bring an end to the sanctions and further    |
|         | 2  | growth and development of Zimbabwe.                           |
|         | 3  | "Sincerely.                                                   |
|         | 4  | "Donne E. Trotter."                                           |
| 02:25:13 | 5 | Q.  On the same day does the defendant forward another letter |
|         | 6  | to the chief secretary for Mugabe?                            |
|         | 7  | A.  Yes, he does.                                             |
|         | 8  | Q.  Government's Exhibit GT Email 105.                        |
|         | 9  | What is that?                                                 |
| 02:25:24 | 10 | A.  An email to Dr. Sibanda, November 24th.                  |
|         | 11 | Q.  Is there anything in the body of the email?              |
|         | 12 | A.  No.                                                      |
|         | 13 | Q.  What is attached?                                        |
|         | 14 | A.  A letter from Donne Trotter addressed to Dr. Gideon Gono.|
| 02:25:36 | 15 | Q.  Is the content of the letter similar to the content of the |
|         | 16 | letter you just read?                                        |
|         | 17 | A.  Yes, it is.                                              |
|         | 18 | Q.  Is it about the trip, the delegation trip that the       |
|         | 19 | defendant is trying to arrange?                              |
| 02:25:46 | 20 | A.  Yes.                                                     |
|         | 21 | Q.  Let's go to Government's Exhibit GT 106.                 |
|         | 22 | Does he send a third email to the chief secretary on         |
|         | 23 | the same day?                                                |
|         | 24 | A.  Yes, he does.                                            |
| 02:25:55 | 25 | Q.  And what's he say in this email?  What's the date of the |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  email?

2  A.  November 24th, 2009.

3  Q.  What's the defendant say in this email?

4  A.  "Honorable Minister.

02:26:09  5      "Just to let you know your team is in total control in

6  the US.  Look forward to briefing you on Thursday.

7      "God bless.

8      "Gregory Turner."

9  Q.  You have before you Government Exhibit 72, 73, 74?

02:26:19  10  A.  Yes.

11  Q.  Can you just, instead of going through each one, can you

12  tell us what these are about?

13  A.  These are travel plans, dates, itineraries for individuals

14  that will be traveling from the United States.

02:26:40  15  Q.  Who is the defendant sending these travel plans to?

16  A.  One is forwarded to Prince Asiel, one is to Madam Mewere or

17  MD Mewere, and another is to the chief secretary Dr. Sibanda.

18  Q.  Let me take you to Government's Exhibit GT Email 75.

19      What's the date of this email?

02:27:08  20  A.  December 3rd, 2009.

21  Q.  Who is it to?

22  A.  Prince Asiel.

23  Q.  Is the defendant responding to an email from somebody at

24  this account?

02:27:19  25  A.  Yes, it appears he's responding to Daniehlah.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

181

1    Q.  What's the defendant saying to Daniehlah in this email?

2    A.  "Dear sis.

3         "Charlene is confirming the Intercontinental for the

4    outgoing transit on the 6th across the street from the airport.

5    I will meet them as they clear customs.  They will have day

6    rooms.  Intercontinental is across the street from the airport,

7    as you can see.  There are a few short meetings at the hotel

8    with the Zim ambassador SK Moyo and a few business people all

9    in the hotel conference rooms.  We check out of the hotel at 6

10   p.m. for the SA flight to Harare arriving at 9:30 p.m..

11   Foreign affairs will meet the delegation, and they will be

12   welcomed and driven to the Mekiles Hotel.  Confirmations are

13   not needed because they are booked as a group in both places.

14   The complete on-the-ground program is being completed tomorrow

15   by Jean at the Reserve Bank of Zimbabwe.  Remember, they are

16   guests of A Better World, not the government of Zimbabwe.

17   Please make that clear.

18        "Get Melech here ASAP.  I need help."

19   Q.  Any more emails on the defendant's planning this trip?

20   A.  Yes.

21   Q.  Go to Government's Exhibit GT Email 76.

22        What's the date of this one?

23   A.  December 4th, 2009.

24   Q.  And who is it to?

25   A.  Daniehlah, Prince's assistant.

          MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

182

1    Q.  What's the defendant telling Daniehlah?

2    A.  "Bring a good bio on Prince and Donne including photos for

3    the local press.  Nasi should have plenty on file, Togo, Benin

4    and Ghana, et cetera.  We will need the ammo.  Please do some

02:29:07   5    financial research on the states they are coming from so the

6    governor can see the linkages possible.  This is just a first

7    draft from the RZB.  The last two days are open for the

8    President's office.

9        "Ahke."

02:29:18   10   Q.  What's attached?

11   A.  It's an itinerary on Reserve Bank of Zimbabwe letterhead.

12   Q.  Did this trip happen?

13   A.  No, it did not.

14   Q.  Did the defendant discuss that in an email?

02:29:37   15   A.  Yes.

16   Q.  Turn to Government's Exhibit GT Email 78.

17       Who is this email to?

18   A.  Dr. Avi Melech.

19   Q.  The same Avi Melech we have seen in other emails?

02:29:51   20   A.  Yes.

21   Q.  What's the date?

22   A.  December 5th, 2009.

23   Q.  Is this an email chain?

24   A.  Yes.

02:29:56   25   Q.  If we can go to just the next-to-the-last email on the

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  bottom.

2      This part of the chain is from whom to whom?

3  A.  This is from Dr. Avi Melech to Mr. Turner.

4  Q.  Just read the first line.

02:30:12  5  A.  "Ahke.

6      "What the hell is going on with the delegation move to

7  Zim?"

8  Q.  And then the next line.

9  A.  "I was on my way to the airport when I got the word that

02:30:23  10  everything was on hold."

11  Q.  Did the defendant respond?

12  A.  Yes.

13  Q.  Go to the top, please.

14      What does the defendant say in response?

02:30:33  15  A.  "Shalom, soldier.

16      "All is well in the normal Africal political behavior

17  raging.  The Reserve Bank did not approve payment for the

18  delegation.  The Governor no longer believes the US black

19  political establishment can help Zimbabwe's situation, and I'm

02:30:48  20  afraid he is right to a degree.  Only Zimbabwean people can

21  change and or/affect the situation.  I saw it coming with the

22  travel agency when you and Daniehlah were added to the list.

23  It prompted a call to inquire if the initial people were

24  senators and drove the bill over the 1 million rand cap.  This

02:31:07  25  was Nasik's call, and I would not have done it based on my

MICHAEL P. SNYDER, Official Court reporter

1    looking at the situation on the ground and interacting with the

2    agency.  I think the bank is into them big time.  Secondly,

3    there are factions around the Zanu party who want the sanctions

4    to stay in place to force the old man out quietly.  Lots of

5    dynamics, old man, but it ain't over until the fat lady sings."

6    Q.  The reference to the old man, who would that be?

7    A.  Robert Mugabe, president of Zimbabwe.

8    Q.  Does he reach out on the same day back to the chief

9    secretary to Mugabe?

10   A.  Yes.

11   Q.  Go to Government's Exhibit GT Email 79.

12       Same day, is this December 5th, 2009?

13   A.  Yes.

14   Q.  Who is this to?

15   A.  Dr. Sibanda, chief secretary.

16   Q.  What did the defendant tell Dr. Sibanda?

17   A.  "Dear Dr. Sibanda.

18       "Please read the attached resolution which was

19   historically passed by the NBCSL international board this

20   weekend in Florida, and then to be let down the next morning by

21   not being able to deliver the original proclamation to His

22   Excellency in person.  It is not too late to pull part of the

23   executive board together and come this week and to make an

24   official presentation in Harare.  This is a major

25   accomplishment for the black world to show solidarity with the

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    President and people of great Zimbabwe.  Please pass on to His

2    Excellency and let him know we stand ready to come and stand on

3    his side now.  I await your call as this document will be

4    released to the international press at the recommended time.

02:32:45    5         "Your eternal brother in the struggle.

6         "C. Gregory Turner, Esquire."

7    Q.  Was there anything attached?

8    A.  No.

9    Q.  Same day, did he send an email to Bennie?

02:32:55   10    A.  Yes.

11    Q.  Bennie Brown.  Government's Exhibit GT 80.  The same day is

12    December 5th, 2009?

13    A.  Correct.

14    Q.  What does he say to Bennie Brown in this email?

02:33:13   15    A.  "Please download and bring clean copy of this resolution.

16    Make sure it's in color and clean.  Then deliver it to Denice

17    so our cheap ass Gov so he know failure is not an option with

18    the Chicago mob.

19         "We will be coming to deliver the original resolution

02:33:32   20    to H.E. whose office already has a scanned copy.  Just put the

21    copy in a clean folder with a note from me saying failure is

22    not an option and we will see him soon.

23         "Move fast.  I want him to have this on his desk

24    Monday morning.

02:33:48   25         "Greg."

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

186

1   Q.  What's attached?

2   A.  A letter on National Black Caucus of State Legislators'

3   letterhead.

4   Q.  Who signed the letter?

02:33:57   5   A.  Senator Donne Trotter.

6   Q.  Does the letter discuss Zimbabwe?

7   A.  Yes, it does.

8   Q.  What's it say?

9   A.  "The purpose of this letter is to urge the executive

02:34:12   10   committee of the NBCSL, to encourage all of its members to call

11   on their respective legislature to engage in the proactive

12   partner with nations like Zimbabwe and Haiti to achieve

13   reciprocal benefits.  The NBCSL history of taking stands on

14   international issues with a particular focus on African and

02:34:31   15   Caribbean nations because the citizens of these nations share

16   the ancestry of the members of the NBCSL."

17   Q.  I'll stop you there.  Does it go on, are some of these

18   paragraphs discussing Zimbabwe?

19   A.  Yes.

02:34:45   20   Q.  Lifting sanctions?

21   A.  Yes.

22   Q.  Do the other paragraphs talk about Haiti?

23   A.  Yes.

24   Q.  Okay.  Same day, sticking with this date, Saturday,

02:35:01   25   December 5th, 2009.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1         Did the defendant discuss getting paid?

2  A. Yes.

3  Q. Turn to Government Exhibit GT Email 123.

4         Who is this email to?

02:35:20   5  A. Avi Melech.

6  Q. What does the defendant say to Avi Melech?

7  A. "Their visit is for sure to get something big ready because

8  if it's not in the pipeline, you won't get in."

9  Q. I think you just said, if I heard you correctly, "their

02:35:41   10  visit is for sure to get something"?

11  A. Yes, "Their visit is for sure, so get something big ready,

12  because if it's not in the pipeline, you won't get in. That's

13  the way it works. We've still got a shot because the NBLC" --

14  Q. Let me stop you. What's the NBLC?

02:35:55   15  A. National Black Legislative Caucus.

16  Q. Keep going.

17  A. -- "passed the resolution on sanctions last night, and I

18  think that fire could still be lit under the old man to make

19  the money flow."

02:36:10   20  Q. Okay. Does the defendant continue discussing with anyone

21  regarding the cancellation of this Trotter delegation to

22  Zimbabwe?

23  A. Yes.

24  Q. Turn to Government Exhibit GT 81.

02:36:25   25         Who is this email to?

MICHAEL P. SNYDER, Official Court reporter

1    A.   Mandi Rukuni.

2    Q.   Do you know who that is?

3    A.   I know he's associated with the Kellogg Foundation.

4    Q.   And what's the date of the email?

02:36:34    5    A.   December 6, 2009.

6    Q.   And what does the defendant say to Mandi Rukuni?

7    A.   "Okay, doc.  I have been busy doing damage control on the

8    cancellation of the it's been a major embarrassment to Prince

9    and the Senator.  In spite of a resolution submitted to lift

02:36:57    10   the sanctions.  It's been hell, and the President does not

11   deserve this.  I thought it was timely because of Congress

12   coming up.  Please see Ben Brown at the Courtney for a copy of

13   the resolution passed by the black legislators who represent 30

14   states and over 30 million voters who were to use as a pressure

02:37:19    15   base on the Obama administration not to sign the Bush act ZDERA

16   in March of 2010.  Dr. Gono really let his personal ambitions

17   override the good of his nation.  I passed the resolution on to

18   Dr. Sibanda in spite of the fact that he came in late on the

19   mission.  We are scheduled to talk to Dr. Sibanda tomorrow

02:37:34    20   morning and pray they will work out a way to bring Trotter and

21   Prince to make the presentation to the president, hopefully we

22   could save some face and some credibility.  In summation, I

23   think the party is too busy fighting each other that they can't

24   focus on the real enemy.  Please think over what you think our

02:37:51    25   recourse should be.  Gono is not communicating at all after

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

189

1    lying to everyone including his bosses.  Let's see what's next.

2            "Your brother.

3            "Ahkezear."

4    Q.  Did he send an email a few minutes later to Avi Melech?

02:38:10   5    A.  Yes.

6    Q.  Turn to Government's Exhibit GT 82.

7            Does this email -- what date was this email sent?

8    A.  December 6th.

9    Q.  Like I just said, a few minutes after that last one you

02:38:20   10   just read?

11   A.  That's correct.

12   Q.  Is this continuing the chain of the conversation that he

13   had with Avi Melech that you testified about a few moments ago

14   where he said, he talked about lighting a fire under the old

02:38:27   15   man to get the money flow?

16   A.  Yes.

17   Q.  So the continuation of this chain, what does defendant say

18   to Avi Miller?

19   A.  "Keep it quiet, first next, keep it where you got some

02:38:45   20   control and could get the management position.  Kirince was

21   talking about Higginbottom.  Do you know him?  I think you

22   would get spent out of the loop.  Florida would not be bad, but

23   how could you keep up with the deal?  Do you have contract with

24   your agents?  Think before you move.  I am still trying to

02:39:03   25   breathe life in this Zim lobby.  Let's see tomorrow morning.

                    MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

190

1   Q.  Does he talk to anyone else about the lobby plan?

2   A.  Yes.

3   Q.  Turn to Government's Exhibit GT 83.

4       Who is this to?

02:39:26  5   A.  Ggondo@gta.gov.zw.

6   Q.  Do you know who ggondo is?

7   A.  Only that it's Georgina based on below.

8   Q.  And zw, what is that?

9   A.  It's a Zimbabwe email domain.

02:39:42  10   Q.  What is he saying to this person?

11   A.  "Dear Ester.

12       "I pray you and your family have a peaceful and

13  prosperous new year.  Also it would be great if the senator got

14  an official response for his valiant efforts, even though we

02:40:01  15  have might not be able to carry out the complete lobby plan in

16  each state as planned.  With God's help we will be able to

17  reach the heart of President Obama before renewal of the ZDERA

18  in March.  Our people have suffered enough."

19   Q.  Agent Noldin, in some earlier emails defendant Greg Turner

02:40:20  20  was talking to the tourism minister for Zimbabwe about

21  arranging a delegation.  Do you recall this?

22   A.  Yes.

23   Q.  Did he make an effort to do so?

24   A.  Yes.

02:40:27  25   Q.  Turn to Government's Exhibit GT Email 84.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

191

1          What's the date of this email?

2     A.   December 23rd, 2009.

3     Q.   Who is it to?

4     A.   Zimbabwe's minister of tourism, Walter Mzembi.

02:40:48    5     Q.   Enlarge just the top half.  Start with that.

6     A.   Honorable's Minister.

7          "Greetings and we all pray for a successful and new

8     dawn for the unity government and people of Zimbabwe.

9          "We will begin the planning of your business

02:41:05    10    delegations visit the City of Chicago during the second week of

11    February, 2010.  As this will be a high level business and

12    political delegation, we assure you and your government it will

13    be fruitful and productive.

14         "In addition to high level official city and state

02:41:28    15    welcomes, you will be hosted by H.E. Prince Asiel, Senator

16    Donne trotter (business/government), Representative Dunkin

17    (Chairman of state tourism), and many of the captains of

18    industry from the city and state.

19         "Our official liaison in Southern Africa, Honorable C.

02:41:41    20    Gregory Turner, will be coordinating from Johannesburg and

21    providing you with requested details to assure the success of

22    this most critical visit."

23    Q.   That's fine.  What is the last paragraph?

24    A.   "Our sincere greetings to your prime minister and most of

02:41:55    25    all our esteemed President and leader President Robert G.

                 MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Mugabe."

2  Q.  Does he reach back out to talk to anyone else to talk about

3  this trip?

4  A.  Yes.

02:42:10  5  Q.  Go to Government's Exhibit GT 85.

6  Who is this one to?

7  A.  Walter Mzembi.

8  Q.  And just can you summarize what this one is about.

9  A.  It's in response to the upcoming trip for the minister to

02:42:25  10  Illinois and who to forward the information for the delegation

11  on to.

12  Q.  What's the date of the email?

13  A.  December 24th, 2009.

14  Q.  Does he continue discussing with Walter Mzembi about this

02:42:38  15  trip?

16  A.  Yes, he does.

17  Q.  Go to Government's Exhibit GT Email 86.

18  Who is this one to?

19  A.  Walter Mzembi.

02:42:46  20  Q.  What's the date of the email?

21  A.  January 4th, 2010.

22  Q.  What does he say to Mr. Mzembi?

23  A.  "Confidential for Minister Mzembi.

24  "Dear Minister.  Please peruse these drafts of the

02:42:55  25  official invitations and advise if they are to your approval.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    If so, I will bring signed copies on letterhead for your

2    presentation in parliament."

3    Q.  Anything attached?

4    A.  Yes.

02:43:11    5    Q.  What's attached?

6    A.  A draft letter purportedly with Representative Ken Dunkin's

7    name at the bottom.

8    Q.  Can you summarize the letter?

9    A.  Sure.  Its addressed to Honorable Walter Mzembi, Minister

02:43:30    10   of Tourism for Zimbabwe.

11        It's a letter explaining the vast tourism potential of

12   Zimbabwe and the devastation caused by the British and US

13   sanctions.  It's an invitation essentially.

14   Q.  And is there a second letter?

02:43:42    15   A.  Yes.

16   Q.  Who did the defendant draft that one for?

17   A.  It was addressed to Walter Mzembi and drafted for Donne

18   Trotter, Senator Donne Trotter.

19   Q.  Is this letter also another invitation to Walter Mzembi to

02:44:06    20   come to Chicago?

21   A.  Yes.

22   Q.  Go to Government's Exhibit GT 87.

23        What's this?

24   A.  An email to Dr. O. Mozombwe on January 7, 2010.

02:44:26    25   Q.  Is this an email chain?

MICHAEL P. SNYDER, Official Court reporter

1    A.  Yes.

2    Q.  And instead of going through the whole chain, does this

3    discuss the defendant's attempt to have the tourism minister of

4    Zimbabwe to come to Chicago?

02:44:39    5    A.  Yes.

6    Q.  Who is -- how do you pronounce it?

7    A.  Mozombwe.

8    Q.  Does he say who he is in this email chain?

9    A.  He's an assistant to the Minister of Tourism Walter

02:44:53    10    Mozombwe.

11    Q.  I want to go to on the first page of this email chain an

12    email dated December 29th from the defendant.

13          What does it state?

14    A.  "Dear Dr. Mozombwe.  Thanks for the prompt reply.  We are

02:45:10    15    moving quickly to pull everything together.  We are familiar

16    with the Rev. Williams and will be meeting with him in the

17    coming days.  We want to keep the program tight until all

18    meetings confirmed and program approved by city and state

19    officials.  Please forward your phone number ASAP.  I am

02:45:25    20    currently in Chicago with Prince Asiel and Senator Trotter.

21    Trying to finalize the trip by January 10th."

22    Q.  And is the final email in this chain, can you just read

23    that at the top of the page.

24    A.  "Dear Obediah.

02:45:44    25          "Will advise Prince and the team today and send you a

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

195

1    response.  We were coming next week for two days with Senator

2    Trotter to finalize everything including logistics in Chicago

3    so you would be prepared for local cost, et cetera.  Your

4    official invitations will be signed and ready today.

02:45:56   5         "Sincerely.

6         "CGT."

7    Q.  Is there other email chains for the same individual?

8    A.  Yes, there are.

9    Q.  Go to Government's Exhibit GT Email 88.

02:46:13   10        Who is this email chain with?

11   A.  Prince Asiel and Daniehlah.

12   Q.  What is he sending them?

13   A.  It's forwarded email from Dr. Mozombwe.

14   Q.  Is it a long chain back and forth between the defendant and

02:46:29   15   Dr. Mozombwe?

16   A.  Yes.

17   Q.  And what is the subject matter of their conversation?

18   A.  It's about an official delegation visit to the City of

19   Chicago and State of Illinois.

02:46:39   20   Q.  And one of the emails in the chain, is the defendant again

21   saying where he's located?

22   A.  Yes, he does.

23   Q.  Where is that?

24   A.  On part of the chain, February 2nd, 2010, from Mr. Turner

02:46:52   25   to Dr. Mozombwe.

          MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Where does defendant say he was located?

2  A.  "I am still in Chicago, and today is the election day."

3  Q.  And when defendant forwards this to Ben Israel, what does

4  he say to Ben Israel?

02:47:08  5  A.  "Let's roll and see who is real."

6  Q.  Agent Noldin, you read or you discussed some draft emails,

7  one from Ken Dunkin and one from Donne Trotter, that the

8  defendant sent to Zimbabwe for approval.  Is there an email

9  where we've seen signed copies of those letters?

02:47:35  10  A.  Yes.

11  Q.  Turn to Government's Exhibit GT 89.

12      Who is this to?

13  A.  Annieqsyed.

14  Q.  Do you know who that is?

02:47:43  15  A.  No.

16  Q.  What's the date?

17  A.  February 18, 2010.

18  Q.  And if we could go to the next page.  There's a letter here

19  from Ken Dunkin to Walter Mzembi.  Is that the same letter that

02:48:01  20  was in draft form that you had read earlier?

21  A.  Yes.

22  Q.  Is there also a letter attached to Donne Trotter that was

23  the same letter?

24  A.  Yes.

02:48:16  25  Q.  Does the defendant reach back out to Daniehlah regarding

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   letters from Danny Davis and Donne Trotter?

2   A.  Yes.

3   Q.  Turn to Government's Exhibit GT Email 90.

4        What's the date of this email?

02:48:30   5   A.  March 3rd, 2010.

6   Q.  What does he say?  I'm sorry.  Who is this going to?

7   A.  Daniehlah.

8   Q.  How do you know that?

9   A.  The email address.

02:48:41   10   Q.  Okay.  What is he saying to Daniehlah?

11   A.  "There is no letter from me.  Please resend again along

12   with the letters from DD and DT.  These letters will not be

13   released to our technical partners unless the invoice is agreed

14   and executed.  Important I have both letters and my personal

02:49:01   15   letter in introduction.

16        "Ahke."

17   Q.  The trip that the defendant was planning for the tourism

18   minister to come to Illinois, did that happen?

19   A.  No.

02:49:11   20   Q.  Did the defendant talk about it being canceled?

21   A.  Yes.

22   Q.  Go to Government Exhibit GT Email 91.

23        What's the date of this email?

24   A.  April 3rd, 2010.

02:49:25   25   Q.  Who is it to?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

198

1  A.  Dr. Mozombwe.

2  Q.  And who is that again?

3  A.  The assistant to the Minister of Tourism Walter Mozombwe.

4  Q.  What does he say to Dr. Mozombwe?

02:49:37  5  A.  "Please read carefully.  Peace and greetings to you and

6  Minister.  The key lobby point for the removal of sanctions is

7  Chicago, home of the DNC, home of the president, political base

8  of the President.  Any efforts to pressure the President must

9  begin in Chicago and move to D.C..

02:49:54  10          "Sorry the delegation could not come, but the PMS trip

11  to D.C. cannot win.  Prince Asiel and the team stand ready to

12  assist Minister Mzembi at any time.

13          "Sincerely.

14          "C. Gregory Turner, Esquire."

02:50:10  15  Q.  Did the defendant ever send an email where he identifies

16  members of the Chicago lobby team?

17  A.  Yes, he did.

18  Q.  Government's Exhibit GT Email 92.

19          What's the date of the email?

02:50:25  20  A.  May 19, 2010.

21  Q.  Who is he sending this to?

22  A.  Prince Asiel.

23  Q.  Is he forwarding an email chain to Ben Israel?

24  A.  Yes.

02:50:33  25  Q.  Going to the bottom of the chain, the first email, who is

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    that from and to?

2    A.  From Watshia Bossekota to Mr. Turner.

3    Q.  Is it from her or him to Turner or is it the other way

4    around?

02:50:51    5    A.  At the very bottom it's from Mr. Turner writes an email.

6    Q.  Where it says "On Wednesday, May 19, 2010"?

7    A.  Yes.

8    Q.  So what did the defendant write?

9    A.  "As per requested the members of your Chicago lobby team.

02:51:09    10    "Prince Asiel Ben Israel 30 years lobbyist for Africa

11    and Washington, D.C. Election monitoring chairman, advisor to

12    the Congressional Black Caucus.

13    "Senator Donne Trotter, Chairman of the Appropriations

14    Committee, Illinois legislature.

15    "Representative Ken Dunkin, Chm Tourism Com, State of

16    Illinois legislature.

17    "U.S. Congressman Danny K. Davis sub common Africa

18    U.S. Congress.

19    "U.S. Congresswoman Diane Watson, co-chair

02:51:44    20    Congressional Black Caucus.

21    "C. Gregory Turner, Esquire, 30 years experience

22    lobbyist, President, expert to US business and political

23    leaders on African affairs."

24    Q.  Did defendant send an email to anyone where he acknowledged

02:51:58    25    that he was consulting with the Reserve Bank of Zimbabwe?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1   A.  Yes.

2   Q.  Turn to Government Exhibit GT Email 93.

3           What's the date of this one?

4   A.  July 18, 2010.

02:52:10  5   Q.  Who is it sent to?

6   A.  Esrah Aharone.

7   Q.  Do you know who that is?

8   A.  I don't.

9   Q.  What's the first line in this email?

02:52:18  10  A.  "You are correct.  I was consultant to the Reserve Bank in

11  Zim.  This is how and why I came to understand how this game is

12  played."

13  Q.  The Reserve Bank of Zim is run by whom?

14  A.  Specially designated national Gideon Gono.

02:52:34  15          MR. JONAS:  Your Honor, I'm at a good stopping point

16  if you want to take a break, or do you want me to keep going?

17          THE COURT:  Keep going.

18          MR. JONAS:  Okay.

19  BY MR. JONAS:

02:52:46  20  Q.  Agent Noldin, did the FBI record the defendant's phone

21  calls?

22  A.  Yes.

23  Q.  For a certain time period?

24  A.  Yes.

02:52:54  25  Q.  Under what authority?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

201

1    A.  A court order.

2              MR. TUNICK:  Objection.  We discussed this.

3              MR. JONAS:  No, we didn't, Judge.  There was no

4    prohibitions on asking this question.

02:53:08    5              THE COURT:  I don't --

6              MR. TUNICK:  Could we have a sidebar on this?

7              THE COURT:  Well, in that case we will take a break.

8    Okay, go ahead and take one.

9              We need to move that back to do that.  This will be

02:53:41   10    fine.  Ten minutes.

11         (Jury out.)

12              THE COURT:  So what's the issue?

13              MR. TUNICK:  Judge, this is the FISA order, and we had

14    discussed this in the pretrial conference that we had an

02:54:29   15    objection to it because we can't get into any of the issues of

16    how the order got approved or what the probable cause was or

17    what it relates to or anything like that.  So we decided that

18    we would just leave it out.  And it wouldn't be pursuant to a

19    court order because we are talking about it indicates that

02:54:46   20    there was probable cause and --

21              THE COURT:  He's not going into any of that.

22              MR. JONAS:  No, of course not.

23              THE COURT:  All he's going to say is you got these

24    how?

02:54:53   25              MR. JONAS:  From a court order.  And that was it.

              MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1          Judge, this is the defendant's objection they raised

2    at the pretrial conference, and I'm -- we are not getting into

3    the FISA orders at all.  In fact, we didn't even say FISA

4    through the technical agent yesterday.

02:55:06   5          THE COURT:  I presume it's just one question.

6          MR. JONAS:  Yes.

7          THE COURT:  And that's a proper question.

8          MR. TUNICK:  Well, it leaves us without being able to

9    cross-examine on the court order.

02:55:15   10          THE COURT:  Well, you can't cross-exam on the

11    propriety of it because that's not something before the jury.

12    That's --

13          MR. TUNICK:  Well, who was the court order issued, how

14    long was it listening for, how many calls --

02:55:25   15          THE COURT:  It doesn't make any difference.

16          I don't know who is in here.  Maybe we do need a

17    sidebar.  I don't know who all is here.  Is this someone from

18    your office?

19          MR. JONAS:  Some press.

02:55:44   20          THE COURT:  All right.  Well, it really isn't, frankly

21    there isn't anything more to say.  You know, there were orders.

22    We briefed it, we discussed it, we issued orders.  There is

23    nothing that goes before the jury on that.

24          MR. TUNICK:  Okay.

02:55:59   25          THE COURT:  And I ruled on all of that.  There aren't

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

203

1    any of these that are outside of it, so I don't think there's

2    anything I need to discuss.

3            MR. JONAS:  Thank you, Judge.

4            THE COURT:  Okay.

02:56:15    5            May I remind people that, I know it was accidental,

6    but you were up on, came on that elevator.

7            MR. TUNICK:  I understand.

8            THE COURT:  I hope your tooth is, okay.

9            And there's no talking to the jury even to say

02:56:30    10   whatever it was.

11           MR. TUNICK:  I will do that.

12           THE COURT:  Thank you.

13        (Recess.  Jury out.)

14           THE COURT:  How much longer?

03:10:45    15           MR. JONAS:  Probably about 20 minutes.  I have five

16   segments and a couple more emails and I'm done.  I did say

17   yesterday this is going to be a long testimony.

18           THE COURT:  I thought you said that it might with the

19   cross take most of the day.

03:11:22    20        (Jury in.)

21           THE COURT:  Okay.  Please be seated.

22           MR. JONAS:  Can I move that back?

23           THE COURT:  Yes.

24           MR. JONAS:  May I proceed?

03:12:57    25           THE COURT:  Go ahead.

                MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1          MR. JONAS:  Thank you, Judge.

2  BY MR. JONAS:

3  Q.  Agent Noldin, before we broke, I think I had asked you

4  under what authority did the FBI intercept some of the

03:13:06   5  defendant's phone calls.

6  A.  It was under court order.

7  Q.  Were the calls maintained by the FBI in a database?

8  A.  Yes, they were.

9  Q.  What is that database?

03:13:14  10  A.  It's called Red Tiger.

11  Q.  Were you able to retrieve some of the defendant's calls to

12  play in court today?

13  A.  Yes, I was.

14  Q.  How did you retrieve those calls?

03:13:22  15  A.  I go into a secure room, I log onto the Red Tiger system,

16  and I'm able to listen to the calls and download segments of

17  those calls.

18  Q.  And how did you know you were retrieving the defendant's

19  phone calls?

03:13:35  20  A.  When you log onto the system, it displays the defendant's

21  name and telephone number.

22  Q.  Do you have to go straight to his phone calls or are there

23  phone calls from other cases on the same system?

24  A.  Only cases you have access to.  In this case it's the only

03:13:48  25  one.  But, yes, you go to defendant's name, file number, phone

Case: 1:13-cr-00572 Document #: 252 Filed: 04/16/15 Page 205 of 263 PageID #:2004
Noldin - direct by Jonas
205

1  number.

2  Q.  You say it's the only one.  It's the only case that you

3  have access to?

4  A.  Correct.

03:13:57  5  Q.  So you couldn't access any other calls from any other

6  cases?

7  A.  Correct.

8  Q.  And did you burn segments of those calls onto a disk or

9  disks?

03:14:04  10  A.  I did.  I saved segments as audio files, and then with the

11  assistance of an information technology specialist I was able

12  to burn those audio files to a compact disk.

13  Q.  Did you have to go to another location in the FBI to do so?

14  A.  Yes, you do it in the central monitoring plant.

03:14:20  15  Q.  Is that the same central monitoring plant that the witness

16  from the FBI testified about yesterday?

17  A.  Yes, it's the one in the Chicago field office, yes.

18  Q.  And about how many, or how many calls did you download to

19  play in court?

03:14:33  20  A.  Seven calls.

21  Q.  Did you alter the calls?

22  A.  No.

23  Q.  Could you alter the calls if you wanted to?

24  A.  No.

03:14:40  25  Q.  The disks that you burned them onto, did you initial those

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1 disks?

2 A.  Yes, I did.

3 Q.  Before you is seven folders on your right?

4 A.  Yes.

03:14:52 5 Q.  Those should be marked GT Call 1, GT Call 3, 4, 5, 6 and 7,

6 is that correct?

7 A.  Yes.

8 Q.  Are there disks in those envelopes, folders?

9 A.  Yes, all but call 3, which is segment 2, and I believe

03:15:24 10 that's included on the first segment 1 disk.

11 Q.  Do you recognize those disks?

12 A.  Yes, I do.

13 Q.  How do you recognize them?

14 A.  They have my initials and the date.

03:15:34 15 Q.  Do those disks contain the phone calls that you downloaded

16 from Red Tiger that are the defendant's phone calls?

17 A.  Yes.

18        MR. JONAS:  Your Honor, at this time I offer into

19 evidence Government's Exhibit GT Call 1 through 7.

03:15:48 20        MR. LEONARD:  No objection.

21        THE COURT:  They are admitted.

22        MR. JONAS:  Thank you, Judge.

23     (Government's Exhibits GT Call 1 through 7 received in

24   evidence.)

03:15:53 25 BY MR. JONAS:


         MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Did you create a transcript of the calls that we are going

2  to play in court?

3  A.  Yes, I did.

4  Q.  Have you reviewed the transcript for its accuracy?

03:16:00   5  A.  Yes.

6  Q.  And is the transcript accurate with the call?

7  A.  Yes.

8  Q.  Would the transcript aid the jury in understanding the

9  calls today?

03:16:07   10  A.  Yes.

11  Q.  Are the transcripts in the folder along with their

12  corresponding segments?

13  A.  Yes, they are.

14        MR. JONAS:  Your Honor, I could offer into evidence at

03:16:15   15  this point Government's Exhibit GT Call 1 Transcript through

16  Call 7 transcript.

17        MR. LEONARD:  No objection, although we haven't seen

18  them.

19        MR. JONAS:  They have copies.  I can give them another

03:16:28   20  set.

21        THE COURT:  All right.  They are admitted.

22     (Government's Exhibits GT Call 1 Transcript through 7

23   Transcript received in evidence.)

24        MR. JONAS:  Your Honor, we have binders for the jury

03:16:35   25  to hand out.


        MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    THE COURT:  Okay.

2    MR. JONAS:  Would you like me to do that.

3    THE COURT:  No.

4    MR. JONAS:  Your Honor, you may have one in the

03:17:23    5  binders.  I'm not sure, but just in case.

6  BY MR. JONAS:

7  Q.  Agent Noldin, is the defendant a party to all seven calls?

8  A.  Yes.

9  Q.  How do you know?

03:18:25  10  A.  I can confirm his voice.  I've met him.

11  Q.  How many times have you met him?

12  A.  Approximately -- well, two times.

13  Q.  How long was each time for?

14  A.  The first time was around 20 minutes.  The second time was

03:18:38  15  45 minutes to an hour.

16  Q.  Did you hear the defendant speak during those two meetings?

17  A.  Yes.

18  Q.  Did you also corroborate that it was his voice through

19  another means?

03:18:48  20  A.  I did, yes.

21  Q.  How?

22  A.  I played a recording to another individual who was also on

23  that call along with Mr. Turner.  She was able to identify his

24  voice.

03:18:56  25  Q.  Okay.  So starting with the first call, GT Call 2 we are

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  going to start with.  Do you have a transcript before you?

2  A.  I'm fine, thank you.

3  Q.  What's the date of this first call?

4  A.  December 1st, 2010.

03:19:11  5  Q.  And who is it with?

6  A.  Carolyn Jordan.

7  Q.  Do you know who Carolyn Jordan is?

8  A.  She's an associate of Mr. Turner's.

9  Q.  Could you answer that question again?

03:19:24  10  A.  She's an associate of Mr. Turner's.

11       MR. JONAS:  Your Honor, if you can ask the jury to

12  turn to GT Call 2 in the binders.

13       THE COURT:  Yes, please.

14     (Audio played.)

03:21:01  15  BY MR. JONAS:

16  Q.  Agent Noldin, I don't remember if I asked you this.  What

17  was the date of this call?

18  A.  December 1st, 2010.

19  Q.  Let's go to GT Call No. 3, segment 1.

03:21:13  20       Agent Noldin, who is this call with?

21  A.  Craig McDowell.

22  Q.  Do you know who that is?

23  A.  An associate of Mr. Turner's.

24       MR. JONAS:  If we can play segment 1, please.

03:21:27  25     (Audio played.)

MICHAEL P. SNYDER, Official Court reporter

|   |   |
|---|---|
| | 1 | MR. JONAS:  If we can play segment 2 of that call. |
| | 2 | (Audio played.) |
| | 3 | BY MR. JONAS: |
| | 4 | Q.  Agent Noldin, GT Call 4. |
| 03:29:18 | 5 | What's the date of that call? |
| | 6 | A.  January 23rd, 2011. |
| | 7 | Q.  Who is this with? |
| | 8 | A.  Mr. Turner and Carolyn Jordan. |
| | 9 | Q.  Is this the same Carolyn Jordan that was on GT Call 2? |
| 03:29:34 | 10 | A.  Yes. |
| | 11 | MR. JONAS:  If we can play GT Call 4, please. |
| | 12 | (Audio played.) |
| | 13 | BY MR. JONAS: |
| | 14 | Q.  Agent Noldin, GT Call 5. |
| 03:31:51 | 15 | What's the date of that? |
| | 16 | A.  February 6, 2011. |
| | 17 | Q.  Who is that with? |
| | 18 | A.  Kevin Hayden. |
| | 19 | Q.  Do you know who Kevin Hayden is? |
| 03:32:02 | 20 | A.  An associate of Mr. Turner's. |
| | 21 | MR. JONAS:  If we can play GT Call 5, please. |
| | 22 | (Audio played.) |
| | 23 | BY MR. JONAS: |
| | 24 | Q.  Agent Noldin, GT Call 6. |
| 03:33:22 | 25 | What's the date of that call? |

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

211

1    A.  February 13, 2011.

2    Q.  And who is that with?

3    A.  Craig McDowell.

4    Q.  Is that the same Craig McDowell we saw on GT Call 3 or

03:33:33    5    heard on GT Call 3?

6    A.  Yes.

7        MR. JONAS:  If you can play GT Call 6, please.

8        (Audio played.)

9    BY MR. JONAS:

03:35:32    10    Q.  Agent Noldin, I just want to go back briefly to some more

11    emails, and then I'll be done with you.

12        The very first email we discussed this morning was an

13    email from I think 2006 where the defendant identified himself

14    as a lobbyist.  Are there any other emails where the defendant

03:35:48    15    discussed his CV, his resume with anybody?

16    A.  Yes, there are.

17    Q.  Turn to Government Exhibit GT Email 94.

18        What's the date of this email?

19    A.  October 17, 2010.

03:36:04    20    Q.  Who is it to?

21    A.  There's no To line on the email.

22    Q.  What's the subject line?

23    A.  "CV, C. Gregory Turner."

24    Q.  Is there a CV attached?

03:36:16    25    A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1    Q.  Turn to the second page.  Whose name is on the top?

2    A.  C. Gregory Turner.

3    Q.  And is there a Chicago address?

4    A.  8719 South Colfax Avenue, Chicago, Illinois.

03:36:29    5    Q.  Does his resume, his CV here list his professions?

6    A.  Yes.

7    Q.  We'll enlarge the bottom.

8        What does he state under other professional positions

9    held?

03:36:44    10    A.  "Hospital administrator United States; broadcasting

11    analyst, United States; public relations liaison, Zimbabwe;

12    special government adviser to Liberia, DRC, Cote D'Ivoire,

13    Zimbabwe and South Africa."

14    Q.  Are there other emails that he sent to people with similar

03:37:04    15    CVs?

16    A.  Yes.

17    Q.  Turn to Government's Exhibit GT 95.

18        What's the date of this email?

19    A.  February 6, 2011.

03:37:12    20    Q.  Who is this to?

21    A.  Kevin Hayden.

22    Q.  Is that the same Kevin Hayden we heard on a call a few

23    moments ago?

24    A.  Yes.

03:37:22    25    Q.  What's defendant saying to Kevin Hayden?

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

213

1    A.  He's forwarding or emailing essentially a resume of sorts.

2            MR. JONAS:  If we can enlarge the middle part.

3    BY MR. JONAS:

4    Q.  What is he saying is his professions?

03:37:41    5    A.  "Hospital administrator, education consultant, financial

6    consultant, mining and infrastructure, government lobbyist,

7    Liberia, Cote D'Ivoire, Democratic Republic of Congo, Cameroon,

8    Zimbabwe and South Africa, worked at the presidential level in

9    all cases.  Led and organized ten US Congressional delegations

03:38:03    10    to various African countries."

11    Q.  Did this resume end up getting put in some sort of business

12    brochure?

13    A.  Yes, it did.

14    Q.  Turn to Government's Exhibit GT 96.

03:38:14    15            What's the date of this email?

16    A.  February 13th, 2011.

17    Q.  Who is this to?

18    A.  Brian Turner.

19    Q.  Is that the defendant's son that you mentioned earlier?

03:38:25    20    A.  Yes.

21    Q.  So what is being sent here?

22    A.  It's a presentation, capri presentation and an RMG company

23    profile.

24    Q.  Is there somewhere in this document that discusses who the

03:38:38    25    defendant is?

            MICHAEL P. SNYDER, Official Court reporter

1    A.  Yes.

2    Q.  Can you just tell us what it says.  You have it marked on

3    one of the pages?

4    A.  Yes, I do.

03:38:51    5    Q.  Just read the biography of the defendant as it is in this

6    presentation.

7    A.  "C. Gregory Turner, director of marketing Africa.  Mr.

8    Turner has more than 30 plus years of experience in Africa with

9    an emphasis on project development and relationship management

03:39:07    10    at the highest levels with both public and private sector

11    clients.  Mr. Turner has consulted with the leading gold and

12    diamond mining organizations in Africa, has organized more than

13    ten US Congressional delegations and led numerous investment

14    development engagements during his time on the continent.  His

03:39:25    15    work has involved consulting and relationship management at the

16    presidential level from various African countries including

17    Liberia, Ivory Coast, Cameroon, the democratic Republic of

18    Congo, Zimbabwe and South Africa.  Mr. Turner is responsible"

19    --

03:39:40    20    Q.  That's sufficient.

21        Agent Noldin, one more, Government's Exhibit GT 97.

22    A.  Yes.

23    Q.  Does he tell anyone in this email what he has done for the

24    past four years?

03:39:53    25    A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

215

1  Q.  What's the date of this email?

2  A.  March 17th, 2011.

3  Q.  And who is he sending it to?

4  A.  Frex@netvision and Therkil Petersen.

03:40:04  5  Q.  Do you know who those people are?

6  A.  I do not.

7  Q.  Enlarging the first paragraph, what does the defendant say?

8  A.  "It has been a pleasure meeting and discussing various

9  business opportunities in Africa and Zimbabwe in particular.

03:40:18  10  As you are aware, and I make no excuses or have any regrets, I

11  have spent over 25 years on the ground in Africa from West

12  Africa to Cape Town.  My last four years serving as a lobbyist

13  for the Reserve Bank of Zimbabwe and various members of the US

14  Congress."

03:40:35  15  Q.  And, Agent Noldin, I said one more.  I have one more email

16  this time.

17         Government's Exhibit GT 101.  Do you have that in

18  front of you?

19  A.  Yes, I do.

03:40:48  20  Q.  Was the date of this email?

21  A.  March 20th, 2006.

22  Q.  So this predates the time of the conspiracy that's charged

23  in the indictment?

24  A.  Yes.

03:40:56  25  Q.  Who is this email to?

MICHAEL P. SNYDER, Official Court reporter

1    A.  Maria Ebrahimji.

2    Q.  Do you know who that is?

3    A.  I don't.

4    Q.  Is this an email chain with her?

03:41:04    5    A.  Yes.

6    Q.  Starting with the first email on the bottom of the chain,

7    is that from the defendant?

8    A.  Yes.

9    Q.  So what did the defendant say to her?

03:41:14    10    A.  "Hi, Maria.

11        "I hope things are progressing for you.  I started to

12    call you when I was in Washington last week but was busy with a

13    delegation from Zimbabwe.  The Governor of the Reserve Bank was

14    in for the IMF meetings.  I think things went well considering

03:41:32    15    the hard line of the British and Washington.  I still think you

16    should consider the talk with Majure the vice-president for a

17    serious look into the future of this great and rich nation.

18    Keep me posted.  I arrive in Harare tomorrow."

19    Q.  Does he get a response?

03:41:46    20    A.  Yes.

21    Q.  And just read the second paragraph of the response.

22    A.  "I would still love to speak to Joyce Majure, but I have to

23    find a right time.  Does she ever travel outside of Zimbabwe?

24    Any chance of her coming to the US?"

03:41:59    25    Q.  What does the defendant say in response?

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

217

1    A.   "Greetings.

2         "Great you had a good family trip.  I know you love

3    Africa.  So when is the next trip (smile).  The VP is on the

4    banned list due to her position, but the time will come when

03:42:13    5    Bush and Blair realize this is a new day."

6    Q.   Is Joyce Majure a specially designated national?

7    A.   Yes.

8    Q.   What's her -- is she the vice-president?

9    A.   Yes, was vice-president of Zimbabwe.

03:42:28   10         MR. JONAS:   Your Honor, I have no further questions.

11                        CROSS-EXAMINATION

12   BY MR. LEONARD:

13   Q.   Sir, before the emails were gathered, other activities took

14   place, didn't they?

03:42:45   15   A.   I'm sure.

16   Q.   Well, for instance, you didn't go out and just take the

17   emails out of the blue, did you, sir?

18   A.   No.

19   Q.   What happened was Ken Dunkin, who was an Illinois state

03:42:58   20   legislator, went over to Zimbabwe in 2008, didn't he, sir?

21   A.   Yes, he did.

22   Q.   And you confirmed that, didn't you, sir?

23   A.   Yes.

24   Q.   And when he came back, he was pretty excited about what he

03:43:10   25   had seen, wasn't he, sir?

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1  A.  I don't know his thought at that time.  It seemed like he

2  might have been.

3  Q.  Well, we can at least agree, whatever his emotional state

4  was, he contacted the transition team of the Obama

03:43:24  5  administration in November or December of 2008, didn't he, sir?

6  A.  He did contact them about meeting with Mugabe, yes.

7  Q.  And he wanted to express at that time to the Obama

8  transition team that he, Mr. Dunkin, wanted to talk to people

9  in the new administration about what he had seen, correct?

03:43:44  10  A.  Correct.

11  Q.  And the people in the Obama transition team thought that

12  the mere fact that Dunkin had gone over there to Zimbabwe was a

13  violation of the law, didn't they?

14  A.  It appeared that they were confused or concerned about

03:44:00  15  that.

16  Q.  Correct.  They sent emails where, from your reading of

17  them, it appeared the transition team didn't understand the

18  law; they thought that since Dunkin went over there, he was in

19  trouble, so to speak, correct?

03:44:12  20  A.  They were concerned.

21  Q.  And that's why the FBI got involved originally, didn't

22  they, sir?

23  A.  As far as I know, yes, among other things.

24  Q.  You became an agent you say in 2008?

03:44:25  25  A.  That's correct.

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

219

1  Q.  What month?

2  A.  June.

3  Q.  And before you became an agent of the FBI, you knew

4  absolutely nothing about specially designated nationals, did

03:44:35    5  you, sir?

6          MR. JONAS:  Objection.

7          THE COURT:  Sustained.

8  BY MR. LEONARD:

9  Q.  Now, when did you join the team that was investigating Mr.

03:44:43    10  Turner, sir?

11  A.  It would have been the spring of last year, 2013.

12  Q.  And you claim, don't you, sir, that Prince Ben Israel

13  executed a written consulting agreement with Monica Mutsvanga,

14  a senator from Zimbabwe, don't you, sir?

03:45:04    15  A.  I believe that was the case, yes.

16  Q.  Either you do or you don't.  Do you claim that that

17  happened or not?

18  A.  The information that I had at the time showed that, yes.

19  Q.  Not only did the information suggest that to you, you said

03:45:18    20  it under oath that Prince Ben Israel had a written consulting

21  agreement with Monica Mutsvanga, didn't you?

22  A.  That's correct.

23  Q.  And by under oath, what I'm talking about is an affidavit

24  that you submitted to a court where you testified under oath

03:45:37    25  that Monica Mutsvanga, a senator from Zimbabwe, entered a

1  written contract with Prince Ben Israel for money, right?

2  A.  I testified to the document that I had, yes, sir.

3  Q.  You did it under oath, didn't you, sir?

4  A.  Yes, sir.

03:45:54  5  Q.  And it was a false statement by you under oath, wasn't it,

6  sir?

7  A.  No, it was not.

8  Q.  And not only did you testify under oath about that once,

9  you did it a second time before a grand jury, didn't you, sir?

03:46:07  10  A.  I believe so, twice.

11  Q.  The second time you go before a grand jury, people like we

12  have in the box here today, and under oath you tell those

13  people that Prince Ben Israel had a written consulting

14  agreement with Monica Mutsvanga, right?

03:46:25  15  A.  I testified to the information on the document that was

16  provided, yes.

17  Q.  Is your answer to my question yes or no?

18  A.  That I testified to what was on the document?  Yes.

19  Q.  Yes.  And that was a second false statement by you under

03:46:36  20  oath, wasn't it, sir?

21  A.  It wasn't a false statement.

22  Q.  You lied twice under oath?

23        MR. JONAS:  Objection.

24        THE COURT:  He's answered the question.

03:46:42  25  BY MR. LEONARD:


MICHAEL P. SNYDER, Official Court reporter

1   Q.  Isn't that right, sir?

2          MR. JONAS:  This also goes beyond the scope of the

3   direct.

4   BY MR. LEONARD:

03:46:49   5   Q.  Did you lie under oath twice or not?

6   A.  No, sir.

7          MR. LEONARD:  May I approach, Judge.  I could show him

8   the papers.  Could I show him, Judge?

9          THE COURT:  I'm thinking about it.

03:47:16   10          MR. JONAS:  Your Honor, my objection is it goes beyond

11   the scope of cross.  The defendant -- the witness did not

12   testify at all about the consulting agreement.

13          THE COURT:  I think I do need a sidebar.

14          (Proceedings at sidebar.)

03:47:51   15          THE COURT:  It's certainly true he didn't mention this

16   agreement, so you could ask him.  But I don't know how you

17   could bring in any other evidence.  I don't know.  Are you

18   intending to bring in or do you not want --

19          MR. JONAS:  We are.  The next set of witnesses we'll

03:48:13   20   get into the consulting agreement.

21          MR. LEONARD:  Judge, here's the problem.  He testified

22   repeatedly about money and attempts to get money.  Lo and

23   behold he testified under oath to the contrary, that there was

24   this actual agreement that was the basis for the money.

03:48:29   25          We should be allowed to explore that.  If we can't do

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

222

1  it now, we are going to have to recall him in our own case and

2  ask the same questions.

3          MR. TUNICK:  Judge, in the emails they introduced

4  this, those emails were attached.  They just didn't publish

03:48:42  5  them, but it was introduced.  They laid a foundation for it,

6  and it's in evidence.

7          MR. LEONARD:  It's in evidence, Judge.

8          MR. JONAS:  The consulting agreement is not in

9  evidence.

03:48:49  10          THE COURT:  There certainly is not --

11          MR. JONAS:  If they want to recall this witness --

12          MR. LEONARD:  Judge, he testified about getting all

13  these different payments.  I am trying to explore the fact

14  that --

03:49:00  15          THE COURT:  The testimony was that they, the only

16  testimony was that they were trying.  There was never anything

17  specific.

18          I think maybe you will have to recall him if this

19  comes in.

03:49:14  20          MR. LEONARD:  Okay.  If it comes in?

21          MR. TUNICK:  They are bringing it in.

22          MR. LEONARD:  I'm asking to show it to him to see if

23  this is what he lied about.  He's denied lying about it.  I'm

24  entitled to explore.  I say he lied about it; he says he

03:49:26  25  doesn't.

                MICHAEL P. SNYDER, Official Court reporter

1      THE COURT:  It really isn't your case at this point.

2          MR. LEONARD:  Judge, it's cross.

3          THE COURT:  No, that's not appropriate cross.  You can

4   bring him back.

03:49:34   5      MR. LEONARD:  All right.  We'll bring him back, Judge.

6          (End of discussion at sidebar.)

7   BY MR. LEONARD:

8   Q.  Sir, at some point during your investigation did you and

9   your team of people from the FBI get the bank records of Monica

03:50:03  10   Mutsvanga, the state senator from Zimbabwe, that you and I just

11   talked about?

12   A.  Yes, we did.

13   Q.  When did you get those?

14   A.  I would have to look at the exact date of when we received

03:50:14  15   them.

16   Q.  Would it help you if I showed you some of the documents?

17   Would the file stamp help you?

18   A.  Sure.

19   Q.  I'm handing you excerpts from the Mutsvanga bank files

03:50:40  20   produced to do us by the government.  If you'll take a look at

21   those and tell us if it refreshes your recollection as to when

22   you and your team got those records about Miss Mutsvanga.

23   A.  Yes, it would have been summer of 2013 or later.

24   Q.  Okay.  And just to -- I'll take those back.

03:50:58  25          Just to refresh everyone's memory, the testimony we

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

224

1    talked about you gave --

2              MR. JONAS:  Objection.

3              MR. LEONARD:  There is not even a question yet.

4              MR. JONAS:  To refresh everyone's memory?

03:51:09  5    MR. LEONARD:  I'll withdraw that part of it, Judge.

6    BY MR. LEONARD:

7    Q.  A moment ago we were talking about when you gave this

8    testimony that I suggested was false, that you suggested was

9    true, and that was in August of 2013 when you testified before

03:51:24  10   the grand jury?

11   A.  Correct.

12             MR. JONAS:  Objection, Judge.

13   BY MR. LEONARD:

14   Q.  At the time you testified before the --

03:51:29  15   MR. JONAS:  Judge, there's an objection.

16             THE COURT:  He can ask this question.  I'll see where

17   we are.

18   BY MR. LEONARD:

19   Q.  Sir, at the time you went before a grand jury, raised your

03:51:46  20   hand to tell the truth in front of citizens like this, did you

21   know about the Mutsvanga bank records that you and your team

22   had received?

23   A.  Yes, I believe I did at that time.

24   Q.  You knew about them?

03:52:02  25   A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

03:52:17

1  Q.  You had reviewed them?

2  A.  Yes.

3  Q.  You had seen signature cards from Miss Mutsvanga -- I'm

4  probably chopping her name up -- so you were able to see for

5  yourself from the bank what her signature looked like, right?

6          MR. JONAS:  Objection.

7          THE COURT:  Sustained.  This really does go beyond.

8  BY MR. LEONARD:

9  Q.  Did you ever, after looking at the file for Miss Mutsvanga,

03:52:32

10  did you ever tell the Court or anybody that you wanted to

11  change your testimony or what you had said was false?

12          MR. JONAS:  Objection.

13          THE COURT:  Sustained.

14  BY MR. LEONARD:

03:52:57

15  Q.  Sir, did you and your team put together a search warrant so

16  that you could get those Yahoo emails you talked about so much

17  today?

18  A.  Yes, there was a search warrant.

19  Q.  And your team had to work together to put the search

03:53:15

20  warrant materials together so it could be taken to a court,

21  correct, sir?

22  A.  I'm sure they did.  I wasn't part of the investigation at

23  that time.

24  Q.  Well, you certainly as part of the team, you reviewed the

03:53:26

25  affidavit submitted by your team member Miss Schultz, who is a

          MICHAEL P. SNYDER, Official Court reporter

1  member of the FBI, didn't you, sir?

2  A.  Yes.

3  Q.  And you saw from your review of the affidavit of your

4  colleague Miss Schultz that she too had claimed under oath that

03:53:44  5  Prince Ben Israel had entered a consulting agreement with

6  Monica Mutsvanga, didn't you, sir?

7          MR. JONAS:  Objection.

8          THE COURT:  Sustained.

9  BY MR. LEONARD:

03:53:56  10  Q.  Now, sir, as we talked earlier about Mr. Dunkin, the

11  gentleman who kicked this whole thing off based upon some

12  assumptions made by the transition team, we saw a whole bunch

13  of correspondence today where Mr. Dunkin is making allusions to

14  talking to President Obama about his trip to Zimbabwe.  Do you

03:54:20  15  remember those documents you talked about today, sir?

16  A.  I do.

17  Q.  So one of the things you did as part of your careful

18  investigation is you picked up the phone and set up a meeting

19  with Obama to try to figure out what Dunkin told him about his

03:54:32  20  visit to Zimbabwe, didn't you, sir?

21  A.  No.

22  Q.  You never bothered to do that, did you, sir?

23  A.  That's correct.

24  Q.  And nobody on your team ever picked up the phone and said,

03:54:43  25  "I'd like to talk to you, Mr. Obama, about the fact we got a

          MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1  state legislator here in Illinois who says he talked to you,

2  Mr. Obama, about his trip to Zimbabwe"?  Nobody in the team did

3  that, right?

4  A.  That's correct.  As far as I know, that's correct.

03:54:59  5  Q.  Why?

6  A.  I don't have an explanation for you.

7  Q.  I didn't think so.

8          MR. JONAS:  Objection.

9  BY MR. LEONARD:

03:55:10  10  Q.  Susan Rice was also mentioned in those emails, wasn't she?

11  Mr. Dunkin, the state legislator, talked in emails that you

12  looked at today about the fact he had spoken to Susan Rice, one

13  of Obama's right-hand people, she had talked to Dunkin about

14  his trip to Zimbabwe, right?  Do you remember those documents?

03:55:32  15  A.  I remember the documents, yes.

16  Q.  And so, being so concerned with justice and the truth, you

17  picked up the phone, didn't you, sir, and you called Susan Rice

18  and said, "Susan, the FBI would like to speak to you about what

19  Mr. Dunkin told you about his trip to Zimbabwe"?  That's what

03:55:54  20  you did, right?

21  A.  No, it's not.

22  Q.  You never did it, did you?

23  A.  Correct.

24  Q.  And how many people were on your FBI team investigating

03:56:04  25  this guy?

MICHAEL P. SNYDER, Official Court reporter

1    MR. JONAS:  Objection.

2    THE COURT:  Sustained.

3    BY MR. LEONARD:

4    Q.  Did any of the members of the team, we don't know how many,

03:56:13   5    did any of them pick up the phone and say, "Miss Rice, we would

6    like to talk to you.  We are the FBI.  We want to see what Ken

7    Dunkin told you about his trip to Zimbabwe"?  Did you guys ever

8    do that?

9    MR. JONAS:  Objection.  Can we have a sidebar, Judge?

03:56:32   10    THE COURT:  The objection is sustained.  I don't need

11    a sidebar.

12    MR. JONAS:  Thank you.

13    BY MR. LEONARD:

14    Q.  Sir, you learned from your review of Mr. Turner's emails

03:56:48   15    that, according to him, he had been doing humanitarian work on

16    the continent of Africa for about 30 years before this whole

17    mess that brings us here today, right?

18    A.  Among other things, yes.

19    Q.  And, of course, you don't just have blinders on.  You want

03:57:10   20    to know the truth as part of the investigation, right?

21    MR. JONAS:  Objection.

22    THE COURT:  Sustained.

23    BY MR. LEONARD:

24    Q.  Did you ever look into what humanitarian activities if any

03:57:22   25    Mr. Turner was doing on the continent before 2008, sir?

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 252 Filed: 04/16/15 Page 229 of 263 PageID #:2028
Noldin - cross by Leonard
229

1          MR. JONAS:  Objection.

2          MR. LEONARD:  What's the basis, Judge?

3          THE COURT:  Sustained.

4          MR. LEONARD:  I'd just like a basis for the objection.

03:57:34    5          THE COURT:  Prior ruling.

6          MR. JONAS:  Thank you, Judge.

7          MR. LEONARD:  Just so I understand, is it relevance,

8     is it --

9          THE COURT:  Counsel, go ahead.

03:57:40   10     BY MR. LEONARD:

11     Q.  Sir, did you discover during the course of the

12     investigation after reading these emails that Mr. Turner had

13     worked in humanitarian efforts in Liberia before 2008?

14          MR. JONAS:  Objection.

03:58:15   15          MR. LEONARD:  Could I respond, Judge?

16          THE COURT:  Not in front of the jury.  All right.

17     We'll take a sidebar.

18          (Discussion on the record at sidebar.)

19          THE COURT:  Would you tell me what you want.

03:58:38   20          MR. LEONARD:  I'm trying to establish that Mr. Turner

21     had extensive contacts on the continent before any of this

22     happened.  Their inference that they are trying to suggest to

23     the jury is that somehow it's all arising out of this

24     consulting agreement and attempts to influence in 2008.

03:58:58   25          THE COURT:  I'm not sure about that, at least not yet.

MICHAEL P. SNYDER, Official Court reporter

1    MR. LEONARD:  Well, of course they are, Judge.  That's

2    the whole purpose of all those documents.  Some of them

3    predated the charges by several years, and they are trying to

4    show --

03:59:10   5    THE COURT:  Okay.  Look.  In terms of the fact that he

6    had been there before, I mean, do you have any objection to

7    that?

8    MR. JONAS:  To humanitarian efforts prior to 2008?

9    Yes.  We introduced two emails prior to the conspiracy, one

03:59:36  10    where the defendant met with a lobbyist and the other where he

11    acknowledged that he knew the vice-president of Zimbabwe was

12    sanctioned.  That's it.  The only other emails are with the

13    time period of the conspiracy or later when he talked about

14    what he did during the conspiracy.

03:59:53  15    MR. LEONARD:  Judge, for a secondary purpose it also

16    goes to their investigation.  They got all this evidence that

17    goes one way and we've already decided there is a consulting

18    agreement, which we know is false, and they don't I don't think

19    look at other things that explain why he's on the continent.

04:00:11  20    THE COURT:  It doesn't make any difference.  The issue

21    is not what he was doing on the continent.  The issue is what

22    he was doing here for whom and if it was willful.

23    MR. LEONARD:  And we can't provide any evidence to the

24    jury that he's there for other reasons?  We have to accept the

04:00:28  25    government's position of why he was there and take that at face

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

231

1    value and not attack it?

2         MR. JONAS:  Judge, his conduct is what is at issue

3    here, not why he was in Africa.  Someone walks into, it comes

4    back to we have talked a hundred times, it's the "I'm doing all

5    these other good things; I am not committing the crime 99

6    percent of the time."

7         THE COURT:  That's what it sounds to me.

8         MR. LEONARD:  No, it isn't.

9         MR. JONAS:  It's totally irrelevant.

10        MR. LEONARD:  It's our explanation for why he's there.

11   They might not like it.  They disagree.  They say he's on the

12   continent to do -- we say that's false, government, and here's

13   the evidence.

14        We are allowed to explore that.  We don't have to

15   accept it.

16        THE COURT:  The thing is it doesn't make any

17   difference if he was there because he's a saint if he was

18   acting as an agent for those people.

19        MR. LEONARD:  That's for the jury to decide.

20        THE COURT:  No.

21        MR. LEONARD:  The jury can decide he was there as a

22   humanitarian.  That's their decision.  We cannot be limited in

23   our theory of the case.

24        MR. JONAS:  No, Judge.  Mr. Leonard is completely

25   wrong, and he knows it, Judge.  He's trying to poison the jury

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

232

1     in his questioning of this witness.

2          MR. LEONARD:  Judge, they offered evidence about

3     emails where he talks about his background, what he is doing

4     for 30 years.  Then when they ask him questions about it now, I

04:01:45   5     can't go into it?  Why?  Why?

6          THE COURT:  I'm going to sustain the objection.

7          MR. JONAS:  Thank you, Judge.

8          (End of discussion at sidebar.)

9     BY MR. LEONARD:

04:02:10   10    Q.  Sir, one of the emails that wasn't shown to you today by

11    Mr. Jonas, one of the ones you reviewed as part of your

12    evaluation of the Yahoo account showed that Mr. Turner was

13    working with the Kellogg Foundation on a soya project in the

14    country of Zimbabwe, correct, sir?

04:02:30   15    A.  Sounds familiar.

16         MR. JONAS:  Objection.

17         THE COURT:  He can ask him if he knows.

18         MR. LEONARD:  Excuse me?

19         THE COURT:  Go ahead.  You can ask your next question.

04:02:40   20    BY MR. LEONARD:

21    Q.  Sir, let me just refresh your recollection.  You said it

22    sounds familiar.  Let me see if we can refresh your

23    recollection.  You said that sounds familiar.  Take a look at

24    the email dated December 29, 2005, at 426.  If you read the

04:03:08   25    first page to yourself, and then let me know when you're done

          MICHAEL P. SNYDER, Official Court reporter

1  reading it to yourself.

2        THE COURT:  Which one is it?

3        MR. JONAS:  It's not in evidence, Judge.

4        THE COURT:  Oh.

04:03:29  5        MR. JONAS:  It's being used, my understanding, just to

6  refresh the witness' recollection, and if there's going to be

7  any questions about the substance of the email, we are going to

8  object.

9  BY MR. LEONARD:

04:04:42  10  Q.  Is your memory now refreshed, sir?

11  A.  I don't recall reading that email.

12  Q.  You skipped that one?

13  A.  I don't recall reading it.

14  Q.  Okay.  Well, you read it today?  It's from the Yahoo email

04:04:51  15  account of Mr. Turner, isn't it?

16  A.  It appears to be so.

17  Q.  Did you skip some of them?

18  A.  There were several thousands of emeals.  I didn't read

19  every one.

04:04:59  20  Q.  So if it was good for Mr. Turner, you ignored it; if it was

21  bad and helped your case, you reviewed it and kept it, is that

22  what you did?

23        MR. JONAS:  Objection.

24        THE COURT:  Sustained.

04:05:09  25  BY MR. LEONARD:

        MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1  Q.  Why would you have not read that one?

2  A.  I didn't read every email.  There were several thousands.

3  Q.  How many did you read?

4  A.  Thousands.

04:05:20  5  Q.  Okay.  So if you found a good one, you put it in a stack

6  and gave it to the prosecutors, right?

7          MR. JONAS:  Objection.

8          MR. LEONARD:  It goes to his motivation, Judge.

9          THE COURT:  Whose?  His?

04:05:31  10          MR. LEONARD:  To testify falsely or to skew the

11  evidence.

12          MR. JONAS:  Objection.

13          THE COURT:  Sustained.

14  BY MR. LEONARD:

04:05:36  15  Q.  You have now read this email, sir, from Mr. Turner's Yahoo

16  account, right?

17  A.  Yes.

18  Q.  So doesn't it suggest to you, sir, that in this 2005-2006

19  time period, at least according to what Mr. Turner was saying,

04:05:53  20  he was on the continent in Zimbabwe --

21          MR. JONAS:  Objection.

22  BY MR. LEONARD:

23  Q.  -- on a soya project, sir?

24          MR. JONAS:  Objection.

04:05:59  25  BY MR. LEONARD:

MICHAEL P. SNYDER, Official Court reporter

1    Q.  Right?

2              THE COURT:  Sustained.

3              MR. LEONARD:  Judge, are you saying I can't go into it

4    at all?  Because I'd like to introduce it into evidence.

04:06:10    5              THE COURT:  Let me see it.

6              MR. LEONARD:  (Tendering).

7              THE COURT:  We'll talk about it later, but as far as I

8    can tell, there's no relevance to the issues in this case, so

9    I'm going to sustain.

04:07:00    10   BY MR. LEONARD:

11   Q.  Sir, did you ever speak to, you or your team speak to

12   representatives of the Kellogg Foundation to attempt to figure

13   out what Mr. Turner was doing in Zimbabwe?

14             MR. JONAS:  Objection.

04:07:21    15             THE COURT:  Do you have a time frame?

16             MR. LEONARD:  At any time.  Did he ever do this as

17   part of the investigation?  Did he ever talk to the folks at

18   the Kellogg foundation?

19             THE COURT:  He may answer that.

04:07:39    20   BY MR. LEONARD:

21   Q.  Did you?

22   A.  Yes, we did.

23   Q.  When did you do that?

24   A.  Within the last month.

04:07:46    25   Q.  How long has this investigation been going on?

              MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1   A.  Several years.

2   Q.  And you waited till last month right before the trial to go

3   out and take the time to talk to the folks at the Kellogg

4   Foundation?

04:08:00   5   A.  That's when we interviewed them.

6   Q.  Did you do it or not?  Is that what happened?

7   A.  We did interview them.

8   Q.  Why did you wait three years?

9           MR. JONAS:  Objection.

04:08:08   10           THE COURT:  Sustained.

11   BY MR. LEONARD:

12   Q.  Who conducted the interview?

13           MR. JONAS:  Objection.

14   BY MR. LEONARD:

04:08:13   15   Q.  Did you talk to the folks at Kellogg?

16           MR. JONAS:  Your Honor, objection.

17           THE COURT:  He may answer that.

18   BY MR. LEONARD:

19   Q.  Did you talk to the folks at the Kellogg Foundation about

04:08:39   20   Mr. Turner or not?

21   A.  I did one of the interviews as I recall.

22   Q.  Who did you interview?

23   A.  I honestly can't remember the name of the individual.

24   Q.  It doesn't really matter to you?

04:08:51   25   A.  It matters.

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 252 Filed: 04/16/15 Page 237 of 263 PageID #:2036
Noldin - cross by Leonard
237

1  Q.  How many people did you interview at the Kellogg Foundation

2  yourself?

3  A.  I think I was involved in one of the interviews.

4  Q.  Where did it take place?

04:09:02  5  A.  I believe it was at the US Attorney's office.

6  Q.  In Chicago?

7  A.  Correct.

8  Q.  And how many other folks from the Kellogg Foundation were

9  interviewed by you and your team three years later?

04:09:13  10  A.  All total, I would guess it was around three individuals.

11       MR. LEONARD:  Judge, can I have a moment to ask Mr.

12  Jonas a question just off the record?

13     (Pause.)

14  BY MR. LEONARD:

04:09:36  15  Q.  Sir, did you interview, you and your team, other

16  organizations besides the Kellogg Foundation that Mr. Turner

17  had worked for on the continent in Zimbabwe?

18       MR. JONAS:  Objection.

19       THE COURT:  Sustained.

04:09:54  20  BY MR. LEONARD:

21  Q.  Is the reason that you and your team waited three years to

22  go check out whether Mr. Turner was working for the Kellogg

23  Foundation is because you found out that's what we were going

24  to be talking about here in court today?

04:10:13  25       MR. JONAS:  Objection.

          MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

238

1        THE COURT:  Sustained.

2   BY MR. LEONARD:

3   Q.  So let's talk about these Illinois politicians.  I don't

4   have the technological savvy, but I'm going to try to do it on

04:10:48   5   this board.

6        Let's start, sir, with Danny Davis.  He was in those

7   emails today, wasn't he?

8   A.  He was referenced in the emails.

9   Q.  Quite a bit, right?

04:11:31   10   A.  Some.

11   Q.  And Danny Davis, just so we are all on the same page, he is

12   a Congressman from the State of Illinois in the US House of

13   Representatives, right?

14   A.  That's correct.

04:11:41   15   Q.  And prior to 2008, Mr. Davis already knew Mr. Turner,

16   didn't he?

17        And if you don't know, say you don't know.

18        MR. JONAS:  I'm objecting to that question because

19   that calls for information that this witness doesn't have.

04:12:08   20   That is really more properly asked of Congressman Davis.

21        THE COURT:  Just a minute.

22        Sustained.

23   BY MR. LEONARD:

24   Q.  As part of your investigation, did you and your team ever

04:12:30   25   try to figure out if Mr. Turner knew Congressman Davis before

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1   2008?

2             MR. JONAS:  Objection.

3   BY MR. LEONARD:

4   Q.  Yes or no?

04:12:43   5             MR. JONAS:  Objection.

6             THE COURT:  Sustained.

7   BY MR. LEONARD:

8   Q.  Sir, did you learn as part of your investigation Mr. Davis

9   himself prior to 2008 had traveled to Africa on numerous

04:12:56   10  occasions?

11            MR. JONAS:  Objection.  Relevance.

12            THE COURT:  I think this is improper for this witness.

13  Sustained.

14  BY MR. LEONARD:

04:13:13   15  Q.  Sir, as part of your investigation, did you try to figure

16  out whether prior to 2008, prior to Mr. Turner getting involved

17  with Mr. Davis, whether Mr. Davis had ever been in Zimbabwe?

18            MR. JONAS:  Objection.

19            THE COURT:  Sustained.

04:13:28   20  BY MR. LEONARD:

21  Q.  When Mr. Davis travelled to Africa in this time period

22  we've been talking about between 2008, 2009 or 2010, he

23  actually didn't go to Zimbabwe, did he?

24  A.  Not that I'm aware of.

04:13:43   25  Q.  What you're aware of is Congressman Davis going to South

            MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

240

1   Africa, correct?

2   A.  That's correct.

3   Q.  And at least in your mind, the reason Mr. Davis went to

4   South Africa is Congressman Davis wanted to figure out if

04:13:58  5   Zimbabwe would have their President Mugabe step down from

6   office in exchange for Obama lifting the sanctions?  That's why

7   Davis went there, right?

8              MR. JONAS:  Objection.

9              THE COURT:  Sustained.

04:14:10  10  BY MR. LEONARD:

11  Q.  And Mr. Davis did not receive a penny from Mr. Turner when

12  Mr. Davis traveled to South Africa in '08 or '09 and met with

13  Gideon Gono, did he?

14             MR. JONAS:  Objection.

04:14:35  15             THE COURT:  Sustained.  I don't know how he answers

16  that.

17             MR. LEONARD:  Judge, he's investigated the case.  If

18  he doesn't know, he can tell us.

19  BY MR. LEONARD:

04:14:46  20  Q.  Is there any evidence whatsoever that Congressman Davis

21  received a penny from Greg Turner for taking this trip to South

22  Africa and meeting with Gono?

23             MR. JONAS:  Objection, relevance.

24             THE COURT:  He may answer that.

04:15:06  25  BY THE WITNESS:


             MICHAEL P. SNYDER, Official Court reporter

1   A.  I have no knowledge of that if he did.

2   BY MR. LEONARD:

3   Q.  Right, because it didn't happen, right?

4           MR. JONAS:  Objection.

04:15:14   5           THE COURT:  Sustained.

6   BY MR. LEONARD:

7   Q.  Did you try to investigate whether Davis was paid to go to

8   South Africa to meet with Gono?  Did you look into that at all?

9           MR. JONAS:  Objection.

04:15:23   10           THE COURT:  Sustained.

11  BY MR. LEONARD:

12  Q.  When Davis went to South Africa to meet with Gono, Greg

13  Turner, Greg Turner was not paid a penny by anybody acting on

14  behalf of the country of Zimbabwe to make that happen, was he?

04:15:45   15  A.  What's the exact question, sir?  I'm sorry.

16  Q.  When Congressman Davis went to South Africa to meet with

17  Gono, you're familiar with that, right?

18  A.  Yes.

19  Q.  And you and your team think that Greg Turner had something

04:16:04   20  to do with that, right?  Right?

21  A.  Yes.

22  Q.  Okay.  So when that happened, when Congressman Davis goes

23  to South Africa, meets with Gono, Greg Turner is not paid a

24  penny by any Zimbabwe official, is he, for making that happen?

04:16:25   25  A.  I think based on the emails that we've reviewed, it

            MICHAEL P. SNYDER, Official Court reporter

1  indicates that he had an arrangement to be paid.

2  Q.  I want you to answer my question.  Are you talking about

3  the consulting agreement again?

4  A.  I'm talking about the emails.

04:16:36  5  Q.  That the Judge said we couldn't talk about?

6  A.  No, sir.  I'm talking about the emails.

7          MR. JONAS:  Objection.

8  BY MR. LEONARD:

9  Q.  Let me ask you this.  Forget about the emails.  What

04:16:44  10  evidence is there, show me, tell me about it, that says Greg

11  Turner received money when Danny Davis went to south Africa?

12  Where would I find a document that shows a payment was made to

13  Greg Turner for bringing Davis over to South Africa?  Where is

14  that document?

04:17:03  15  A.  One email that comes to mind is where he asked for the bank

16  account information and references $80,000 to be wired to an

17  account.

18  Q.  Good.  So you're claiming that for Davis going to South

19  Africa, Greg Turner received $80,000?  Really?  Is that what

04:17:19  20  you're saying?  Yes or no?

21  A.  In context with the emails?

22  Q.  Greg Turner received $80,000 when Davis went over to South

23  Africa; is that what you're telling us?

24  A.  In the context of the emails.

04:17:30  25  Q.  I'm not talking about the context of the emails.  Did he

Noldin - cross by Leonard

243

1   receive that money?  Did money come out of some account and go

2   into his hands, yes or no?

3           MR. JONAS:  Objection, Your Honor.  He's not giving

4   the witness a chance to answer.

04:17:49   5           MR. LEONARD:  It doesn't seem that hard.

6           THE COURT:  Give him a chance to answer it.

7   BY THE WITNESS:

8   A.  We don't show money going directly to Greg Turner.

9   BY MR. LEONARD:

04:17:59   10  Q.  That's what I thought.

11          And you certainly spent a lot of time trying to show

12  that money went from someone's pocket to his pocket, didn't

13  you?

14  A.  Yes.

04:18:12   15  Q.  And you couldn't do it on that trip, could you?

16          Let's talk about Donne Trotter.  Do you know who he

17  is?

18  A.  Yes, I do.

19  Q.  Donne Trotter is a state senator from Illinois, right?

04:18:48   20  A.  Yes.

21  Q.  Prior to 2008 Greg Turner had known Donne Trotter for a

22  couple decades, hasn't he, sir?

23          MR. JONAS:  Objection.

24          THE COURT:  Sustained.

04:19:00   25  BY MR. LEONARD:

            MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1  Q.  Did you ever look into that to see if there was a prior

2  relationship between 2008 between Trotter and Turner?  Did you

3  do that?

4          MR. JONAS:  Objection.

04:19:09  5          THE COURT:  Sustained.

6  BY MR. LEONARD:

7  Q.  Had Mr. Trotter, the senator from Illinois, he had been to

8  the African continent many times before 2008, hadn't he?

9          MR. JONAS:  Objection.

04:19:22  10          THE COURT:  Sustained.

11  BY MR. LEONARD:

12  Q.  Did you look into that?

13          MR. JONAS:  Objection.

14          THE COURT:  Sustained.

04:19:26  15  BY MR. LEONARD:

16  Q.  Let's talk about the Trotter trip.  How many times do you

17  claim Senator Trotter went to the continent of Africa in this

18  time period from '08 to 2010 that had anything to do with my

19  client Greg Turner?  How many times do you say that happened?

04:19:45  20          MR. JONAS:  Objection.

21          THE COURT:  If he understands the question, he may

22  answer that one.

23  BY THE WITNESS:

24  A.  We have that he traveled there twice in that time frame.

04:19:54  25  BY MR. LEONARD:

           MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

245

1    Q.  Two times?  And when was the first one?

2    A.  November 2008.

3    Q.  And when he went there in November 2008, was Greg Turner

4    there?

04:20:09    5    A.  Yes, I believe so.

6    Q.  Okay.  And when Trotter went there in November 2008 with

7    Turner, did Trotter receive any money from Turner to do that?

8         MR. JONAS:  Objection.  It's irrelevant.

9         THE COURT:  Sustained.

04:20:31    10   BY MR. LEONARD:

11   Q.  When Trotter went there with Turner on this first trip you

12   just told us about, did money go from specially designated

13   nationals for the country of Zimbabwe to my client's pocket?

14   The same question I asked you before about Davis.  Did that

04:20:48    15   happen in connection with that trip?

16   A.  We don't have any direct evidence of that.

17   Q.  You got no evidence of that?

18        MR. JONAS:  Objection.

19        THE COURT:  Sustained.

04:20:55    20   BY MR. LEONARD:

21   Q.  If you have any, tell us.  I want to know on what day, if

22   there is any evidence because you said there might be, on what

23   day did money go into Greg Turner's pocket in connection with

24   that first Trotter trip to Zimbabwe?

04:21:11    25        MR. JONAS:  Objection.

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

246

BY MR. LEONARD:

Q. It didn't happen, did it?

      THE COURT: Just a minute.

      MR. JONAS: This has been asked and the witness gave

04:21:18  an answer and he's -- it's asked and answered.

      THE COURT: Actually his answer was no.

BY MR. LEONARD:

Q. Now, Trotter goes there a second time, right? Right?

A. Correct.

04:21:32  Q. And you claim and your team claims that that had something

to do with Greg Turner, right?

A. Yes.

Q. I'm sorry. What was the date of the second trip?

A. Early December 2008.

04:21:46  Q. And Greg Turner was there?

A. I believe so.

Q. And was Trotter paid any money by Greg Turner for that

trip?

      MR. JONAS: Objection.

04:21:57       THE COURT: Sustained.

BY MR. LEONARD:

Q. On that second trip, same thing we talked about earlier.

On the second trip did anybody, any specially designated

national or any official acting upon the country of Zimbabwe's

04:22:13  behalf put any money into that gentleman's pocket over there

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

247

1     because he brought Trotter over there?

2     A.  Not that I'm aware of, not directly.

3     Q.  You looked pretty hard to find evidence of that happening

4     on that trip, didn't you?

04:22:28    5     A.  I think the emails show --

6     Q.  I'm just asking you.  Did you try to work pretty hard to

7     show that on the second trip someone put money in this guy's

8     pocket for bringing Trotter, you worked pretty hard to find

9     some evidence of that, didn't you?

04:22:42    10    A.  We did, yes.

11    Q.  In fact, you went so far as to talk to Mr. Turner's family

12    members to try to see if they could give you a little tidbit

13    that Mr. Turner had received some money, didn't you do that?

14          MR. JONAS:  Objection.

04:22:55    15          THE COURT:  Sustained.

16    BY MR. LEONARD:

17    Q.  Have we talked about all the Trotter trips, sir?

18    A.  The two that he was a party to, for our purpose, yes.

19    Q.  Let's talk about Ken Dunkin.  We all know who that is,

04:23:10    20    right?  Right?

21    A.  I'm familiar with who he is, yes, sir.

22    Q.  Ken Dunkin, just so again we are all clear, he's the guy

23    that's an Illinois state representative in Springfield, right?

24    A.  Correct.

04:23:30    25    Q.  He's the guy that we've talked about earlier that wanted to

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1  talk to Obama and Susan Rice about what he saw in Zimbabwe,

2  right?

3  A.  That's right.

4  Q.  And he went there, according to you, when?

04:23:44  5  A.  December 2008.

6  Q.  And you claim and your team claims that Mr. Turner had

7  something to do with that, right?

8  A.  Yes.

9  Q.  And in connection with that trip, did any money go from any

04:24:07  10  of these specially designated nationals or representatives of

11  the country of Zimbabwe into my client's pocket over there?

12  Did that happen?

13  A.  Again, the same answer as on before, the emails show --

14  Q.  The answer is the emails suggest that we have no evidence

04:24:24  15  to back it up, right?

16       MR. JONAS:  Objection.

17  BY THE WITNESS:

18  A.  I wouldn't say that's correct.

19  BY MR. LEONARD:

04:24:29  20  Q.  Okay, good.  If I'm not correct, tell me the date on which

21  any money went into Greg Turner's pocket in connection or

22  arising out of Ken Dunkin going there.  Give me the date.

23  A.  I don't have a date for that.

24  Q.  Because there is no date, because it never happened, right,

04:24:45  25  sir?

MICHAEL P. SNYDER, Official Court reporter

1          MR. JONAS:  Objection.

2          THE COURT:  Sustained.

3    BY MR. LEONARD:

4    Q.  Now, you keep saying that the emails suggest that certain

5    things happened, right?

6    A.  Yes.

7    Q.  You keep telling me that, right?  Okay?  So since the

8    emails suggest, you keep telling me the same thing, that Greg

9    Turner at some point in time got some money in his pocket for

10   his efforts with Zimbabwe, tell us all, everybody here on what

11   day money flowed into his pocket from a specially designated

12   national or a representative of the country of Zimbabwe.  What

13   date did that happen on?

14   A.  I don't have a date for you.

15   Q.  You don't have one because it never happened, right?

16          MR. JONAS:  Objection.

17          THE COURT:  Sustained.

18   BY MR. LEONARD:

19   Q.  Did you look into his bank records, Mr. Turner's bank

20   records?  Did you do that?

21   A.  I don't recall if that took place.

22   Q.  You don't recall if that took place?  Don't you think that

23   might have been prudent before you came to court and suggested

24   to the jury that he took money, that you looked at his bank

25   accounts?  Wouldn't that have been a smart thing to do in terms

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1   of your investigation?

2           MR. JONAS:  Objection.

3           THE COURT:  Sustained.

4   BY MR. LEONARD:

04:25:57   5   Q.  Forget about the bank accounts.  Did someone give him cash?

6   Do you have some evidence that someone took bundles of cash or

7   suitcases of cash and gave to it Turner because he was doing

8   all these things for Zimbabwe?  Did that happen?

9   A.  Not that I'm aware of.

04:26:13  10   Q.  Let's now talk about the specially designated nationals.

11   You know who they are, right?

12   A.  Some of them.

13   Q.  Some of them?  There's a lot of them, right?

14   A.  I think there is 135.

04:26:41  15   Q.  Even you don't know who they all are, do you, sir?

16   A.  Not by name, no.

17   Q.  You just know some of them?

18           MR. JONAS:  Objection.

19           THE COURT:  Sustained.

04:26:50  20   BY MR. LEONARD:

21   Q.  Let's talk about the guys you do know.

22           You're familiar with Mugabe, right?  You know who that

23   is, right?

24   A.  Yes.

04:26:58  25   Q.  He is the president of Zimbabwe, right?

                MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1   A.  Correct.

2   Q.  Okay.  Now, if you could tell me, how many emails exist

3   where Mugabe, Mugabe is telling Turner to go do something on

4   his behalf?  Mugabe email to Turner saying go do this for me,

04:27:24   5   go perform this service for me.  How many emails are there of

6   that type?

7   A.  Through representatives of Mugabe or Mugabe?

8   Q.  No.  I want you to listen to my question.  Mugabe, the

9   specially designated national.  Not non-specially designated

04:27:37  10   nationals.  Mugabe, the specially designated national.  How

11   many emails are there from him to Turner saying "Do this act on

12   my behalf"?

13   A.  There are no emails directly with Mugabe.

14   Q.  So the answer is none.  Can you say that for us, none?

04:27:55  15          MR. JONAS:  Objection.

16          THE COURT:  All right.  This is -- he answered the

17   question.

18   BY MR. LEONARD:

19   Q.  How many letters are there from Mugabe to Turner telling

04:28:07  20   Turner "Perform this act on my behalf"?

21   A.  None.

22   Q.  Zero.  We've heard a lot about this great FBI system of

23   getting people's phone calls.  Do you remember that?  You

24   talked about it, your colleague came in and talked about it,

04:28:29  25   right?

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

252

1   A.  Right.

2   Q.  So let me ask you this.  How many tape recorded calls are

3   there where Mugabe, this specially designated national, tells

4   Turner, "Hey, man, go perform this act on my behalf"?  How many

04:28:44   5   recorded calls are there where Mugabe directs Turner to perform

6   an act on his behalf?

7   A.  None that I'm aware of.

8   Q.  Let's go to Gono.  You know who that is, right?

9   A.  Yes.

04:29:08   10   Q.  Just so we are clear before we move on to Gono, how many

11   meetings do you claim Mugabe had with Turner?

12          MR. JONAS:  Objection.  "Do you claim"?

13          THE COURT:  You may answer that, if you know.  I mean,

14   I suppose it could be phrased a little differently.

04:29:33   15          MR. LEONARD:  I'll rephrase it.

16   BY MR. LEONARD:

17   Q.  How many meetings did Mugabe have with Turner, face-to-face

18   meetings?

19   A.  I think he claims in one email that he had four meetings,

04:29:43   20   if I look back at the email.

21   Q.  I'm not asking about email claims.  You're the agent.  How

22   many meetings do you think happened between Turner and Mugabe?

23   Did you ever figure that out as part of your investigation?

24          MR. JONAS:  Objection.

04:29:53   25          THE COURT:  Sustained.

MICHAEL P. SNYDER, Official Court reporter

1          MR. JONAS:  Judge, can we have a sidebar?

2          THE COURT:  Yes.

3      (Discussion on the record at sidebar.)

4          MR. JONAS:  Mr. Leonard is poisoning the jury.  It

04:30:14   5   doesn't matter what comes out.  He's throwing these questions

6   out.  I'm not even sitting down I'm objecting so much.

7          THE COURT:  I realize that, but he can certainly, the

8   current line of how many meetings do you know about, certainly

9   that one is all right.

04:30:29   10         MR. JONAS:  There is a question here, a question

11  there.

12         THE COURT:  And as far as the money, they can use that

13  as argument.  You can certainly combat it, you know, and say

14  that's, you know, but it's --

04:30:42   15         MR. JONAS:  I have a request.

16         THE COURT:  Yes.

17         MR. JONAS:  As part of the regular jury instructions,

18  you instruct the jury that anything the lawyers say are not

19  evidence.

04:30:50   20         THE COURT:  Of course.

21         MR. JONAS:  I request that you do it now.

22         MR. LEONARD:  Absolutely not, Judge.  It's ridiculous

23  because he doesn't like the way the cross-examination is going.

24         MR. JONAS:  Judge, if you have the number of questions

04:31:00   25  where --

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

254

1     THE COURT:  We'll see.  If it keeps going or asking
2   things that really are, that you ignore the fact that I sustain
3   it and just ask the next question that's along the same lines,
4   then at some point I may tell them that.  But let's go on.
04:31:11   5     (End of discussion at sidebar.)
6   BY MR. LEONARD:
7   Q.  Let's just say that there were four meetings between Mr.
8   Turner and this specially designated national Mugabe.  There
9   was no audio or video surveillance of those meetings, was
04:31:49  10  there?
11  A.  Not that I'm aware of.
12  Q.  Let's go on to Gono.  Another specially designated
13  national, right?
14  A.  Yes.
04:32:02  15  Q.  And we probably heard too much about it, but he was, his
16  position I think was the President of Reserve Bank of Zimbabwe?
17  A.  Governor.
18  Q.  Governor.
19     And with respect to Gono, how many emails did that
04:32:16  20  specially designated national Gono send to Turner telling
21  Turner to perform an act on his behalf?
22  A.  Several through his assistants.  Nothing direct with Gono.
23  Q.  Sir, just answer my question.  I didn't ask you about his
24  assistants, okay?  Let's stick to the questions.  The question
04:32:34  25  was about Gono.  You knew that.  It wasn't about his

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

255

1  assistants.

2       How many times did the specially designated national

3  Gono send an email to Turner instructing him to carry out an

4  act on his behalf?

04:32:46  5  A.  Nothing directly.

6  Q.  So the answer is zero, right?

7       MR. JONAS:  Objection.

8  BY MR. LEONARD:

9  Q.  Is it zero or not?

04:32:56  10      MR. JONAS:  He answered the question already.

11  BY MR. LEONARD:

12  Q.  I want to figure out what you mean.

13      MR. JONAS:  Asked and answered.

14      THE COURT:  Sustained.

04:33:02  15  BY MR. LEONARD:

16  Q.  Now, staying with Gono.  How many letters did Gono send to

17  Turner in which Gono, the specially designated national, not

18  somebody else, directed and instructed Turner to perform an act

19  on his behalf?

04:33:19  20  A.  The emails contain letters that appear to have been written

21  by Gono.  I don't know if that's what you're referring to.

22  Q.  I'm not talking about emails.  I'm talking about letters,

23  first of all, right now.  A letter from Gono, not from somebody

24  else, to Turner where it tells him he should do something on

04:33:36  25  his behalf, go do that, go do that.  How many exist?

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

256

```
                1  A.  There are some letters attached to the emails written by,
                2  apparently written by Governor Gono.
                3  Q.  Okay.  They might be written by him, but do those letters
                4  to Gono tell Turner go do this, go bring this guy over here, go
04:33:54        5  bring that guy over here, go do this act on my behalf, any
                6  evidence of that in those letters?
                7  A.  I don't believe the letters explicitly laid that out, no.
                8  Q.  I didn't think so.
                9          MR. JONAS:  Objection, comment.
04:34:07       10          THE COURT:  Pardon me?
               11          MR. JONAS:  The gratuitous comment.
               12          THE COURT:  Sustained.
               13  BY MR. LEONARD:
               14  Q.  With regard to Mr. Gono and meetings, how many times did
04:34:18       15  Greg Turner meet face-to-face with Gono?
               16  A.  There were a few.  I'm not sure of the exact number.
               17  Q.  No idea?
               18  A.  I wouldn't say that.
               19  Q.  Well, you do have an idea?  You do have an idea?
04:34:35       20  A.  I do have an idea.
               21  Q.  What's your idea?
               22  A.  A few, three or four.
               23  Q.  And there's no audio or video of those meetings, is there,
               24  sir?
04:34:43       25  A.  Not that I'm aware of.
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

```
           1   Q.  Let's go to Moyo.  He's another specially designated
           2   national, right?
           3   A.  Yes.
           4   Q.  What was Moyo's position with the Zimbabwe government?
04:35:00   5   A.  He was Zimbabwe's ambassador to South Africa.
           6   Q.  And just tell me, how many emails are there where Moyo, not
           7   somebody else, Moyo sends an email to Turner and tells him to
           8   carry out an act on his behalf, on behalf of the specially
           9   designated national?
04:35:19  10   A.  I don't think there are any directly.
          11   Q.  So could you accept zero?
          12   A.  Yes.
          13   Q.  Okay.  And how many letters are there from Moyo, not from
          14   somebody else, from Moyo, a specially designated national, to
04:35:31  15   Turner telling him, Greg, go do this on my behalf, go bring
          16   this guy over, go do this, go do that?
          17   A.  None that I'm aware of.
          18   Q.  So could you say zero for that too?  Is that fair?
          19   A.  None that I'm aware of.
04:35:47  20   Q.  Okay.  And then how many meetings were there between the
          21   specially designated national known as Moyo and Greg Turner?
          22   A.  I'm sorry.  How many meetings?
          23   Q.  Any?  Were there any?
          24   A.  Not that I'm aware of.
04:36:07  25   Q.  None?
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

258

A.  I believe they actually referenced in the emails meeting,

now that I think about it.

Q.  Well, I just, you're here.

A.  So I would say at least one.

Q.  Okay.  In that one meeting that you think happened between

a specially designated national known as Moyo and Greg Turner,

there's no a audio or video of that, right?

A.  Not that I'm aware of, no.

Q.  Okay.

THE COURT:  We are within a minute of 4:30.  Since

you're looking for a document, I think this will be a good time

to stop.

MR. LEONARD:  Thank you, Judge.

THE COURT:  We will begin tomorrow morning at 9:30.  I

think we will begin right at 9:30.  I think that's all I need

to tell you.  Thank you.

I remind you not to talk about the case with anybody.

MR. JONAS:  Your Honor, the screen?

THE COURT:  Oh, yes.  And just leave the binders

there.  I am not sure what if any they have.

(Jury out.)

MR. LEONARD:  We just ask that the witness be reminded

that he's still under oath and, therefore, he can't discuss

his testimony with anybody until he's done testifying.

MR. JONAS:  I don't think -- I think it's -- it's not

MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

259

1    an under oath issue; it's once he's on cross he can't talk.

2            THE COURT:  Right.

3            You know you can't.

4            All right, we'll see you in the morning.  Maybe we

04:38:51    5    should talk about where this is going.  To try to avoid

6    sidebars, if there's any other issues on this that you want to

7    bring up, let's bring them up right now.

8            MR. JONAS:  Judge, the only issues are if Mr. Leonard

9    is going out of bounds again.

04:39:33    10           MR. LEONARD:  Judge, I'm doing my job.  It's

11   cross-examination.

12           THE COURT:  Well, you don't get to violate pretrial

13   orders that I have entered.

14           MR. LEONARD:  What do you mean by that, Judge?

04:39:47    15           MR. JONAS:  Judge, Mr. Leonard is confused about

16   violating orders.  I think that's Law School 101.

17           MR. LEONARD:  There's no order that we violated, to my

18   mind, Judge.  First of all, I can't --

19           THE COURT:  Well, going into investigations to some

04:40:00    20   extent at least I thought there could be an issue.

21           But let's talk about -- well, maybe we don't.  I mean,

22   you certainly can ask where he was for the last few.  It was

23   the issue of, some of it just seemed to be not to be

24   appropriate on cross-examination because it really would go off

04:40:36    25   into other areas.  Let's see where we go on it.  You, of

            MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1   course, can bring him back if it turns out that there are

2   issues that --

3            MR. TUNICK:  Judge, I have got to tell you they are

4   playing a little bit of games here, they really are, because

04:40:49   5   they are going to bring in the next witness with the consulting

6   agreement, and there's no question that that's coming into

7   evidence.  And now we can't cross.  They put this agent on, and

8   we can't cross about it.  And the same, he's, that there is a

9   different agent who signed the affidavit for the search warrant

04:41:07   10  who wrote in the affidavit that Monica Mutsvanga and the

11  Zimbabwean government entered into a contract with Prince Ben

12  Israel, and then they put him on to testify about the search

13  warrant order, and we can't cross him on that.

14           It's, it's really bordering into the absurd what they

04:41:25   15  are trying to do here.  I mean, this evidence is coming in.

16  Let's not pretend it's not.  The next witnesses are going to

17  testify.  They are going to lay a foundation for it.

18           THE COURT:  Well, I really don't know what their next

19  witness is going to testify.

04:41:41   20           MR. TUNICK:  He can tell you.

21           THE COURT:  It's still their case.  You are free to

22  cross-examine about anything that they, that was on the direct.

23           MR. TUNICK:  I understand, but they are pretending

24  like this consulting agreement is not coming into evidence, and

04:41:54   25  we don't have a good basis to cross on it.  And the fact is we

MICHAEL P. SNYDER, Official Court reporter

1    should be able to impeach this witness about statements under

2    oath, any witness about statements under oath when they are

3    testifying.

4         MR. LEONARD:  That was the whole thing, Judge.  The

04:42:08   5    guy said, he testified under oath about these things, and I

6    wasn't allowed to explore it.  I was going to prove up the fact

7    that he lied.  And I don't know how credibility and motive to

8    testify falsely is not relevant on cross.

9         THE COURT:  I don't know that he testified to anything

04:42:22   10    on which you could at this point in time in terms of what

11    evidence is in here that you could show any, show such a thing.

12         MR. JONAS:  There's absolutely no good faith basis

13    that this witness lied.  He didn't lie.  They are twisting

14    around this consulting agreement.  They have been doing it for

04:42:39   15    months now, and it's got to stop.

16         I've lost count of how many times Mr. Tunick has been

17    indignant about things the government has done, and every

18    single time he's been wrong.  And I apologize now for raising

19    my voice, but there is ridiculous.  Defense counsel have

04:42:53   20    crossed this line time and time again and are poisoning the

21    jury and making this case very difficult for the government not

22    because they are doing their job; because they are not playing

23    by the rules.  And they can do their job and still play by the

24    rules and abide by your orders.

04:43:06   25         THE COURT:  True.

     MICHAEL P. SNYDER, Official Court reporter

Noldin - cross by Leonard

1          MR. JONAS:  If they poison the jury and they get a not

2  guilty, there's nothing the government can do about it, Judge.

3          MR. LEONARD:  Whoa.

4          MR. JONAS:  If it keeps up, I'm going to have to ask

04:43:17  5  for a mistrial.

6          MR. LEONARD:  I think you should ask for it now.

7          MR. JONAS:  I'm not asking for it now, but you are

8  getting there.  And if we do ask for a mistrial, the next

9  request is that they be removed as counsel because they are not

04:43:26  10  retained, they are appointed.

11          MR. LEONARD:  Mr. Jonas should be removed.  He's the

12  only one that needs to be removed.  That's ridiculous.

13          MR. TUNICK:  What basis would he have to remove us

14  from this case?

04:43:35  15          THE COURT:  Do not talk to me like that.

16          MR. TUNICK:  I'm sorry, Judge.

17          MR. LEONARD:  Because we do a good job for our

18  clients, we should be removed?  That is absurd.  Because we are

19  appointed and still take it seriously.

04:43:44  20          THE COURT:  All right.  I think both of you, all of

21  you need to go down to your offices or go over to your offices

22  and calm down.

23          We'll see you in the morning.  Thank you.

24        (Proceedings adjourned from 4:30 p.m. to 9:30 a.m.,

25    October 1, 2014.)

MICHAEL P. SNYDER, Official Court reporter

1                     C E R T I F I C A T E

2          I, Michael P. Snyder, do hereby certify that the

3    foregoing is a complete, true, and accurate transcript of the

4    proceedings had in the above-entitled case before the Honorable

5    ELAINE E. BUCKLO, one of the judges of said Court, at Chicago,

6    Illinois, on September 30, 2014.

7

8                          */s/ Michael P. Snyder*

9                          Official Court Reporter

10                         United States District Court

11                         Northern District of Illinois

12                         Eastern Division

13

14

15

16

17

18

19

20

21

22

23

24

25


          MICHAEL P. SNYDER, Official Court reporter